Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Carl N. Hammarskjold (SBN 280961)
Colleen Cleary (SBN 306659)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
       mpearson@bermantabacco.com
       chammarskjold@bermantabacco.com
       ccleary@bermantabacco.com

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
       afiorilla@lowey.com

Anthony M. Christina (*pro hac vice* forthcoming*)
**LOWEY DANNENBERG, P.C**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
       Email: achristina@lowey.com

*Attorneys for Plaintiff Matthew Blomquist*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS J. REECE, on his own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>Defendants. | No. 3:20-cv-02345 WHO<br><br>Potentially Related Case Nos.<br>4:20-cv-02512-VC<br>4:20-cv-02597-JSW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**(Civil L.R. 3-12(b) and 7-11)**<br><br>Judge: Hon. William H. Orrick |

[No. 3:20-cv-02345 WHO] ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12(b) and 7-11)

1    Pursuant to Local Rule 3-12(b), Plaintiff Matthew Blomquist ("Blomquist") in the action entitled *Blomquist v. Altria Group, Inc. et al.*, No. 4:20-cv-02512-VC ("*Blomquist* action"), filed in this District on April 13, 2020, respectfully submits this Administrative Motion To Consider Whether Cases Should Be Related for the Court to consider whether the *Blomquist* Action and the action entitled *Martinez v. Altria Group, Inc., et al.*, No. 4:20-cv-02597-JSW ("*Martinez* action"), should be related to *Reece v. Altria Group, Inc., et al.*, No. 3:20-CV-02345-WHO ("*Reece* action"), the first filed case in this district pursuant to Civil Local Rule 3-12.

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a)

Plaintiff Blomquist is aware of two cases which are potentially related to the *Reece* action:

| CASE NAME | CASE NUMBER & COURT | DATE FILED |
|---|---|---|
| *Reece v. Altria Group, Inc., et al.* | 3:20-cv-02345 WHO (N.D. Cal.) | April 7, 2020 |
| *Blomquist v. Altria Group, Inc., et al.* | 4:20-cv-02512-VC (N.D. Cal.) | April 13, 2020 |
| *Martinez v. Altria Group, Inc., et al.* | 4:20-cv-02597-JSW (N.D. Cal.) | April 14, 2020 |

Pursuant to Civil Local Rule 3-12(a)(1), the *Blomquist* and *Martinez* actions should be related to the *Reece* action because both all of these actions allege that the same defendants, Defendants Altria Group, Inc. ("Altria") and Juul Labs, Inc. ("Juul"), violated antitrust laws by entering an anticompetitive agreement by which Altria agreed to refrain from competing with Juul and exited the closed-system electronic cigarettes ("e-cigarettes") market in exchange for a 35% ownership interest in Juul.  Plaintiffs in these actions all assert substantially similar claims for violations of the Sherman Act, 15 U.S.C. § 1.

Moreover, pursuant to Civil Local Rule 3-12(a)(2), relation of these three actions is appropriate given that it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before

[No. 3:20-cv-02345 WHO] ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12(b) and 7-11)                                                                                                              1

different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary, and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a)(2) .

Pursuant to Local Rule 3-12, Plaintiff Blomquist respectfully requests that the actions entitled *Blomquist v. Altria Group, Inc., et al.,* No. 4:20-cv-02512-VC and *Martinez v. Altria Group, Inc., et al.*, No. 4:20-cv-02597-JSW, be deemed related to *Reece v. Altria Group, Inc., et al.,* No. 3:20-cv-02345 WHO, the first filed case in this district, which is presently assigned to the Honorable Judge William H. Orrick.

Dated: April 20, 2020

Respectfully submitted,

**BERMAN TABACCO**

By:   */s/ Todd A. Seaver*
        Todd A. Seaver

Matthew D. Pearson
Carl N. Hammarskjold
Colleen Cleary
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: tseaver@bermantabacco.com
           mpearson@bermantabacco.com
           chammarskjold@bermantabacco.com
           ccleary@bermantabacco.com

Christian Levis (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
Amanda Fiorilla (*pro hac vice* forthcoming)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
           afiorilla@lowey.com

| | |
|---|---|
| 1 | Anthony M. Christina (*pro hac vice* forthcoming*)* |
| 2 | **LOWEY DANNENBERG, P.C** |
|   | One Tower Bridge |
| 3 | 100 Front Street, Suite 520 |
|   | West Conshohocken, PA 19428 |
| 4 | Telephone: (215) 399-4770 |
|   | Email: achristina@lowey.com |
| 5 | |
|   | *Attorneys for Plaintiff Matthew Blomquist* |

[No. 3:20-cv-02345 WHO] ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12(b) and 7-11)    3