Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Carl N. Hammarskjold (SBN 280961)
Colleen Cleary (SBN 306659)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
       mpearson@bermantabacco.com
       chammarskjold@bermantabacco.com
       ccleary@bermantabacco.com

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
       afiorilla@lowey.com

Anthony M. Christina (*pro hac vice* forthcoming*)*
**LOWEY DANNENBERG, P.C**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
       Email: achristina@lowey.com

*Attorneys for Plaintiff Matthew Blomquist*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS J. REECE, on his own behalf and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>　　　　　　　　　　Defendants. | No. 3:20-cv-02345 WHO<br><br>Potentially Related Case Nos.<br>4:20-cv-02512-VC<br>4:20-cv-02597-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**(Civil L.R. 3-12(b) and 7-11)**<br><br>Judge: Hon. William H. Orrick |

On April 20, 2020, Plaintiff Matthew Blomquist in the action entitled *Blomquist v. Altria Group, Inc., et al.*, No. 4:20-cv-02512-VC, filed an Administrative Motion To Consider Whether Cases Should Be Related ("Motion") in this action, *Reece v. Altria Group, Inc., et al.*, No. 3:20-CV-02345-WHO (N.D. Cal.) ("*Reece* action"). The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing, the Court grants this Motion.

The actions listed below are hereby related to the *Reece* action and shall be reassigned to the undersigned judge pursuant to Civil Local Rule 3-12(f):

| **Case Name** | **Case Number** |
|---|---|
| *Blomquist v. Altria Group, Inc., et al.* | No. 4:20-cv-02512-VC |
| *Martinez v. Altria Group, Inc., et al.* | No. 4:20-cv-02597-JSW |

**IT IS SO ORDERED.**

DATED: _____, 2020            _____
                                         Honorable William H. Orrick
                                         United States District Judge