Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Carl N. Hammarskjold (SBN 280961)
Colleen Cleary (SBN 306659)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
       mpearson@bermantabacco.com
       chammarskjold@bermantabacco.com
       ccleary@bermantabacco.com

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
       afiorilla@lowey.com

Anthony M. Christina (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
       Email: achristina@lowey.com

*Attorneys for Plaintiff Matthew Blomquist*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS J. REECE, on his own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>Defendants. | No. 3:20-cv-02345 WHO<br><br>Potentially Related Case Nos.<br>4:20-cv-02512-VC<br>4:20-cv-02597-JSW<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. William H. Orrick |

[No. 3:20-cv-02345 WHO] PROOF OF SERVICE

1  I, Leslie R. Cuesta, hereby declare as follows:

2  I am employed by Berman Tabacco, 44 Montgomery Street, Suite 650, San Francisco,
California, 94104.  I am over the age of 18 years and am not a party to this action.  On
April 20, 2020, using the Northern District of California's Electronic Case Filing System
("ECF"), with the ECF ID registered to Todd A. Seaver, and at his direction, I filed and served
true and correct copies of the document(s) described as follows:

    **1.**    **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12(b) and 7-11);**

    **2.**    **DECLARATION OF TODD A. SEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12(b) and 7-11);**

    **3.**    **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12; and**

    **4.**    **PROOF OF SERVICE**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on April 20, 2020, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by transmitting Portable Document Format (PDF) copies via email to the person(s) at the email address(es) set forth below:

Barrett Beasley
**SALIM BEASLEY LLC**
1901 Texas Street
Natchitoches, LA 71457
Telephone: (318) 354-1043
Email: bbeasely@salim-beasley.com

Michael M. Buchman
Michelle C. Clerkin
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 577-0050
Email: mbuchman@motleyrice.com
       mclerkin@motleyrice.com

*Attorneys for Plaintiff Douglas J. Reece*

Joseph R. Saveri
Steven N. Williams
Kyle P. Quackenbush
Anupama K. Reddy
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Email: jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    kquackenbush@saverilawfirm.com
    areddy@saverilawfirm.com

*Attorneys Plaintiff Anthony Martinez*

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on April 20, 2020.

*/s/ Leslie R. Cuesta*
Leslie R. Cuesta