Barrett Beasley (SBN: 194143)
**SALIM BEASLEY LLC**
1901 Texas Street
Natchitoches, LA 71457
Tel: (318) 354-1043
Fax: (318) 354-1227
bbeasely@salim-beasley.com

Michael M. Buchman (*pro hac vice* pending)
Michelle C. Clerkin (*pro hac vice* pending)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com
mclerkin@motleyrice.com

*Attorneys for Plaintiff Douglas J. Reece*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS J. REECE, on his own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>Defendants. | Civil Action No. 3:20-cv-02345-WHO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Dated: April 23, 2020

Respectfully submitted,

*/s/ Barrett Beasley*

Barrett Beasley
**SALIM BEASLEY**
1901 Texas Street
Natchitoches, LA 71457
(866) 269-5561

bbeasely@salim-beasley.com`

Michael M. Buchman
Michelle C. Clerkin
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
jrice@motleyrice.com

William H. Narwold
**MOTLEY RICE LLC**
20 Church Street
Hartford, CT 06103
(860) 882-2676
bnarwold@motleyrice.com

John Alden Meade
**MEADE YOUNG LLC**
909 Poydras St., Suite 1600
New Orleans, LA 70112
(504) 799-3102
jam@meadeyoung.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-02345

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Altria Group, Inc. c/o CT Corp was received by me on *(date)* Apr 16, 2020.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Teresa Brown , who is designated by law to accept service of process on behalf of *(name of organization)* Altria Group, Inc. c/o CT Corp on *(date)* Fri, Apr 17 2020 ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/20/2020

*Jody Ashworth*
*Server's signature*

Jody Ashworth, Process Server
*Printed name and title*

107 S West. St. Suite 417, Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 17, 2020, 12:48 pm EDT at 4701 COX RD SUITE 285 , GLEN ALLEN, VA 23060-6801 received by Teresa Brown. Age: 50; Ethnicity: African American; Gender: Female; Weight: 200; Height: 5'4"; Hair: Black; Eyes: Brown; Relationship: Authorized Employee;