Barrett Beasley (SBN: 194143)
**SALIM BEASLEY LLC**
1901 Texas Street
Natchitoches, LA 71457
Tel: (318) 354-1043
Fax: (318) 354-1227
bbeasely@salim-beasley.com

Michael M. Buchman (*pro hac vice* pending)
Michelle C. Clerkin (*pro hac vice* pending)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com
mclerkin@motleyrice.com

*Attorneys for Plaintiff Douglas J. Reece*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS J. REECE, on his own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC., and JUUL LABS, INC.,<br><br>Defendants. | Civil Action No. 3:20-cv-02345-WHO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Dated: May 1, 2020          Respectfully submitted,

                             */s/ Barrett Beasley*

                             Barrett Beasley
                             **SALIM BEASLEY**
                             1901 Texas Street
                             Natchitoches, LA 71457
                             (866) 269-5561

bbeasely@salim-beasley.com`

Michael M. Buchman
Michelle C. Clerkin
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
jrice@motleyrice.com

William H. Narwold
**MOTLEY RICE LLC**
20 Church Street
Hartford, CT 06103
(860) 882-2676
bnarwold@motleyrice.com

John Alden Meade
**MEADE YOUNG LLC**
909 Poydras St., Suite 1600
New Orleans, LA 70112
(504) 799-3102
jam@meadeyoung.com

Civil Action No. 3:20-cv-02345

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Juul Labs, Inc.

was received by me on *(date)*      04/28/2020     .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Amy Mclaren (authorized person at the agent)     , who is

designated by law to accept service of process on behalf of *(name of organization)*  Juul Labs, Inc. c/o The

Corporation Trust co. 1209 Orange St. Wilmington,De      on *(date)*     04/28/2020     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00     .

I declare under penalty of perjury that this information is true.


Date:     04/28/2020

_____
*Server's signature*

DENORRIS BRITT
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 2:45 PM
ALSO SERVED: SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, STANDING ORDER FOR ALL
JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, JUDGE ORRICK'S STANDING ORDER FOR ALL CIVIL
CASES, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

SWORN TO ON 4/28/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020