Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kyle P. Quackenbush (State Bar No.322401)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           kquackenbush@saverilawfirm.com
           areddy@saverilawfirm.com

Attorneys for Individual and Representative Plaintiff
Anthony Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. REECE,** on his own behalf and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>**ALTRIA GROUP, INC., and JUUL LABS, INC.**,<br><br>                    Defendant. | Case No. 3:20-cv-02345-WHO<br><br>**PROOF OF SERVICE** |
| **This document relates to:**<br><br>**ANTHONY MARTINEZ,**<br><br>              Individual and<br>              Representative Plaintiff,<br><br>    v.<br><br>**ALTRIA GROUP, INC., and JUUL LABS, INC.**,<br><br>                    Defendant. | Case No. 4:20-CV-02597-WHO |

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

**Anthony Martinez**

        Plaintiff(s),

VS.

**Altria Group, Inc., et al**

        Defendant(s).

Attorney: Joseph R. Saveri

Joseph Saveri Law Firm, Inc.
601 California St., #1000
San Francisco CA 94108


*254562*

**Case Number: 4:20-cv-02597-DMR**

Legal documents received by Western Attorney Services on **05/06/2020** at **8:11 AM** to be served upon **Altria Group, Inc., by serving CT Corporation System at 4701 Cox Rd., #285, Glen Allen, VA 23060**

I, **Zachary Lynn**, swear and affirm that on **May 06, 2020** at **12:44 PM**, I did the following:

Served **Altria Group, Inc., by serving CT Corporation System** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Orders; Standing Order for all Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Notice of Electronic Filing; Order Reassigning Case; Consent or Declination to Magistrate Judge Jurisdiction** to **Jessica Fitzgerald** as **Authorized Agent** of **Altria Group, Inc., by serving CT Corporation System at 4701 Cox Rd., #285 , Glen Allen, VA 23060**.

**Description of Person Accepting Service:**
Sex: Female Age: 30's Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Zachary Lynn**
Process Server

**Western Attorney Services**
75 Columbia Sq.
San Francisco CA 94103
415-487-4140
jennifer@westernattorneyservices.com

Internal Job ID: **254562**



## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*<u>As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.</u>*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush         Teresa Brown         Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 30th day of April, 2018.

_____
Notary Public

[Notary Seal: LISA D. CHRISTIAN, NOTARY PUBLIC, MY COMMISSION NUMBER 7510278, COMMONWEALTH OF VIRGINIA]