AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) | |
|---|---|---|
| Douglas J. Reece | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-02345 |
| Altria Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Douglas J. Reece

Date: 5/11/20

*Attorney's signature*

Jeff S. Westerman (SB# 94559)
*Printed name and bar number*

Westerman Law Corp.
16133 Ventura Blvd., Suite 685
Encino, CA 91436
*Address*

jwesterman@jswlegal.com
*E-mail address*

(310) 698-7450
*Telephone number*

(310) 775-0777
*FAX number*