Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Katharine L. Malone (SBN 290884)
Christopher K. Young (SBN 318371)
Kyle P. Quackenbush (SBN 322401)
Anupama K. Reddy (SBN 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email: jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        kmalone@saverilawfirm.com
        cyoung@saverilawfirm.com
        kquackenbush@saverilawfirm.com
        areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Anthony Martinez, Benjamin Deadwyler, Mallory Flannery, Denise Redfield et. al., and Noor Baig, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS J. REECE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALTRIA GROUP, INC., et al., <br><br> Defendants. | Case No. 20-02345-WHO <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Judge: Hon. William H. Orrick <br> Date: August 21, 2020 <br> Time: 1:00 p.m. <br> Location: Zoom Webinar |
| **This Document Relates to**: <br><br> **Direct Purchaser Actions** <br><br> *Matthew Blomquist v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02512 <br><br> *Anthony Martinez v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02597 <br><br> *Benjamin Deadwyler v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02729 <br><br> *John F. Stiles v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02779 | |

*Aaron Licari v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-02778

*Mallory Flannery v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02891

*Denise Redfield and Albert Riccelli v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03288

*Sheridan Carlson v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03430

*Noor-Baig, Inc. v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03867

*Jessica McGee v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-04413

*Brent Jackson v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-04238

**Indirect Purchaser Actions**

*Daraka Larimore, Adam Matschullat, and Keith May v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-02999

*Kerry Walsh and Allison Harrod v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03183

**Indirect Reseller Actions**

*B&C Retail, Inc. v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03868

*Sofijon, Inc., et al. v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03861

*Somerset Party Store Inc. v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-04073-WHO

*Irwindale Fuel Station, Inc. v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-04736-WHO

Pursuant to the Court's July 17, 2020 Minute Entry (ECF No. 86) and L.R. 16-10(d), the Direct Purchaser, Indirect Purchaser, and Indirect Reseller Antitrust Plaintiffs (collectively "Plaintiffs") and Defendants Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. ("JLI") ("Defendants") (collectively "Parties")[1] jointly submit this Case Management Statement in advance of the Case Management Conference to be held August 21, 2020 at 1:00 p.m.

## I.   Leadership for the Direct and Indirect Purchaser Cases

In its July 17, 2020 Minute Entry (ECF No. 86), the Court ordered counsel for Plaintiffs to submit revised proposals before the next Case Management Conference. ECF No. 86. The Court advised counsel to "put forward a more diverse group of individuals" and noted that it "is inclined at this juncture to appoint one lead for direct and one lead for indirect purchases and approve a leadership structure including up to four more individuals." *Id.*

The applicants are submitting their proposals today, August 14, 2020.

## II.   Filing of Consolidated Complaints

Plaintiffs and Defendants continue to agree that the deadlines to file Consolidated Class Action Complaints and responsive pleadings should be set soon after this Court's selection of a leadership committee. The parties are meeting and conferring and anticipate submitting proposals to the Court in advance of the next Case Management Conference. The parties agree that Defendants do not need to respond to the current complaints, including any applicable motions to compel arbitration, and that their responses be deferred until the filing of amended and consolidated complaints.

---

[1] This filing includes all of the known actions filed against Defendants to date. No Defendant has been served in *Larimore, et al. v. Altria Grp., Inc., et al.* (Case No. 3:20-cv-02999) and *Irwindale Fuel Station, Inc. v. Altria Grp., Inc, et al.* (Case No. 3:20-cv-04736). In addition, the Altria Defendants have not been served in *McGee, et al. v. Altria Grp., Inc., et al.* (Case No. 3:20-cv-04413). In filing this Joint Stipulation, Defendants preserve all objections to jurisdiction, venue, sufficiency of service of process in the cases in which they have not yet been served, and the right to move to compel arbitration of claims subject to binding arbitration provisions.

