Beth Wilkinson (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
J.J. Snidow (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: bwilkinson@wilkinsonstekloff.com
       jrosenthal@wilkinsonstekloff.com
       rkilaru@wilkinsonstekloff.com
       jsnidow@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com

Rahul Hari (SBN CA 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
Email: rhari@wilkinsonstekloff.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR BRIEFING AND PERMIT FILING OF A CONSOLIDATED MOTION TO DISMISS**<br><br>Hon. William H. Orrick |
|---|---|

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to an extension of the page limit for the opening brief in support of the Motion to Dismiss on behalf of Altria Group, Inc. and Altria Enterprises LLC. ("the Altria Defendants") and state as follows:

WHEREAS, under the current briefing schedule, the Altria Defendants' Motion to Dismiss ("Altria's Motion to Dismiss") is due January 15, 2021;

WHEREAS, in the interest of efficiency, the Altria Defendants should be permitted to file a single motion arguing for dismissal of the Consolidated Class Action Complaints filed by the Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Indirect Reseller Plaintiffs (collectively, the "Antitrust Plaintiffs"), *see* ECF Nos. 131, 133, 134.

WHEREAS, the volume, scope and nature of the allegations and claims in the Consolidated Class Action Complaints filed by the Antitrust Plaintiffs, *see* ECF Nos. 131, 133, 134, and the arguments likely to be raised in support of and in opposition to the Altria Defendants' Motion to Dismiss require additional pages beyond the ordinary page limit.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that:

1. The Altria Defendants shall be permitted to file a single Motion to Dismiss in response to the Consolidated Class Action Complaints filed by the Antitrust Plaintiffs;

2. The Altria Defendants shall be permitted to file an opening brief of no more than 50 pages in support of that motion;

3. The Altria Defendants and the Antitrust Plaintiffs will meet and confer regarding the commensurate number of pages for and any consolidation of the Antitrust Plaintiffs' opposition briefs after Antitrust Plaintiffs have had an opportunity to receive and assess the forthcoming motions; and

4. The Altria Defendants and Antitrust Plaintiffs will also meet and confer regarding any potential enlargements to the Altria Defendants' reply brief.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 15, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR BRIEFING AND PERMIT FILING OF A CONSOLIDATED MOTION TO DISMISS

| | | |
|---|---|---|
| Dated: January 13, 2020 | | Respectfully submitted, |
| By:    */s/ Joseph R. Saveri* <br>        Joseph R. Saveri | | By:    */s/ Beth Wilkinson* <br>        Beth Wilkinson |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L. Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Kyle P. Quackenbush (State Bar No.322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       kmalone@saverilawfirm.com
       cyoung@saverilawfirm.com
       kquackenbush@saverilawfirm.com
       areddy@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

By:    */s/ Robin F. Zwerling*
       Robin F. Zwerling

Robin F. Zwerling (admitted *pro hac vice*)
Susan Salvetti (*pro hace vice* pending)
Fred T. Isquith, Sr. (admitted *pro hac vice*)
Fred T. Isquith, Jr. (admitted *pro hac vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Email: rzerling@zsz.com
       ftisquith@zsz.com
       fisquith@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Beth Wilkinson (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
J.J. Snidow (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: bwilkinson@wilkinsonstekloff.com
       jrosenthal@wilkinsonstekloff.com
       rkilaru@wilkinsonstekloff.com
       jsnidow@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com

Rahul Hari (SBN CA 313528)
**WILKINSON STEKLOFF LLP**
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
Email: rhari@wilkinsonstekloff.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR BRIEFING AND PERMIT FILING OF A CONSOLIDATED MOTION TO DISMISS

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Beth Wilkinson, attest that concurrence in the filing of this document has been obtained.

Dated: January 13, 2021

**WILKINSON STEKLOFF LLP**

By:    */s/ Beth Wilkinson*
        Beth Wilkinson

5

JOINT STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND PAGE LIMITS FOR BRIEFING AND PERMIT FILING OF A CONSOLIDATED MOTION TO DISMISS