# EXHIBIT 1

| completed_at_utc | channel | email | magento_av_dob | solidus_av_dob | solidus_av_name |
|---|---|---|---|---|---|
| 7/19/2019 | ecommerce | REDACTED@aol.com | | REDACTED | Jessica McGee |
| | | | | | |
| | | | | | |
| | | | | | |

| solidus_av_status | number | sku | product_sub_category | flavor | account_name | account_address |
|---|---|---|---|---|---|---|
| verified | R460963006 | J1D1810 | Starter Kit | Assorted | Jessica McGee | REDACTED |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| account_city | account_state | account_zip | billing_name | billing_address | billing_city |
|---|---|---|---|---|---|
| HUGO | MN | 55038 | Jessica McGee | REDACTED | HUGO |
| | | | | | |
| | | | | | |
| | | | | | |

| billing_state | billing_zip | shipping_name | shipping_address | shipping_city | shipping_state | shipping_zip |
|---|---|---|---|---|---|---|
| MN | 55038 | Jessica McGee | REDACTED, HUGO, 55038-6002, United States | HUGO | MN | 55038 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| quantity | gross_revenue_usd | promo_total_usd | revenue_usd | account_creation_ | solidus_av_date |
|---|---|---|---|---|---|
| 1 | 49.99 | 0 | 49.99 | 7/19/2019 | 7/19/2019 |
| | | | | | |
| | | | | | |
| | | | | | |