# EXHIBIT 2

| completed_at_utc | channel | email | magento_av_dob | solidus_av_dob | solidus_av_name |
|---|---|---|---|---|---|
| 2/26/2019 | ecommerce | REDACTED@hotmail.com | | REDACTED | Mallory Flannery |
| 2/26/2019 | ecommerce | REDACTED@hotmail.com | | REDACTED | Mallory Flannery |

| solidus_av_status | number | sku | product_sub_category | flavor | account_name |
| --- | --- | --- | --- | --- | --- |
| verified | R446627792 | J1T1422 | Refill Kit | Cucumber | Mallory Flannery |
| verified | R446627792 | J1T1419 | Refill Kit | Mango | Mallory Flannery |

| account_address | account_city | account_state | account_zip | billing_name | billing_address |
|---|---|---|---|---|---|
| REDACTED | VAN METER | IA | 50261 | Mallory Flannery | REDACTED |
| REDACTED | VAN METER | IA | 50261 | Mallory Flannery | REDACTED |

| billing_city | billing_state | billing_zip | shipping_name | shipping_address | shipping_city | shipping_state |
|---|---|---|---|---|---|---|
| VAN METER | IA | 50261 | Mallory Flannery | REDACTED, VAN METER, 50261-0194, United States | VAN METER | IA |
| VAN METER | IA | 50261 | Mallory Flannery | REDACTED, VAN METER, 50261-0194, United States | VAN METER | IA |

| shipping_zip | quantity | gross_revenue_usd | promo_total_usd | revenue_usd | account_creation_date |
|---:|---:|---:|---:|---:|---:|
| 50261 | 1 | 15.99 | -3.75 | 12.24 | 2/26/2019 |
| 50261 | 3 | 47.97 | -11.25 | 36.72 | 2/26/2019 |

| solidus_av_date |
|---|
| 2/26/2019 |
| 2/26/2019 |