# EXHIBIT 3

| completed_at_utc | channel | email | magento_av_dob | solidus_av_dob | solidus_av_name |
|---|---|---|---|---|---|
| 7/31/2019 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |
| 7/31/2019 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |
| 7/31/2019 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |
| 2/27/2020 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |
| 3/13/2020 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |
| 3/13/2020 | ecommerce | REDACTED@gmail.com | | REDACTED | Anthony Martinez |

| solidus_av_status | number | sku | product_sub_category | flavor | account_name |
|---|---|---|---|---|---|
| verified | R109786040 | J1T1025 | Refill Kit | Fruit | Anthony Martinez |
| verified | R109786040 | J1T1419 | Refill Kit | Mango | Anthony Martinez |
| verified | R109786040 | J1T1422 | Refill Kit | Cucumber | Anthony Martinez |
| verified | R906724012 | J1D1147 | Device Kit | | Anthony Martinez |
| verified | R696443631 | J1D1147 | Device Kit | | Anthony Martinez |
| verified | R696443631 | J1D1848 | Device Kit | | Anthony Martinez |

| account_address | account_city | account_state | account_zip | billing_name | billing_address |
|---|---|---|---|---|---|
| REDACTED | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED |
| REDACTED | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED |
| REDACTED | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED |
| REDACTED , NEW YORK, 10002-3499, United States | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED , NEW YORK, 10002-3499, United States |
| REDACTED , NEW YORK, 10002-3499, United States | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED , NEW YORK, 10002-3499, United States |
| REDACTED , NEW YORK, 10002-3499, United States | NEW YORK | NY | 10002 | Anthony Martinez | REDACTED , NEW YORK, 10002-3499, United States |

| billing_city | billing_state | billing_zip | shipping_name | shipping_address | shipping_city | shipping_state |
|---|---|---|---|---|---|---|
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-1579, United States | NEW YORK | NY |
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-1579, United States | NEW YORK | NY |
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-1579, United States | NEW YORK | NY |
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-3499, United States | NEW YORK | NY |
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-3499, United States | NEW YORK | NY |
| NEW YORK | NY | 10002 | Anthony Martinez | REDACTED, NEW YORK, 10002-3499, United States | NEW YORK | NY |

| shipping_zip | quantity | gross_revenue_usd | promo_total_usd | revenue_usd | account_creation_date |
|---|---|---|---|---|---|
| 10002 | 1 | 15.99 | 0 | 15.99 | 8/26/2018 |
| 10002 | 1 | 15.99 | 0 | 15.99 | 8/26/2018 |
| 10002 | 1 | 15.99 | 0 | 15.99 | 8/26/2018 |
| 10002 | 1 | 14.99 | 0 | 14.99 | 8/26/2018 |
| 10002 | 1 | 19.99 | 0 | 19.99 | 8/26/2018 |
| 10002 | 1 | 19.99 | 0 | 19.99 | 8/26/2018 |

| solidus_av_date |
| --- |
| 8/26/2018 |
| 8/26/2018 |
| 8/26/2018 |
| 8/26/2018 |
| 8/26/2018 |
| 8/26/2018 |