# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-CV-02345-WHO<br>**[Proposed] Order** |
| This Document Relates to:<br>**ALL DIRECT PURCHASER ACTIONS** | |

**THIS MATTER** having come before the Court on Plaintiff's Consolidated Class Action Complaint and the opposition thereto, and the Defendant's Motion to Compel Arbitration and the opposition thereto, and the court having considered the motion on April 21, 2021 at 2:00 P.M. PT, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, it is hereby

**ORDERED** that Defendant Juul Labs Inc.'s Motion to Compel Arbitration is GRANTED and this action is hereby DISMISSED.

Date: _____, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge