1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING DEADLINES FOR JLI'S MOTION TO COMPEL ARBITRATION |

The parties jointly stipulate and agree, subject to the Court's approval, to entry of an order conforming the briefing schedule for Defendant Juul Labs, Inc.'s ("JLI") Notice of Motion and Motion to Compel Arbitration and Stay Litigation Or Alternatively Strike Class Allegations (ECF No. 210) ("the Motion") to align with currently established deadlines for Responsive Motions;

WHEREAS, on January 15, 2021, Defendant JLI filed their Notice of Motion and Motion to Compel Arbitration and Stay Litigation Or Alternatively Strike Class Allegations (ECF No. 210);

WHEREAS, on September 18, 2020 the Court's Order Setting Schedule adopted the Parties' agreed upon briefing schedule (ECF No. 123); and

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court order that the deadlines relating to the Motion conform with the Court's Order Setting Schedule (ECF No. 123) and as follows:

1. Opposition deadline of March 5, 2021;
2. Reply deadline of March 31, 2021; and
3. Hearing on the Motion & Further Case Management Conference on April 21, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: January 25, 2021



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2021                                        Respectfully Submitted,

By:      /s/ David I. Gelfand                    By:      /s/ Joseph R. Saveri
             David I. Gelfand                                  Joseph R. Saveri

David I. Gelfand (admitted *pro hac vice*)
Jeremy Calsyn (State Bar No. 25062)
Nowell D. Bamberger (admitted *pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1500
Email: dgelfand@cgsh.com
           jcalsyn@cgsh.com
           nbamberger@cgsh.com

*Counsel for Defendants Juul Labs, Inc.*

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L. Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Kyle P. Quackenbush (State Bar No. 322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           kmalone@saverilawfirm.com
           cyoung@saverilawfirm.com
           kquackenbush@saverilawfirm.com
           areddy@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

By:      /s/ Michael J. Guzman
             Michael J. Guzman

Mark C. Hansen (*pro hac vice* pending)
Michael J. Guzman (*pro hac vice* pending)
David L. Schwarz (State Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com
           mguzman@kellogghansen.com
           dschwarz@kellogghansen.com

*Counsel for Defendants Pritzker and Valani*

**E-Filing Attestation**

  I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:   */s/ Joseph R. Saveri*
Joseph R. Saveri
