# EXHIBIT 2



July 12, 2018 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20180712184152/https://www.juul.com/signin.