# EXHIBIT 3



September 3, 2018 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20180903172452/https://www.juul.com/signin.