# EXHIBIT 4



July 4, 2019 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20190704092840/https://www.juul.com/signin.