# EXHIBIT 5





August 28, 2019 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20190828180318/https://www.juul.com/signin.