# EXHIBIT 6



October 18, 2019 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20191018202438/juul.com/signin.