# EXHIBIT 7





April 17, 2020 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20200417072743/https://www.juul.com/signin.