# EXHIBIT 8



December 23, 2018 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20181223162240/https://www.juul.com/signin.