# EXHIBIT 9



May 2, 2019 screenshot of JLI Login page available on the Wayback Machine, https://web.archive.org/web/20190502124919/http://juul.com/signin.