# EXHIBIT 10

Step 1: Access JLI's HomePage



Step 2: Access "Shop" Page



Step 3: Add Product to Cart



Step 4: Proceed to Checkout



2

## Step 5: Login or Create and Account using JLI User Portal



## Step 6: Complete Checkout Payment Page




Step 7: Complete Checkout Address Page



Step 8: Complete Checkout Shipment Page



## Step 9: Complete Checkout Confirmation Page

