# EXHIBIT 11



# JAMS ADR Rules & Clauses

In a continuing effort to provide our clients with the highest quality dispute resolution services, JAMS offers clauses, rules and procedures designed to meet the parties' needs in a variety of situations. The menu of clauses, rules and procedures allows you to customize a process for your dispute. The newest addition is JAMS Optional Expedited Arbitration Procedures, which is described in more detail below.

## JAMS Optional Expedited Arbitration Procedures

JAMS has taken an industry-leading role to ensure arbitration remains an attractive alternative to litigation. In order to save clients time and money, JAMS has instituted new procedural options that allow the crafting of a process that is commensurate with the dispute. With JAMS new Optional Expedited Arbitration Procedures, parties can choose a process that limits depositions, document requests and e-discovery. When parties utilizing JAMS Comprehensive Arbitration Rules elect to use these procedures, they agree to the voluntary and informal exchange of all non-privileged documents and other information relevant to the dispute. These rules are an innovative step taken by JAMS to guarantee that its clients can have an efficient process if they choose.

- **View JAMS Optional Expedited Arbitration Procedures**

## ADR Clauses (Dispute Resolution Clauses for Commercial Contracts)

### **General** ADR Clauses

- Standard Arbitration Clauses
- Resolution Prior to Arbitration
- Arbitrator Qualifications
- Diversity and Inclusion *NEW!*
- Party-Appointed Arbitrators
- Confidentiality
- Governing Law
- Punitive Damages
- Limitation of Liability
- Fees and Costs to Prevailing Party
- Appeal
- Expedited Arbitration Procedures
- More Limited Efficiency-Enhancing Provisions

### **Construction** ADR Clauses

- Construction Clauses
- Construction Project Neutral Clause

### **Employment** ADR Clauses

- Employment Clauses

### **International** & Transnational Clauses

- Clauses for Transnational Commercial Contracts

# Rules & Procedures

## General Arbitration Rules & Procedures

- Comprehensive Arbitration Rules & Procedures
- Streamlined Arbitration Rules & Procedures
- Arbitration Discovery Protocols
- Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness
- Optional Arbitration Appeal Procedure

## Class Action Arbitration Procedures

- Class Action Procedures

## Construction Arbitration Rules & Procedures

- Engineering and Construction Arbitration Rules & Procedures
- Engineering and Construction Arbitration Rules & Procedures (Expedited)
- Surety Adjudication Dispute Resolution Rules

## Employment Arbitration Rules & Procedures

- Employment Arbitration Rules & Procedures
- Policy on Employment Arbitration Minimum Standards of Procedural Fairness

## International Mediation/Arbitration Rules & Procedures

- International Arbitration Rules
  - Efficiency Guidelines for the Pre-Hearing Phase of International Arbitrations
  - Guidelines for Use of Clerks and Tribunal Secretaries in Arbitrations
- International Mediation Rules
- EU-U.S. Privacy Shield and U.S.-Swiss Safe Harbor Program Information
  - File An EU-U.S. Privacy Shield or Safe Harbor Claim

## Local Solutions. Global Reach. ᵀᴹ

JAMS successfully resolves business and legal disputes by providing efficient, cost-effective and impartial ways of overcoming barriers at any stage of conflict. JAMS offers customized dispute resolution services locally and globally through a combination of industry-specific experience, first-class client service, top-notch facilities and highly trained panelists.

# Dispute Resolution Clauses

For more information on using our clauses, please contact the resources below.

**U.S. West Coast**

**Geri Yulo**
**gyulo@jamsadr.com**

555 West Fifth Street, 32nd Floor
Los Angeles, CA 90013

**U.S. East/Central**

**Sarah Nevins**
SNevins@jamsadr.com
+1 313-209-8851

150 West Jefferson, Suite 850
Detroit, MI 48226

Also, if you incorporate any of these clauses into a contract that applies to a number of contracting parties (such as, for example, in a standard employment agreement or in a consumer agreement), please advise JAMS as special requirements may be applicable.

By suggesting the contract language contained in this Guide, JAMS is in no way offering legal advice. Rather, the legal effect of the clauses in question should be weighed by the parties in the specific context of whatever law is applicable.