# EXHIBIT 13



```ruby
      :redirect_hide_commerce, only: :new
-     before_action :hide_footer, :load_order, :set_use_mini_header, :set_page_title, :show_new_login?
+     before_action :hide_footer, :load_order, :set_use_mini_header, :set_page_title

      # This is included in ControllerHelpers::Order.  We just want to call
      # it after someone has successfully logged in.
      end

      def set_page_title
-       @page_title = if show_new_login?
-                       t('sign_in_page.my_account_title')
-                     else
-                       t('sign_in_page.sign_in_title')
-                     end
-     end
-
-     def show_new_login?
-       @show_new_login ||= feature_flags.show_new_login?
+       @page_title = t('sign_in_page.sign_in_title')
      end

      def translation_scope
```

### app/javascript/packs/accept_tos.js

```js
@@ -1,10 +1,26 @@
  const signupButtons = document.getElementsByClassName('tos-required');
  const agreeTosCheckbox = document.getElementById('accepted-tos');
+ const signupForm = document.getElementById('new_spree_user_create');
+ const agreeTosWarning = document.getElementById('accepted-tos-warning');
```

```diff
  4      for (let i = 0; i < signupButtons.length; i++) {
  5          const signupButton = signupButtons[i];
- 6          signupButton.disabled = true;
  7          agreeTosCheckbox.onchange = function() {
- 8              signupButton.disabled = !this.checked;
  9          };
 10      }
```

```diff
  6      for (let i = 0; i < signupButtons.length; i++) {
  7          const signupButton = signupButtons[i];
  8          agreeTosCheckbox.onchange = function() {
+ 9              if (this.checked) {
+10                  signupButton.classList.remove('disabled');
+11                  agreeTosWarning.classList.add('hide');
+12              } else {
+13                  signupButton.classList.add('disabled');
+14                  agreeTosWarning.classList.remove('hide');
+15              }
 16          };
 17      }
+18
+19      signupForm.onsubmit = function(e) {
+20          if (!agreeTosCheckbox.checked) {
+21              e && e.preventDefault();
+22              agreeTosWarning.classList.remove('hide');
+23              return false;
+24          }
+25          agreeTosWarning.classList.add('hide');
```

 **DavidFishman** on Aug 6, 2018

Let's add a test to make sure this behavior doesn't regress.

☺

 Reply…

Resolve conversation

```diff
  26          + };
```

## 6 app/javascript/styles/core/_buttons.scss

```diff
  19        text-decoration: none;                              19        text-decoration: none;
  20      }                                                     20      }
  21                                                            21
  22   -  &:disabled {                                          22  +  &:disabled,
                                                                23  +  &.disabled {
  23        background: if($disabled-                           24        background: if($disabled-
     background-color, $disabled-background-                       background-color, $disabled-background-
     color, lighten($gradient-start, 20%));                        color, lighten($gradient-start, 20%));
  24        box-shadow: 0 1px 0 0                                25        box-shadow: 0 1px 0 0
     lighten($gradient-start, 1%);                                  lighten($gradient-start, 1%);
  25        color: if($disabled-color,                           26        color: if($disabled-color,
     $disabled-color, $color);                                      $disabled-color, $color);
                                                                27  +  }
                                                                28  +
                                                                29  +  &:disabled {
  26        cursor: not-allowed !important;                      30        cursor: not-allowed !important;
  27      }                                                      31      }
  28                                                             32
```

## 4 app/views/pages/wholesale.html.erb

```diff
  48          <input type=hidden id="status"                    48          <input type=hidden id="status"
     name="status" value="Open" type=hidden/>                       name="status" value="Open" type=hidden/>
  49          <input type=hidden                                49          <input type=hidden
     id="recordType" name="recordType"                             id="recordType" name="recordType"
     value="01239000000N1wY" type=hidden/>                         value="01239000000N1wY" type=hidden/>
  50          <input type=hidden                                50          <input type=hidden
     id="00N39000003V5FT"                                          id="00N39000003V5FT"
     name="00N39000003V5FT" value="1" /><br/>                      name="00N39000003V5FT" value="1" /><br/>
  51   -      <%= render partial:                               51  +      <%= render partial:
     'spree/shared/accept_tos' if                                  'spree/shared/accept_tos' %>
     feature_flags.intl_requires_tos_checkbox
     ?(current_store) %>
  52   -      <input type="submit"                              52  +      <input type="submit"
     name="submit" class="Button--primary                          name="submit" class="Button--primary
     button_sumbit_wholesale tos-required">                        button_sumbit_wholesale disabled tos-
                                                                    required">
  53        </form>                                             53        </form>
  54      </div>                                                54      </div>
  55    </div>                                                  55    </div>
```

