# EXHIBIT 14

