Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L. Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Kyle P. Quackenbush (State Bar No. 322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        kmalone@saverilawfirm.com
        cyoung@saverilawfirm.com
        kquackenbush@saverilawfirm.com
        areddy@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER** |

To the Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that, as of June 30, 2021, Kyle P. Quackenbush withdraws his appearance as counsel for Direct Purchaser Plaintiffs in the above-captioned litigation and requests that his name be removed from the Court's and the parties' service lists. Mr. Quackenbush has departed from Joseph Saveri Law Firm LLP and is no longer associated with the firm. Joseph R. Saveri, Steven N. Williams, Christopher K.L. Young, Anupama K. Reddy, and Katharine L. Malone of Joseph Saveri Law

Firm, LLP are each members of the Bar of this Court and will continue to serve as counsel of record for Plaintiff.

Accordingly, it is hereby requested that the Court remove Mr. Quackenbush from the docket of this case and that his name and email address be removed from the service list that is on file with the Court in this action.

Dated: June 30, 2021

By:     /s/ *Joseph R. Saveri*
                Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L. Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Kyle P. Quackenbush (State Bar No. 322401)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            kmalone@saverilawfirm.com
            cyoung@saverilawfirm.com
            kquackenbush@saverilawfirm.com
            areddy@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

**GOOD CAUSE APPEARING**, it is so **ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge