UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** December 15, 2021 | **Time:** 20 minutes<br>9:58 a.m. to 10:18 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-02345-WHO | **Case Name:** Reece v. Altria Group, Inc. | |

**Attorneys for Plaintiff:**   Katharine Malone and Joseph Saveri
**Attorney for Defendant:**   James Rosenthal
Attorneys for Movants:   Nowell Bamberger and Michael Guzman

**Deputy Clerk:** Jean Davis                **Court Reporter:** Belle Ball

PROCEEDINGS

Motion hearing conducted via videoconference as to Motion to Compel Arbitration. Argument of counsel heard. Motion taken under submission; written order to follow.