UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., ANTITRUST LITIGATION | Case No. 20-cv-02345-WHO<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH CIVIL LOCAL RULE 79-5(F)(3)** |

On November 19, 2021, plaintiffs filed an administrative motion to file under seal materials designated as confidential by defendant. Under the Civil Local Rules, defendant was required to submit a declaration identifying what, if any, information should remain under seal. *See* Civil Local Rule 79-5(f)(3). As of today's date, no such declaration has been filed.

Within five days of the date of this Order, defendant shall extinguish this OSC by filing the required declaration so that the Court can rule on the pending motion to seal. Failure to file the declaration, and any future failure to comply with Civil Local Rule 79-5's deadlines, will result in "the unsealing of the provisionally sealed document without further notice to the Designating Party." Civ. L.R. 79-5(f)(3).

**IT IS SO ORDERED.**

Dated: March 1, 2022

William H. Orrick
United States District Judge