[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE PENDING FTC PROCEEDING |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to amend case deadlines, and hereby state as follows:

WHEREAS, on July 8, 2022, the Court entered the Joint Stipulation and Order for Extension of Time to Respond to Complaint Pursuant to Local Rule 6-1 (ECF. No. 327) extending Defendants' deadline to respond to Direct Purchaser Plaintiffs' Second Amended Complaint ("DPP's SAC") until August 12, 2022;

WHEREAS, DPP's SAC, the Indirect Purchaser Plaintiffs' ("IPP") Amended Consolidated Class Action Complaint ("IPP's ACC"), and the Indirect Reseller Plaintiffs' ("RIP") Amended Consolidated Class Action Complaint ("RIP's ACC") allege antitrust claims under the Sherman Act for damages resulting from Defendants' alleged unlawful agreement;

WHEREAS, on April 1, 2020, the FTC filed an administrative complaint (the "FTC Complaint") challenging, *inter alia*, the lawfulness of certain agreements between Defendants;

WHEREAS, the allegations in the FTC Complaint overlap with the claims in DPP's SAC, the IPP's ACC, and the RIP's ACC;

WHEREAS, on February 17, 2022, the Administrative Law Judge overseeing the FTC proceeding dismissed the FTC Complaint;

WHEREAS, on April 5, 2022, the FTC filed an appeal, challenging the dismissal of the FTC Complaint ("FTC Appeal");

WHEREAS, the parties anticipate the possibility of a further appeal to a U.S. Court of Appeals depending on the outcome of the FTC Appeal; and

WHEREAS, the parties agree that this action would benefit from being stayed until the FTC Appeal and any subsequent appeal to a Court of Appeals is concluded.

///
///
///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the Parties have agreed as follows: (1) that this action be stayed until the expiration of time to file an appeal to a Court of Appeals or until a decision in or dismissal of an appeal to a Court of Appeals; and (2) that the Parties will provide an update to this Court regarding the status of the FTC action no later than six (6) months from the date this order is entered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: August 18, 2022



HONORABLE WILLIAM H. ORRICK
United States District Judge

Dated: August 12, 2022                              Respectfully submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:      */s/ Joseph R. Saveri*
             Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          tmanfredi@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:      */s/ Robin F. Zwerling*
             Robin F. Zwerling

Robin F. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hace vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Email: rzerling@zsz.com
          ftisquith@zsz.com
          fisquith@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By: ___/s/ Beth A. Wilkinson___
      Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekoff.com
rkilaru@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com
*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:   */s/ David I. Gelfand*
　　　　David I. Gelfand

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com

*Attorneys for Defendant Juul Labs, Inc.*

**E-Filing Attestation**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:     */s/ Joseph R. Saveri*
    Joseph R. Saveri