| | |
|---|---|
| 1 | Michael M. Buchman (admitted *pro hac vice*) |
| 2 | **MOTLEY RICE LLC**<br>777 Third Avenue, 27th Floor |
| 3 | New York, New York 10017<br>Tel: (212) 557-5400 |
| 4 | Fax: (212) 577-0054<br>E-Mail: mbuchman@motleyrice.com |
| 5 | *Direct Purchaser Plaintiffs Steering Committee and Attorney for Plaintiff Douglas Reece* |
| 6 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:20-cv-02345-WHO<br><br>**PLAINTIFFS' NOTICE OF <u>WITHDRAWAL OF COUNSEL</u>** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 21-cv-03361-RS

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Motley Rice LLC ("Motley Rice"), Direct Purchaser Plaintiffs Steering Committee and counsel of record for Plaintiff Douglas Reece ("Plaintiff"), hereby notices the Court and the parties that Jacob Olawale Onile-Ere is no longer with Motley Rice LLC. Pursuant to Local Rule 5-1(c)(2)(C), Motley Rice LLC respectfully requests the withdrawal of the appearance of Jacob Olawale Onile-Ere. Michael M. Buchman continues to represent Plaintiff in this matter.

Dated: October 13, 2022           Respectfully submitted,

By: /s/ Michael M. Buchman

Michael M. Buchman (admitted *pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, New York 10017
Tel: (212) 557-5400
Fax: (212) 577-0054
E-Mail: mbuchman@motleyrice.com

*Direct Purchaser Plaintiffs Steering Committee and Attorney for Plaintiff Douglas Reece*