1 | Fred T. Isquith Jr
2 | **ISQUITH LAW PLLC**
3 | 222 E 80th Street
  | New York, New York 10075
  | Telephone: 607/227-6513

4 | *Class Counsel for the End Payer Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION. | Case No. 20-cv-02345-WHO |
|---|---|
| This Document Relates To: **All Indirect Purchaser Actions** | **NOTICE OF WITHDRAWAL OF COUNSEL FRED T. ISQUITH JR.; [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that, as of March 31, 2023, Fred T. Isquith Jr. withdraws his appearance as counsel for the Indirect Purchaser Plaintiffs in the above-captioned litigation and requests that his name be removed from the Court's and parties' service lists. Mr. Isquith Jr. is no longer associated with Isquith Law PLLC ("Isquith Law") and hereby withdraws as counsel. Fred Isquith Sr., of Isquith Law PLLC, will continue as counsel for Kurt Doughty, Allison Harrod, Dylan Pang, Kerry Walsh and the proposed class. Mr. Isquith Jr's withdrawal will have no effect on the current schedule.

Additionally, Isquith Law respectfully requests that Fred T. Isquith Jr be removed from all service lists related to this matter.

DATED: March 31, 2023          By:   *s/ Fred T. Isquith Jr.*

                               Fred T. Isquith Jr

                               **ISQUITH LAW PLLC**
                               222 E 80th Street
                               New York, New York 10075
                               Ph: 607 227 6513
                               Email: Isquithlaw@gmail.com

**GOOD CAUSE APPEARING,** it is so **ORDERED**

Dated:_____

                               _____
                               HONORABLE WILLIAM H. ORRICK
                               United States District Judge.

Case No. 3:20-cv-02345-WHO

NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER