Fred T. Isquith Jr
**ISQUITH LAW PLLC**
222 E 80th Street
New York, New York 10075
Telephone: 607/227-6513

*Class Counsel for the End Payer Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION.<br><br>This Document Relates To:<br><br>**All Indirect Purchaser Actions** | Case No. 20-cv-02345-WHO<br><br>**AMENDED NOTICE OF WITHDRAWAL OF COUNSEL FRED T. ISQUITH JR.; ORDER** |

**PLEASE TAKE NOTICE** that, as of March 31, 2023, Fred T. Isquith Jr. requests that the Court withdraw his appearance as counsel for the Indirect Purchaser Plaintiffs in the above-captioned litigation and requests that his name be removed from the Court's and parties' service lists. Mr. Isquith Jr. is no longer managing owner of Isquith Law PLLC ("Isquith Law") and not affiliated with Zwerling, Schachter & Zwerling LLP ("ZSZ") and hereby withdraws as counsel. Fred Isquith Sr., present managing owner of Isquith Law PLLC, will continue as counsel for Kurt Doughty, Allison Harrod, Dylan Pang, Kerry Walsh (the "Clients") and the proposed class. The Clients who retained Isquith Law have been advised of Mr. Isquith Jr.'s leaving and have approved the withdraw. Mr. Isquith Jr's withdrawal will have no effect on the current schedule.

Fred Isquith Jr. was asked by counsel at ZSZ to amend his notice of withdrawal to amplify the record. *See ECF No.* 335 (Mar 31, 2023). The Clients' initial complaint was filed on May 8, 2020 with Fred Isquith Jr. appearing under Isquith Law PLLC. *See* 20-cv-3183 ECF No. 1 (May 8, 2020) ("Initial Complaint"). The docket in the initial matter (20-cv-3183), reflects Fred Isquith Sr. with Isquith Law PLLC, and inaccurately places Fred Isquith Jr. with Zwerling.

In fact, sometime in June 2020, Isquith Law began to affiliate, as co-counsel, with ZSZ on certain matters, including *In re JuuL Antitrust Litigation*. It was under this affiliation that ZSZ elected to file a pro hac vice motion for Fred Isquith Jr. (20-cv-3183, ECF No. 22), and listed him on the consolidated amended complaint, 20-cv-2345, ECF No. 132. At all times during this litigation Fred Isquith Jr. was the managing owner at Isquith Law PLLC as listed in the Initial Complaint and was only affiliated with ZSZ on select matters.

Fred Isquith Jr. moves to have the Court withdraw his appearance in this matter under Isquith Law and the ZSZ affiliation. Fred Isquith Jr. has already started another legal job. The Clients continue to retain Isquith Law PLLC in this matter and are represented by Fred Isquith Sr. *See First motion for leave to appear Pro Hac Vice,*

AMENDED NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER

1   *ECF No.* 337 (Apr. 13, 2023).

2       Fred Isquith Jr. respectfully requests to be removed from all service lists related
3   to this matter.

4

5   DATED:  April 13, 2023      By:  *s/ Fred T. Isquith Jr.*

6                                               Fred T. Isquith Jr.

7                                               **ISQUITH LAW PLLC**
8                                               222 E 80th Street
                                            New York, New York 10075
9                                               Ph: 607 227 6514
10                                              Email: Isquithlaw@gmail.com

11  **GOOD CAUSE APPEARING,** it is so **ORDERED**
12

13  Dated:  April 18, 2023

14

15                                              HONORABLE WILLIAM H. ORRICK
16                                              United States District Judge.

17

18

19

20

21  Case No. 3:20-cv-02345-WHO
22
23
24
25
26
27
28