Robin F. Zwerling (admitted *pro hac vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>RESPONSE TO AMENDED NOTICE OF WITHDRAWAL OF COUNSEL |

Zwerling, Schachter & Zwerling, LLP ("ZSZ") submits this response to the Notice of Withdrawal of Counsel Fred T. Isquith, Jr.; [Proposed Order], dated and filed March 31, 2023, and to the Amended Notice of Withdrawal of Counsel Fred T. Isquith Jr.; [Proposed] Order dated and filed April 13, 2023 ('the Notices').  ZSZ has no objection to the withdrawal of Mr. Isquith, Jr., but believes that the Notices contain inaccurate information. Although the docket entry relating to the Amended Notice provided for a response by April 27, 2023, the Court so-ordered the withdrawal on April 18, 2023. ZSZ respectfully submits this response in order to correct the record.

After the initial Notice of Withdrawal, ZSZ advised Mr. Isquith, Jr. that we believed the notice contained inaccurate information and that it should be corrected. Both his *pro hac vice* application, granted by this Court on June 13, 2020, s*ee* ECF No. 22 (3:20-cv-03183-WHO – consolidated into this case), and his Notice of Appearance, filed on January 12, 2021 (s*ee* ECF No. 190), states that "Fred T. Isquith Jr. of the law firm Zwerling, Schachter & Zwerling, LLP…" appears as counsel for [various] plaintiffs. Throughout the case, Mr. Isquith, Jr. has only acted on behalf of ZSZ including, for example, on papers filed with the Court and appearing before the Court. That "Mr Isquith Jr. is no longer managing owner of Isquith Law PLLC…." is irrelevant.

Likewise, Fred T. Isquith, Sr. has acted as Of Counsel to ZSZ throughout this case after his withdrawal from Wolf Haldenstein Adler Freeman & Herz LLP. Mr. Isquith, Sr. filed a Notice of Change of Affiliation to Zwerling, Schachter & Zwerling, LLP on June 9, 2020 (s*ee* ECF No. 10 – 3:20-cv-02999-WHO – consolidated into this case).  In fact, he never appeared on behalf of Isquith Law PLLC until April 18, 2023 (*see* ECF No. 339).

Dated: April 27, 2023

Respectfully submitted,

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By: */s /Robin F. Zwerling*
Robin F. Zwerling (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*