*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Master File No. 3:20-cv-02345-WHO |
| | **STATUS REPORT** |
| This Document Relates To: | JUDGE: William H. Orrick |
| **All Actions** | CTRM:  2, 17th Floor |

Pursuant to the Stipulation and Order dated August 18, 2022 (ECF 330), the undersigned parties hereby submit their status report concerning developments in the action before the Federal Trade Commission titled *Matter of Altria Group, Inc. and JUUL Labs, Inc.*, Docket No. 9393 (the "FTC Action"):

On April 5, 2022, FTC Complaint Counsel filed its opening appeal brief.[1]  On May 18, 2022, Respondents JUUL Labs, Inc. and Altria Group, Inc. filed their answering brief.  On June 2, 2022, Complaint Counsel filed its reply.

---

[1] Copies of all referenced materials can be found at https://www.ftc.gov/legal-library/browse/cases-proceedings/191-0075-altria-groupjuul-labs-matter (visited May 16, 2023).

STATUS REPORT
MASTER FILE NO. 3:20-cv-02345-WHO

On September 6, 2022, Complaint Counsel and Respondents, respectively, submitted compilations of materials for use at oral argument. On September 12, 2022 (after the grant of an extension requested by Respondents' counsel), oral argument was held.

On November 3, 2022, the Commission entered an order requesting further briefing from the parties on "the potential applicability of the *per se* rule and the inherently suspect standard to an alleged unlawful agreement between Respondents Altria Group, Inc. ('Altria') and JUUL Labs, Inc. ('JLI') for Altria to withdraw its e-cigarette products from the market." *Id.* at 2.

The November 3, 2022 order required that each side file briefs addressing those issues on or before December 5, 2022 and reply briefs on or before December 20, 2022.

The parties filed their briefs on the dates ordered.

Per the Commission's November 3, 2022 Order, the Commission's deadline for issuing a decision in the proceeding was March 30, 2023, 100 days after the reply briefs were due.

On March 6, 2023, Respondents filed a Motion to Take Official Notice and to Dismiss the Litigation as Moot, or in the Alternative, to Stay the Litigation. On March 21, 2023, Respondents filed a Motion to Withdraw Matter from Adjudication to Discuss Settlement. Complaint Counsel opposed these motions.

On March 30, 2023, the Commission extended its deadline to issue a final decision in the matter to May 5, 2023, in order to consider the matters raised by Respondents' motions, and at the same time denied Respondents' alternative request for a stay.

On May 4, 2023, the Commission ordered that the matter be withdrawn from adjudication until June 19, 2023.

The undersigned hereby request that the stay entered herein in the August 18, 2022 Order be continued, and that the parties submit an updated status report to this Court on or before June 30, 2023.

Dated: May 17, 2023                         Respectfully submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:   /s/ Joseph R. Saveri
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
      swilliams@saverilawfirm.com
      cyoung@saverilawfirm.com
      tmanfredi@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:   /s/ Robin F. Zwerling
      Robin F. Zwerling

Robin F. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
      ssalvetti@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:   /s/ Beth A. Wilkinson
      Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
2001 M Street, N.W., 10th Floor

Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekoff.com
rkilaru@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira Penza (pro hac vice)
WILKINSON STEKLOFF LLP
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile:  213-243-4199
Lauren.Wulfe@arnoldporter.com

*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises LLC*


**CLEARY GOTTLIEB STEEN & HAMILTON LLP**


By:     */s/ David I. Gelfand*
         David I. Gelfand

David I. Gelfand (pro hac vice)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (pro hac vice)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com

*Attorneys for Defendant Juul Labs, Inc.*

**CERTIFICATE OF E-FILING**

I, Beth A. Wilkinson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

<u>By: /s/ Beth A. Wilkinson</u>
Beth A. Wilkinson