*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**All Actions** | Master File No. 3:20-cv-02345-WHO<br><br>**STATUS REPORT**<br><br>JUDGE: William H. Orrick<br>CTRM:   2, 17th Floor |

Pursuant to the Stipulation and Order dated August 18, 2022 (ECF No. 330), the undersigned parties hereby submit their status report concerning developments in the action before the Federal Trade Commission titled *In re Altria Group, Inc. and JUUL Labs, Inc.*, Docket No. 9393 (the "FTC Action"):

On April 5, 2022, FTC Complaint Counsel filed its opening appeal brief.[1]  On May 18, 2022, Respondents JUUL Labs, Inc. and Altria Group, Inc. filed their answering brief.  On June 2, 2022, Complaint Counsel filed its reply.

---

[1] Copies of all referenced materials can be found at https://www.ftc.gov/legal-library/browse/cases-proceedings/191-0075-altria-groupjuul-labs-matter (visited July 27, 2023).

On September 6, 2022, Complaint Counsel and Respondents, respectively, submitted compilations of materials for use at oral argument. On September 12, 2022 (after the grant of an extension requested by Respondents' counsel), oral argument was held.

On November 3, 2022, the Commission entered an order requesting further briefing from the parties on "the potential applicability of the *per se* rule and the inherently suspect standard to an alleged unlawful agreement between Respondents Altria Group, Inc. ('Altria') and JUUL Labs, Inc. ('JLI') for Altria to withdraw its e-cigarette products from the market," noting that "in the course of the briefing," Complaint Counsel had asserted that "Respondents' conduct not only violated the rule of reason, but 'may well amount to a per se violation [of Sherman Act Section 1] or be unlawful under the "inherently suspect" standard.'" *Id.* at 2.

The November 3, 2022 order required that each side file briefs addressing those issues on or before December 5, 2022 and reply briefs on or before December 20, 2022.

The parties filed their briefs on the dates ordered.

Per the Commission's November 3, 2022 Order, the Commission's deadline for issuing a decision in the proceeding was March 30, 2023, 100 days after the reply briefs were due.

On March 6, 2023, Respondents filed a Motion to Take Official Notice and to Dismiss the Litigation as Moot, or in the Alternative, to Stay the Litigation. On March 21, 2023, Respondents filed a Motion to Withdraw Matter from Adjudication to Discuss Settlement. Complaint Counsel opposed these motions.

On March 30, 2023, the Commission extended its deadline to issue a final decision in the matter to May 5, 2023, in order to consider the matters raised by Respondents' motions, and at the same time denied Respondents' alternative request for a stay.

On May 4, 2023, the Commission ordered that the matter be withdrawn from adjudication until June 19, 2023.

On June 20, 2023, the Commission extended its withdrawal of the matter from adjudication through June 30, 2023.

On June 30, 2023, the Commission entered an Order to Return Case to Adjudication, Vacate Initial Decision, and Dismiss Complaint.[2]

On August 18, 2022, this Court had ordered that this action be stayed until the expiration of the time to file an appeal to a Court of Appeals or until a decision in or dismissal of an appeal to a Court of Appeals.

In view of the dismissal of the FTC action in its entirely, the stay entered herein in the August 18, 2022 Order should be lifted and a scheduling order be negotiated among the parties, including a revised deadline to respond to the Direct Purchaser Plaintiffs' Second Amended Consolidated Complaint.

Dated: July 29, 2023                                  Respectfully submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:     */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            cyoung@saverilawfirm.com
            tmanfredi@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

---

[2] *Available at* https://www.ftc.gov/system/files/ftc_gov/pdf/d09393commissionorderdismissingcomplaint.pdf (visited July 28, 2023).

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:      /s/ Robin F. Zwerling
             Robin F. Zwerling

Robin F. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
           ssalvetti@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:     /s/ Beth A. Wilkinson
             Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)

2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekoff.com
rkilaru@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com


Moira Penza (pro hac vice)
WILKINSON STEKLOFF LLP
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile:  213-243-4199
Lauren.Wulfe@arnoldporter.com

*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:   */s/ David I. Gelfand*
         David I. Gelfand

David I. Gelfand (pro hac vice)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (pro hac vice)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com

*Attorneys for Defendant Juul Labs, Inc.*

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  July 29, 2023                               */s/ Joseph R. Saveri*
                                                           Joseph R. Saveri