*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**All Actions** | Master File No.<br>3:20-cv-02345-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>JUDGE:   William H. Orrick<br>CTRM:    2, 17th Floor<br>CMC:     August 22, 2023 |

Pursuant to the Clerk's July 31, 2023 Notice Setting Zoom Hearing (ECF No. 347), the Direct Purchaser, Indirect Purchaser, and Indirect Reseller Antitrust Plaintiffs ("Plaintiffs"); Defendants Altria Group, Inc. and Altria Enterprises LLC (collectively, "Altria"); and Juul Labs, Inc. ("JLI") (collectively "Defendants") (all collectively "Parties"), jointly submit this Case Management Statement in advance of the Case Management Conference to be held on August 22, 2023.

## I.     FTC Action (*In re Altria Group, Inc. and JUUL Labs, Inc.* Docket No. 9393)

As outlined in the Parties' July 29, 2023 Joint Status Report, on June 30, 2023, the Commission entered an Order to Return Case to Adjudication, Vacate Initial Decision, and Dismiss Complaint.

## II.    Discovery Status

Discovery is underway, and substantial document production has occurred. Depositions have yet to commence. The Parties have worked to and will continue to work to resolve discovery issues to resolve or minimize any issues requiring judicial intervention.

## III.   Proposed Case Schedule

Direct Purchaser Plaintiffs filed their Second Amended Complaint ("SAC") on February 14, 2022. ECF No. 305. Defendants' deadline to respond to the SAC was continued several times (*see* ECF Nos. 307, 314, 320, 323, 327).

On August 12, 2022, the Parties stipulated to stay the case pending resolution of the FTC Action. On July 31, 2023, the Court issued an order lifting the stay. ECF No. 347.

The Parties propose the following schedule:

| Case Event | Proposed Dates |
|---|---|
| Deadline to seek leave to amend DPP's SAC | Thursday, September 7, 2023 |
| Deadline for dispositive motions re DPP's SAC | Thursday, September 21, 2023 |
| Deadline for opposition to dispositive motions | Thursday, October 19, 2023 |
| Deadline for replies in support of dispositive motions | Thursday, November 2, 2023 |
| Hearing on dispositive motions | To be set at the Court's convenience |
| Close of written and documentary fact discovery | Friday, June 14, 2024 |
| Close of fact discovery including non-expert depositions | Thursday, August 15, 2024 |

| | |
|---|---|
| Deadline for Plaintiffs' expert reports | Friday, September 20, 2024 |
| Deadline for Defendants' expert reports | Tuesday, November 26, 2024 |
| Deadline for Plaintiffs' rebuttal expert reports | Friday, January 31, 2025 |
| Close of expert discovery | Friday, March 7, 2025 |
| Deadline for motions for class certification | Wednesday, April 16, 2025 |
| Deadline for oppositions to class certification, and opening *Daubert* motions | Friday, May 30, 2025 |
| Deadline for replies in support of motions for class certification and oppositions to *Daubert* motions | Tuesday, July 15, 2025 |
| Deadline for replies in support of *Daubert* motions | Wednesday, July 30, 2025 |
| Hearing on class certification and *Daubert* motions | To be set at the Court's convenience |
| Deadline for motions for summary judgment | 30 days after the Court's decision on class certification |
| Deadline for oppositions to motions for summary judgment | 45 days after MSJs |
| Deadline for replies in support of motions for summary judgment | 21 days after oppositions to MSJs |
| Hearing on summary judgment motions | To be set at the Court's convenience following any notice and opt-out periods |
| Deadline to exchange motions in limine and requirements of Rules 16-10(b)(7), (8), (9) and (10) | 30 days after the Court's decision on MSJs |
| Deadline to M&C re Pretrial Issues and Exchange Exhibits | 30 days before final pre-trial conference |
| Deadline for joint pre-trial statement | 10 days before final pre-trial conference |
| Final pre-trial conference | To be set at the Court's convenience |
| Trial date (estimated 13 trial days) | February 2026 |

Dated: August 15, 2023

Respectfully submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:       */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         cyoung@saverilawfirm.com
         tmanfredi@saverilawfirm.com

*Interim Lead Counsel for*
*Direct Purchaser Plaintiffs*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:    */s/ Robin F. Zwerling*
           Robin F. Zwerling

Robin F. Zwerling (admitted *pro hac vice*)
Susan Salvetti (admitted *pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email:  rzwerling@zsz.com
         ssalvetti@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*
*and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By: /s/ *Beth A. Wilkinson*
    Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekoff.com
rkilaru@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira Penza (pro hac vice)
WILKINSON STEKLOFF LLP
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
mpenza@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile:  213-243-4199
Lauren.Wulfe@arnoldporter.com

*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises LLC*

4    MASTER FILE NO. 3:20-cv-02345-WHO
JOINT CASE MANAGEMENT STATEMENT

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____/s/ *David I. Gelfand*_____
           David I. Gelfand

David I. Gelfand (pro hac vice)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (pro hac vice)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com

*Attorneys for Defendant Juul Labs, Inc.*

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

By: _____/s/ *Michael J. Guzman*_____
           Michael J. Guzman

Mark C. Hansen (pro hac vice)
Michael J. Guzman (pro hac vice)
David L. Schwarz (State Bar No. 206257)
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
dschwarz@kellogghansen.com
mhansen@kellogghansen.com
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker and Riaz Valani*

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 15, 2023

*/s/ Joseph R. Saveri*
Joseph R. Saveri

MASTER FILE NO. 3:20-cv-02345-WHO
JOINT CASE MANAGEMENT STATEMENT