# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

| **Date:** January 31, 2024 | **Time:** 16 minutes 2:00 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-02345-WHO | **Case Name:** In re: Juul Labs, Inc. Antitrust Litigation | |

**Attorneys for Plaintiffs:**   Joseph R. Saveri and Itak Moradi
**Attorneys for Altria:**   James M. Rosenthal
**Attorney for Juul:**   Nowell Bamberger

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Hearing on motion to compel arbitration conduced via videoconference. The Court announces tentative and hears argument of counsel. Motion taken under submission; written order to follow.