1  [Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**STIPULATION AND ORDER DISMISSING INDIRECT RESELLER PLAINTIFFS' MONOPOLIZATION CLAIMS AGAINST DEFENDANTS AND INDIRECT RESELLER PLAINTIFFS' UCL CLAIM AGAINST THE ALTRIA DEFENDANTS**<br><br>Judge:    Hon. William H. Orrick |

**WHEREAS** the Indirect Reseller Plaintiffs ("IRPs") filed an amended consolidated class action complaint on September 20, 2021, that asserts ten claims for relief. IRP Am. Compl., ECF No. 274 ("Complaint").

**WHEREAS** the IRPs have represented to Defendants that they no longer intend to pursue the following claims in their Complaint:

- Second Claim for Relief: Monopolization, 15 U.S.C. § 2;
- Third Claim for Relief: Attempted Monopolization, 15 U.S.C. § 2; and
- Fourth Claim for Relief: Conspiracy to Monopolize, 15 U.S.C. § 2.

**WHEREAS** the IRPs have represented to Defendant Altria Group, Inc. and Altria Enterprises LLC (collectively, "Altria") that they no longer intend to pursue the following claim against Altria in their Complaint:

- Seventh Claim for Relief: Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* (the "UCL claim").

**IT IS NOW STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 15(a), by and between the undersigned counsel, that the IRPs' monopolization, attempted monopolization, and conspiracy to monopolize claims are hereby dismissed in their entirety, without prejudice and without costs or fees to either party. Further, the IRPs' UCL claim is hereby dismissed as against Defendant Altria, without prejudice and without costs or fees to either party. This stipulation shall have no effect on the remaining claims asserted in the Complaint. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (identifying Rule 15 as governing the "withdrawals of individual claims"); *Murphy v. Finish Line, Inc.*, No. 20-cv-05663-WHO, 2021 WL 2166875, at *2 (N.D. Cal. May 27, 2021) ("Rule 15 governs the situation when a party dismisses some, but not all, of its claims against a defendant.").

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April __15__, 2025



_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2025        **KAPLAN FOX & KILSHEIMER LLP**

By:    */s/ Elana Katcher*
           Elana Katcher

Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
      ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**CERA LLP**

By:    */s/ Andrew Dirksen*
           C. Andrew Dirksen

C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
Pamela A. Markert (SBN 203780)
**CERA LLP**
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com
      pmarkert@cerallp.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:    */s/ Beth Wilkinson*
           Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)

|   |   |
|---|---|
| 1 | Jenna Pavelec (*pro hac vice*) |
| 2 | 2001 M Street, N.W., 10th Floor |
|   | Washington, D.C. 20036 |
| 3 | Telephone: (202) 847-4000 |
|   | Email: bwilkinson@wilkinsonstekloff.com |
| 4 | jrosenthal@wilkinsonstekoff.com |
|   | mskanchy@wilkinsonstekloff.com |
| 5 | abohanon@wilkinsonstekloff.com |
| 6 | jpavelec@wilkinsonstekloff.com |

Jenna Pavelec (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Email: bwilkinson@wilkinsonstekloff.com
      jrosenthal@wilkinsonstekoff.com
      mskanchy@wilkinsonstekloff.com
      abohanon@wilkinsonstekloff.com
      jpavelec@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Email: mpenza@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Email: Lauren.Wulfe@arnoldporter.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:    /s/ Nowell Bamberger
       Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
2112 Pennsylvania Avenue
NW Washington, DC 20037
Telephone: (202) 974-1500
Email: dgelfand@cgsh.com
      jcalsyn@cgsh.com
      nbamberger@cgsh.com

*Counsel for Defendant Juul Labs, Inc.*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 15, 2025                    By:    /s/ Beth Wilkinson

Case No. 20-cv-02345-WHO

STIPULATION DISMISSING INDIRECT RESELLER PLAINTIFFS' MONOPOLIZATION AND UCL CLAIMS