Case 3:20-cv-02345-WHO   Document 476   Filed 04/15/25   Page 1 of 5

[Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**STIPULATION AND ORDER DISMISSING INDIRECT PURCHASER PLAINTIFFS' MONOPOLIZATION CLAIMS AGAINST DEFENDANTS AND INDIRECT PURCHASER PLAINTIFFS' UCL CLAIMS AGAINST THE ALTRIA DEFENDANTS**<br><br>Judge: Hon. William H. Orrick |

**WHEREAS** the Indirect Purchaser Plaintiffs ("IPPs") filed an amended consolidated class action complaint on September 20, 2021, that asserts seventeen claims for relief. IPP Am. Compl., ECF No. 271 ("Complaint").

**WHEREAS** the IPPs have represented to Defendants that they no longer intend to pursue the following claims in their Complaint:

- Second Claim for Relief: Monopolization, 15 U.S.C. § 2;
- Third Claim for Relief: Attempted Monopolization, 15 U.S.C. § 2; and
- Fourth Claim for Relief: Conspiracy to Monopolize, 15 U.S.C. § 2.

**WHEREAS** the IPPs have represented to Defendant Altria Group, Inc. and Altria Enterprises LLC (collectively, "Altria") that they no longer intend to pursue the following claims against Altria in their Complaint:

Case No. 20-cv-02345-WHO                    1
STIPULATION DISMISSING INDIRECT PURCHASER PLAINTIFFS' MONOPOLIZATION AND UCL CLAIMS

- Ninth Claim for Relief: Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* (the "UCL"), on behalf of the nationwide class; and

- Tenth Claim for Relief: Violation of California's UCL, Cal. Bus. & Prof. Code § 17200, *et seq.*, on behalf of the California class.

**IT IS NOW STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 15(a), by and between the undersigned counsel, that the IPPs' monopolization, attempted monopolization, and conspiracy to monopolize claims are hereby dismissed in their entirety, without prejudice and without costs or fees to either party. Further, the IPPs' UCL claims are hereby dismissed as against Defendant Altria, without prejudice and without costs or fees to either party. This stipulation shall have no effect on the remaining claims asserted in the Complaint. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (identifying Rule 15 as governing the "withdrawals of individual claims"); *Murphy v. Finish Line, Inc.*, No. 20-cv-05663-WHO, 2021 WL 2166875, at *2 (N.D. Cal. May 27, 2021) ("Rule 15 governs the situation when a party dismisses some, but not all, of its claims against a defendant.").

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April __15__, 2025



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2025

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:   */s/ Robin Zwerling*
      Robin F. Zwerling

Robin F. Zwerling (*pro hac vice*)
Susan Salvetti (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
       ssalvetti@zsz.com
       jtarshis@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:   */s/ Beth Wilkinson*
      Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Email: bwilkinson@wilkinsonstekloff.com
       jrosenthal@wilkinsonstekoff.com
       mskanchy@wilkinsonstekloff.com
       abohanon@wilkinsonstekloff.com
       jpavelec@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Email: mpenza@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Email: Lauren.Wulfe@arnoldporter.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:   */s/ Nowell Bamberger*
         Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
2112 Pennsylvania Avenue
NW Washington, DC 20037
Telephone: (202) 974-1500
Email:  dgelfand@cgsh.com
           jcalsyn@cgsh.com
           nbamberger@cgsh.com

*Counsel for Defendant Juul Labs, Inc.*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 15, 2025        By:    */s/ Beth Wilkinson*