Joseph R. Saveri (State Bar No. 130064)
Ronnie Spiegel (*pro hac vice*)
David H. Seidel (State Bar No. 307135)
Itak Moradi (State Bar No. 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St. Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      rspiegel@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      imoradi@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE**<br><br>Hon. William H. Orrick<br><br>DEMAND FOR JURY TRIAL |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm LLP ("JSLF"), interim lead counsel of record for Direct Purchaser Plaintiffs and the Proposed Class ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration in support of Direct Purchaser Plaintiffs' Motion to Strike ("Motion") pursuant to Civil Local Rule 7-2.

2. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 10 from the deposition of Dr. Bryan Perry, taken on May 15, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the deposition of Dr. Bryan Perry, taken on May 15, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email titled "In re Juul Labs, Inc. Antitrust Litigation, No. 3:20-cv-02345-WHO - Murphy Charts" from Daniel Cook to Joseph Saveri and others, dated May 15, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of a PDF named "Murphy Charts 2025.05.15." The PDF was downloaded directly from the link provided in the email from Daniel Cook referenced above in Paragraph 4 and comprises the new charts and opinions produced by Dr. Kevin Murphy on May 15, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of transcript excerpts from the deposition of Dr. Murphy, taken on May 20, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of an email from Joseph Saveri to Daniel Cook and others, dated May 16, 2025.

8. If the Court were to allow the new charts and opinions of Dr. Murphy, Plaintiffs would need to reopen Dr. Murphy's deposition. Plaintiffs would also likely incur additional time and costs associated with the work of experts to respond to any such new charts and opinions. Plaintiffs are prepared to submit a cost reporting of the additional time and costs in the event they were to be incurred.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day
2  of June 2025 in San Francisco, California.

                         */s/ Joseph R. Saveri*
                         Joseph R. Saveri