# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  JUUL LABS, INC.
     ANTITRUST LITIGATION
 5
     This Document Relates To:    Case No. 3:20-cv-02345
 6                                              WHO
     ALL ACTIONS
 7
     _____
 8

 9

10

11

12

13       VIDEO DEPOSITION OF BRYAN J. PERRY, Ph.D.

14              San Francisco, California

15               Thursday, May 15, 2025

16                      Volume 1

17

18

19

20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491

24   JOB NO. J12544061

25   PAGES 1 - 368
```



|   |   |   |
|---|---|---|
| 1 | (Exhibit 10 was marked for identification | 04:09:19 |
| 2 | by the Court Reporter and is attached hereto.) | |
| 3 | MR. BARBER:  I'm labeling it Exhibit 10 | |
| 4 | and handing it to you. | |
| 5 | MS. SPIEGEL:  And I'll just note for the | 04:09:25 |
| 6 | record, this doesn't have a Bates number on it.  I | |
| 7 | don't believe that this was produced to us prior to | |
| 8 | today.  I don't if you can confirm that, Jeremy. | |
| 9 | MR. BARBER:  No, it has not been produced | |
| 10 | prior to today. | 04:09:37 |
| 11 | MS. SPIEGEL:  Okay.  So we're seeing this | |
| 12 | for the first time, but it appears to be something | |
| 13 | that might be from Dr. Murphy's report or... | |
| 14 | MR. BARBER:  That's correct. | |
| 15 | Q.   (By Mr. Barber)  Dr. Perry, I know you | 04:09:45 |
| 16 | have not seen the backup data for this.  I know you | |
| 17 | can't confirm the accuracy of this, but I just want | |
| 18 | ask a question. | |
| 19 | Do you understand that column 1 here is | |
| 20 | Dr. Murphy's initial results from his regression | 04:09:54 |
| 21 | that he ran when it was -- when there not a | |
| 22 | logarithmic transformation? | |
| 23 | MS. SPIEGEL:  Objection to form. | |
| 24 | And, again, this appears to be a | |
| 25 | supplement to Dr. Murphy's work product that's | 04:10:06 |



```
 1  being sprung on us today at the deposition.                  04:10:09
 2           THE DEPONENT:  I see that it says,
 3  "Initial Report, Exhibit D.4."  I'm going to turn
 4  there to see if I can confirm whether these numbers
 5  align.                                                       04:10:22
 6       Q.   (By Mr. Barber)  Okay.
 7       A.   Looking at this here, there are some
 8  differences in rounding between Exhibit D.4 --
 9  Appendix Exhibit D.4 and the handout that you've
10  just given me, but the -- the numbers in the                 04:11:06
11  Murphy's initial report, Appendix D.4 appear to
12  line up with the numbers in that exhibit.
13           Although, the -- the notes in that
14  exhibit defining the stars and the -- and other
15  elements that were part of that original exhibit             04:11:26
16  are not here so I can't say for sure that those are
17  the same.
18       Q.   Okay.  I want you to look a column 3.  I
19  know you have not had a chance to verify the
20  accuracy of this, but I want you to assume that              04:11:36
21  these are the results that you get where you were
22  to take the log of the sums as opposed to the sum
23  of the logs and therefore do the correct
24  logarithmic transformation of Dr. Murphy's
25  regression.                                                  04:11:52
```



| | | |
|---|---|---|
| 1 | That variable goes from being -- having a | 04:13:10 |
| 2 | positive relationship in Dr. Murphy's initial | |
| 3 | report to a negative relationship in column 3, | |
| 4 | the -- there is -- there is number below that that | |
| 5 | is potentially a standard error or maybe a P valve. | 04:13:25 |
| 6 | It doesn't have stars on it, so it's possible that | |
| 7 | that's not statistically significant. | |
| 8 | But, again, without the notes, I can't | |
| 9 | say one way or the other for sure. | |
| 10 | MS. SPIEGEL:  And I'm just going to put | 04:13:41 |
| 11 | on the record, also, an objection to this.  This is | |
| 12 | untimely produced to the plaintiffs, and I would | |
| 13 | like to just reserve our right to move to strike | |
| 14 | this as an exhibit and all the questions and | |
| 15 | answers that pertain to it.  So -- | 04:13:55 |
| 16 | MR. BARBER:  Understood. | |
| 17 | MS. SPIEGEL:  -- put that on record. | |
| 18 | Thank you. | |
| 19 | MR. BARBER:  We obviously disagree, but | |
| 20 | we do need to hash that out at this point in time. | 04:14:01 |
| 21 | MS. SPIEGEL:  Just putting it on the | |
| 22 | record.  Thank you. | |
| 23 | Q.   (By Mr. Barber)  One of your other | |
| 24 | criticisms of Dr. Murphy's regression was that -- | |
| 25 | well, you also estimated Dr. Murphy's regression | 04:14:08 |



```
 1        I, Rebecca L. Romano, a Registered
 2  Professional Reporter, Certified Shorthand
 3  Reporter, Certified Court Reporter, do hereby
 4  certify:
 5        That the foregoing proceedings were taken
 6  before me at the time and place herein set forth;
 7  that any deponents in the foregoing proceedings,
 8  prior to testifying, were administered an oath;
 9  that a record of the proceedings was made
10  stenographically by me and which was thereafter
11  transcribed under my direction; that the foregoing
12  transcript is a true record of the testimony given.
13        Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [ ] was [X] was not requested.
17        I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date
21  subscribed my name.
22
23  Dated:   May 16, 2025
24                         _____
                           Rebecca L. Romano, RPR, CCR
25                         CSR. No 12546
```

