# EXHIBIT C

| From: | Daniel Cook |
|---|---|
| To: | Joseph Saveri; Ronnie Spiegel; Itak Moradi; Elana Katcher; Charles Dirksen; scera@cerallp.com; rzwerling@zsz.com; ssalvetti@zsz.com; jtarshis@zsz.com; manifold@whafh.com; burt@whafh.com; mcguire@whafh.com |
| Cc: | Beth Wilkinson; James Rosenthal; Jeremy Barber; Moira Penza; Matthew Skanchy; Jenna Pavelec; Alysha Bohanon; Dhruti Patel; CGSH-Nowell Bamberger; CGSH-Jeremy Calsyn; CGSH-David Gelfand; lmalm@cgsh.com; Robertson, Caleb J.; askaras@kellogghansen.com; Zimmermann, Emily H. |
| Subject: | In re Juul Labs, Inc. Antitrust Litigation, No. 3:20-cv-02345-WHO - Murphy Charts |
| Date: | Thursday, May 15, 2025 4:38:12 PM |

External (dcook@wilkinsonstekloff.com)

Report This Email  FAQ  Skout Email Protection

Counsel,

At the link below, please find a few tables and figures related to Plaintiffs' rebuttal reports that Professor Murphy prepared ahead of his deposition. Professor Murphy may refer to these in response to questioning. Accordingly, we are disclosing these, along with the relevant back-up materials, ahead of next week's deposition.

https://wilkinsonstekloff.sharefile.com/public/share/web-s6832e8218531462e8b7953920716b52e

The password will follow shortly.

Best,
Daniel

**Daniel Cook** | Associate
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4049 | Fax: (202) 847-4005
DCook@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.