1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

12  IN RE: JUUL LABS, INC. ANTITRUST                Case No. 3:20-cv-02345-WHO
13  LITIGATION
                                                   **[PROPOSED] ORDER GRANTING DIRECT
14  This Document Relates To:                      PURCHASER PLAINTIFFS' MOTION TO
                                                   STRIKE**
15  ALL DIRECT PURCHASER ACTIONS
                                                   Hon. William H. Orrick
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

This matter comes before the Court on the Direct Purchaser Plaintiffs' Motion to Strike. Having considered the motion and supporting papers, the Court hereby orders under Fed. R. Civ. P. 37(c)(1) as follows:

1. Plaintiffs' motion is GRANTED.
2. The expert materials disclosed by Defendants on May 15, 2025, are stricken, and Defendants are precluded from relying on them or related deposition testimony in this matter.

IT IS SO ORDERED.

Dated: _____, 2025        By: _____
                                                                            HONORABLE WILLIAM H. ORRICK
                                                                            UNITED STATES DISTRICT JUDGE