UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' UNOPPOSED LR 7-11 ADMINISTRATIVE MOTION TO MODIFY SEALING PROCEDURES FOR JUNE 20, 2025 CLASS CERTIFICATION MOTION<br><br>Hon. William H. Orrick |

**[PROPOSED] ORDER**

Having considered Direct Purchaser Plaintiffs' Unopposed Motion to Amend Sealing Procedures for June 20, 2025 Class Certification and the supporting Declaration, the Court hereby GRANTS the motion and orders as follows:

Plaintiffs need not file redacted versions of their motions for class certification and supporting papers on June 20, 2025, and may file all briefs and supporting papers conditionally under seal. On July 18, 2025, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration.

IT IS SO ORDERED.

Dated: June 18, 2025                              By: _____
                                                      HONORABLE WILLIAM H. ORRICK
                                                      UNITED STATES DISTRICT JUDGE