**CERA LLP**
C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*Counsel for the Indirect Reseller Plaintiffs*
*and Proposed Steering Committee Counsel for*
*Indirect Purchaser Plaintiffs and the Indirect*
*Reseller Plaintiffs*

*[Additional Counsel in Signature Block on Last Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION _____ This Document Relates To: **All Indirect Reseller Plaintiff Actions** | Master File No. 3:20-cv-02345-WHO **NOTICE OF UNOPPOSED MOTION AND MOTION FOR APPOINTMENT AND SUBSTITUTION OF STEERING COMMITTEE COUNSEL PURSUANT TO CIVIL LOCAL RULE 5-1(c)(2)(B)** JUDGE: Honorable William H. Orrick DATE: N/A TIME: N/A CTRM: 2, 17th Floor |

## NOTICE OF UNOPPOSED MOTION AND MOTION FOR APPOINTMENT AND SUBSTITUTION OF STEERING COMMITTEE COUNSEL PURSUANT TO CIVIL LOCAL RULE 5-1(c)(2)(B)

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Pamela A. Markert, who was designated by the Court pursuant to the Court's August 21, 2020 Minute Entry order (ECF 115) along with Elana Katcher of Kaplan Fox & Kilsheimer ("Kaplan Fox") as Steering Committee Counsel for the Indirect Purchaser Plaintiffs ("IPPs") and Indirect Reseller Plaintiffs ("IRPs"), has had to take an extended leave of absence to care for an ill family member out of state.

Under Civil Local Rule 5-1(c)(2)(B), counsel for IRPs respectfully request that the Court enter an order substituting Andrew Dirksen of Cera LLP with Ms. Markert and appointing him as Steering Committee Counsel for the IPPs and IRPs. Mr. Dirksen has worked extensively on this case and has assumed Ms. Markert's duties as Steering Committee Counsel for IPPs and IRPs, and is also proposed in IRPs' Motion for Class Certification to be filed on June 20, 2025, to be appointed IRP Class Counsel along with Elana Katcher of Kaplan Fox. Accompanying this Motion as **Exhibit 1** is the firm resume of Cera LLP. No party opposes this Motion.

Cera LLP and Kaplan Fox continue to represent the IRPs. Future correspondence and papers in this action should continue to be directed to Solomon Cera and Andrew Dirksen of Cera LLP.

Dated: June 20, 2025                                  Respectfully submitted,


                                                     */s/ C. Andrew Dirksen*
                                                     C. Andrew Dirksen (SBN 197378)
                                                     **CERA LLP**
                                                     529 Main Street Suite P200
                                                     Boston, MA 02129
                                                     Telephone: (857) 453-6555
                                                     Email: cdirksen@cerallp.com


                                                     Solomon B. Cera (SBN 099467)
                                                     **CERA LLP**
                                                     50 California St. Suite 1500

San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*Counsel for Indirect Reseller Plaintiffs
And Proposed Steering Committee Counsel for
Indirect Purchaser Plaintiffs and Indirect
Reseller Plaintiffs*


Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
        ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect
Purchaser Plaintiffs and Indirect Reseller
Plaintiffs and Counsel for Plaintiffs Sofijon, Inc.,
Rose And Fifth, Inc., and Napht, Inc.*

NOTICE OF UNOPPOSED MOTION AND MOTION FOR APPOINTMENT AND SUBSTITION OF COUNSEL
MASTER FILE NO. 3:20-CV-02345-WHO