### III. Documents Produced to the FTC

On August 11, 2020, the "Reece Plaintiffs" (all Plaintiffs with the exception of John F. Stiles, Jessica McGee, Sheridan Carlson, and Matthew Blomquist, or the "Stiles Plaintiffs") and the Altria Defendants filed a stipulation and proposed order ("Order") that would grant Plaintiffs access to certain documents Defendant Altria produced to the FTC contingent on the entry of the following orders in these actions: (1) Protective Order (MDL ECF No. 308); (2) Order re Discovery of ESI (MDL ECF No. 323); (3) Case Management Order No. 4: Rule 502(d) and Privileged Materials Order (MDL ECF No. 322) (collectively, the "MDL Orders"). On August 12, 2020, the Court granted and entered the Order in this action (ECF No. 98) and the MDL Action (MDL ECF No. 860). Counsel for the Reece Plaintiffs and Defendants anticipate filing a stipulation and proposed order regarding entry of the MDL Orders prior to the next Case Management Conference.

The Stiles Plaintiffs, whose counsel were involved initially in meet and confer discussion regarding access to the FTC production, declined to agree to the stipulation after expressing concerns that the terms were not favorable to the class and would compromise Antitrust Plaintiffs' ability to challenge privilege designations for approximately 75,000 documents produced by Altria to the FTC. Counsel for the Stiles Plaintiffs also have concerns that the stipulation supersedes the privilege log requirements of Case Management Order No. 4. The Reece Plaintiffs do not share these concerns. Counsel for the Stiles Plaintiffs were provided with an opportunity to sign the stipulation before it was filed, and they again expressed these concerns, as well as their position that no stipulation should be entered until the Court appointed lead counsel, and declined to add their names to the stipulation.

Defendant JLI and representatives from some plaintiffs groups have continued to meet and confer regarding access to the documents JLI produced to the FTC; both sides hope that these issues may be resolved without Court intervention.

### IV. Efficient Coordination with the MDL

Plaintiffs also anticipate coordinating the timing and scope of discovery with MDL Plaintiffs to the extent possible to avoid unnecessarily duplicative discovery.

DATED: August 14, 2020                                              Respectfully Submitted,

By: ____/s/ Beth A. Wilkinson____
        Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
**WILKINSON WALSH LLP**
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: bwilkinson@wilkinsonwalsh.com
      jrosenthal@wilkinsonwalsh.com
      rkilaru@wilkinsonwalsh.com

Rahul R.A. Hari (SBN 313528)
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
Email: rhari@wilkinsonwalsh.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

By: ____/s/ M. Sean Royall____
        M. Sean Royall

M.Sean Royall (admitted *pro hac vice*)
Olivia Adendorff (admitted *pro hac vice*)
**KIRKLAND & ELLIS, LLP**
1601 Elm Street
Dallas, Texas 75201
Telephone: 214.972.1770
Facsimile: 214.972.1771
Email: sean.royall@kirkland.com
      olivia.adendorff@kirkland.com

Gregory P. Stone
**MUNGER TOLLES & OLSON LLP**
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com

*Counsel for Defendant JUUL Labs Inc.*

By: ____/s/ Joseph R. Saveri____
        Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Katharine L. Malone (SBN 290884)
Christopher K.L. Young (SBN 318371)
Kyle P. Quackenbush (SBN 322401)
Anupama K. Reddy (SBN 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
      swilliams@saverilawfirm.com
      kmalone@saverilawfirm.com
      cyoung@saverilawfirm.com
      kquackenbush@saverilawfirm.com
      areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Anthony Martinez, Benjamin Deadwyler, Mallory Flannery, Denise Redfield et. al., and Noor Baig, Inc.*

By: ____/s/ Jeff S. Westerman____
        Jeff S. Westerman

Jeff S. Westerman (SBN 94559)
**WESTERMAN LAW CORP.**
16133 Ventura Blvd. Suite 685
Encino, CA 91436
Telephone: (310) 698-7450
Email: jwesterman@jswlegal.com

Michael M. Buchman (admitted *pro hac vice*)
Michelle C. Clerkin (admitted *pro hac vice*)
Jacob Onile-Ere (*pro hac vice* forthcoming)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Email: mbuchman@motleyricce.com
      mclerkin@motleyrice.com
      jonileere@motleyrice.com

*Counsel for Individual and Representative Plaintiff Douglas J. Reece*

By:  /s/ *Todd A. Seaver*
Todd A. Seaver

Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Carl Hammarskjold (SBN 280961)
Colleen Cleary (SBN 306659)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: tseaver@bermantabacco.com
          mpearson@bermantabacco.com
          chammarskjold@bermantabacco.com
          ccleary@bermantabacco.com