## 15 ▮▮▮▮ app/views/spree/shared/_accept_tos.html.erb

```
@@ -1,16 +1,13 @@
- <% requires_checkbox = feature_flags.intl_requires_tos_checkbox?(current_store) %>
-
   <label for="accepted-tos" class="text-small signin__legal-text">
-    <% if requires_checkbox %>
-      <input type="checkbox" id="accepted-tos"/>
-    <% end %>
+    <input type="checkbox" id="accepted-tos"/>
     <%= juul_t('page.shared.login.by_registering_with',
                url: contentful_safe_render(content.tld_settings, 'tos_url'), #We leave this to support old translaions until they're updated.
                tos_url: contentful_safe_render(content.tld_settings, 'tos_url'),
                privacy_url: contentful_safe_render(content.tld_settings, 'privacy_url')) %>
   </label>
- <% if requires_checkbox %>
-   <% content_for :javascript do %>
-     <%= javascript_pack_tag 'accept_tos' %>
-   <% end %>
+ <div id="accepted-tos-warning" class="invalid-feedback hide">
+   <%= juul_t('page.shared.login.accepted_tos_warning') %>
+ </div>
+ <% content_for :javascript do %>
+   <%= javascript_pack_tag 'accept_tos' %>
   <% end %>
```

## 6 ▮▮▮▮ app/views/spree/shared/_login.html.erb

```
  <%= stylesheet_pack_tag 'checkout' %>
```

```erb
  3         <% end %>                                             3         <% end %>
  4                                                               4
  5  -   <% if @show_new_login %>                                  5  +   <%= render partial: 'spree/shared/login_form' %>
  6  -     <%= render partial: 'spree/shared/new_login_form' %>
  7  -   <% else %>
  8  -     <%= render partial: 'spree/shared/old_login_form' %>
  9  -   <% end %>
 10                                                               6
 11      <% content_for :javascript do %>                          7      <% content_for :javascript do %>
 12        <%= javascript_pack_tag 'checkout' %>                   8        <%= javascript_pack_tag 'checkout' %>
```

**0** ...ews/spree/shared/_old_login_form.html.erb → app/views/spree/shared/_login_form.html.erb

File renamed without changes.

**41** app/views/spree/shared/_new_login_form.html.erb

Load diff
This file was deleted.

**7** app/views/spree/shared/_user_form.html.erb

```erb
 23         <div class="red text--small"><%=                      23         <div class="red text--small"><%=
    flash.now[:registration_error] %></div>                          flash.now[:registration_error] %></div>
 24       <% end %>                                               24       <% end %>
 25       <div data-hook="signup_below_password_fields">          25       <div data-hook="signup_below_password_fields">
    </div>                                                           </div>
 26  -     <%= render partial:                                    26  +     <%= render partial:
    'spree/shared/accept_tos' if                                     'spree/shared/accept_tos' %>
    feature_flags.intl_requires_tos_checkbox
    ?(current_store) %>
 27  -     <p><%= f.submit Spree.t(:sign_up),                     27  +     <p><%= f.submit Spree.t(:sign_up),
    id: 'signup__input', class: 'Button--                            id: 'signup__input', class: 'Button--
```

```erb
         primary signin__input is-block tos-             primary signin__input is-block tos-
         required', tabindex: 6 %></p>                   required disabled', tabindex: 6 %></p>
       </div>                                          </div>
-  <%= render partial:
'spree/shared/accept_tos' unless
feature_flags.intl_requires_tos_checkbox
?(current_store) %>
     <% end %>                                         <% end %>
-
-
```

**config/locales/en.yml**

```yaml
        warranty: Warranty                               warranty: Warranty
      login:                                             login:
        by_registering_with: By                          by_registering_with: By
registering with JUUL Labs, Inc., you            registering with JUUL Labs, Inc., you
agree to our <a href=%{tos_url}>Terms            agree to our <a href=%{tos_url}>Terms
and Conditions</a> and <a href=%                and Conditions</a> and <a href=%
{privacy_url}>Privacy Policy</a>.                {privacy_url}>Privacy Policy</a>.
+       accepted_tos_warning: Please
accept the terms to continue.
        log_in: 'Log In:'                                log_in: 'Log In:'
        new_to_juul: 'New to JUUL?                       new_to_juul: 'New to JUUL?
Sign Up:'                                        Sign Up:'
      nav:                                               nav:
```