Christian Levis (*pro hac vice* forthcoming)
Amanda Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
          afiorilla@lowey.com

Anthony M. Christina (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Email: achristina@lowey.com

*Counsel for Individual and Representative Plaintiff Matthew Blomquist*

- 4 -

JOINT CASE MANAGEMENT STATEMENT                              Case No. 20-cv-02345-WHO

By:     /s/ *John D. Radice*
           John D. Radice

John D. Radice (*pro hac vice* forthcoming)
A. Luke Smith (*pro hac vice* forthcoming)
Clark Craddock (SBN #296191)
Natasha Fernandez-Silber (*pro hac vice* forthcoming)
Rishi Raithatha (*pro hac vice* forthcoming)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
ccraddock@radicelawfirm.com
lsmith@radicelawfirm.com
nsilber@radicelawfirm.com
rraithatha@radicelawfirm.com

*Counsel for Individual and Representative Plaintiff Benjamin Deadwyler*


By:     /s/ *Swathi Bojedla*
           Swathi Bojedla
Swathi Bojedla (admitted *pro hac vice*)
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sbojedla@hausfeld.com

Christopher L. Lebsock (SBN #184546)
Michael P. Lehmann (SBN #77152)
Bonny E. Sweeney (SBN #176174)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: mlehmann@hausfeld.com
       bsweeney@hausfeld.com
       clebsock@hausfeld.com


*Counsel for Individual and Representative Plaintiffs John F. Stiles and Jessica McGee*

By:      /s/ *Jill M. Manning*
        Jill M. Manning

Jill M. Manning (SBN 178849)
Allan Steyer (SBN 100318)
D. Scott Macrae (SBN 104663)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 421-3400
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com

*Counsel for Individual and Representative Plaintiff Sheridan Carlson*

By:      /s/ *Stephanie M. Beige*
        Stephanie M. Beige

Stephanie M. Beige (*pro hac vice* forthcoming)
Stanley D. Bernstein (*pro hac vice* forthcoming)
Matthew E. Guarnero (*pro hac vice* forthcoming)
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
      beige@bernlieb.com
      mguarnero@bernlieb.com

Terry Gross (SBN #103878)
Adam C. Belsky (SBN #147800)
Mary B. Parker (SBN #215614)
**GROSS & BELSKY P.C.**
201 Spear Street, Suite 1100,
San Francisco, California 94105
Telephone: (415) 544-0200
Email: terry@grossbelsky.com
      adam@grossbelsky.com
      mary@grossbelsky.com

*Counsel for Individual and Representative Plaintiff Aaron Licari*

By:     /s/ *W. Joseph Bruckner*
          W. Joseph Bruckner

W. Joseph Bruckner (admitted *pro hac vice*)
Heidi M. Silton (admitted *pro hac vice*)
Craig S. Davis (admitted *pro hac vice*)
Arielle S. Wagner (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
       hmsilton@locklaw.com
       csdavis@locklaw.com
       aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiff Mallory Flannery*

By:     /s/ *Thomas H. Burt*
          Thomas H. Burt

Thomas H. Burt (*pro hac vice* forthcoming)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: burt@whafh.com

Carl V. Malmstrom (*pro hac vice* forthcoming)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone (312) 984-0000
Facsimile: (212) 686-0114
Email: malmstrom@whafh.com

*Counsel for Individual and Representative Plaintiffs Daraka Larimore, Adam Matschullat and Keith May*

|   |   |
|---|---|
| 1 |  |
| 2 | By:     /s/ *Fred T. Isquith Sr.* <br>          Fred T. Isquith Sr. |

By:     /s/ *Fred T. Isquith Sr.*
          Fred T. Isquith Sr.

Fred T. Isquith, Sr. (*pro hac vice* forthcoming)
Fred T. Isquith, Jr. (admitted *pro hac vice*)
Robin F. Zwerling (*pro hac vice* forthcoming)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Email: ftisquith@zsz.com
        fisquith@zsz.com
        rzerling@zsz.com

*Counsel for Individual and Representative Plaintiffs Kerry Walsh and Allison Harrod*

By:     /s/ *Marc H. Edelson*
          Marc H. Edelson

Marc H. Edelson (admitted *pro hac vice*)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com

*Counsel for Individual and Representative Plaintiffs Denise Redfield et. al., and Noor Baig, Inc.*

By:     */s/ Joshua Grabar*
          Joshua Grabar

Joshua Grabar (*pro hac vice* forthcoming)
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103Telephone: (267) 507-6085
Facsimile: (267) 507-6048
Email: jgrabar@grabarlaw.com

*Counsel for Individual and Representative Plaintiffs Denise Redfield et. al., and Noor Baig, Inc.*

By:     /s/ *Solomon B. Cera*
           Solomon B. Cera

Solomon B. Cera (SBN #099467)
Pamela A. Markert (SBN #203780)
**CERA LLP**
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@cerallp.com
       pmarkert@cerallp.com

*Counsel for Individual and Representative Plaintiffs B&C Retail, Inc. and Somerset Party Store Inc.*

- 9 -

JOINT CASE MANAGEMENT STATEMENT      Case No. 20-cv-02345-WHO

By:     /s/ *Laurence D. King*
Laurence D. King

Laurence D. King (SBN #206423)
Mario M. Choi (SBN #243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4709
Email: lking@kaplanfox.com
         mchoi@kaplanfox.com

Robert N. Kaplan (*pro hac vice* forthcoming)
Gregory K. Arenson (*pro hac vice* forthcoming)
Hae Sung Nam (*pro hac vice* forthcoming)
Jason A. Uris (*pro hac vice* forthcoming)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
         garenson@kaplanfox.com
         hnam@kaplanfox.com
         juris@kaplanfox.com

Justin B. Farar (SBN #211556)
**KAPLAN FOX & KILSHEIMER LLP**
12400 Wilshire Blvd, Suite 460
Los Angeles, CA 90025
Telephone: (310) 614-7260
Facsimile: (310) 575-8697
Email: jfarar@kaplanfox.com

*Counsel for Individual and Representative Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., Napht, Inc.,*

|   |   |
|---|---|
| 1 | By:     /s/ *Dennis Stewart* |
|   | Dennis Stewart |
| 2 |   |
|   | Dennis Stewart (SBN #99152) |
| 3 | **GUSTAFSON GLUEK PLLC** |
|   | 600 B Street, 17th Floor |
| 4 | San Diego, CA 92101 |
|   | Telephone: (619) 595-3299 |
| 5 | Email: dstewart@gustafsongluek.com |

Daniel E. Gustafson (*pro hac vice* forthcoming)
Daniel C. Hedlund (*pro hac vice* forthcoming)
Amanda M. Williams (*pro hac vice* forthcoming)
Daniel J. Nordin (*pro hac vice* forthcoming)
Ling S. Wang (*pro hac vice* forthcoming)
Mary M. Nikolai (*pro hac vice* forthcoming)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Email: dgustafson@gustafsongluek.com
       dhedlund@gustafsongluek.com
       awilliams@gustafsongluek.com
       dnordin@gustafsongluek.com
       lwang@gustafsongluek.com
       mnikolai@gustafsongluek.com

David Cates (*pro hac vice* forthcoming)
**CATES MAHONEY, LLC**
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone: (618) 277-3644
Facsimile: (618) 277-7882
Email: dcates@cateslaw.com

*Counsel for Individual and Representative Plaintiff Brent Jackson*

By:     /s/ *Pedram Minoofar*
       Pedram Minoofar

Pedram Minoofar (SBN #198599)
Navid Yadegar (SBN #205315)
**YADEGAR, MINOOFAR & SOLEYMANI LLP**
1875 Century Park East, Suite 1240
Los Angeles, California 90067
Telephone: (310) 499-0140
Facsimile: (888) 534-0290
Email:  pedram@ymsllp.com
       navid@ymsllp.com

*Counsel for Individual and Representative Plaintiff Irwindale Fuel Station, Inc.*

**E-Filing Attestation**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:     /s/ *Joseph R. Saveri*
        Joseph R. Saveri