**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
rkaplan@kaplanfox.com
Elana Katcher (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
ekatcher@kaplanfox.com

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs and Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., and Napht, Inc.*

**CERA LLP**
Solomon B. Cera (SBN 099467)
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
scera@cerallp.com

C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
cdirksen@cerallp.com

*Counsel for the Indirect Reseller Plaintiffs and Proposed Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**All Indirect Reseller Plaintiff Actions** | Master File No. 3:20-cv-02345-WHO<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL INDIRECT RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Indirect Reseller Plaintiffs ("IRPs") will and hereby do move the Court, pursuant to Civil Local Rules 7-11 and 79-5, and the Court's June 18, 2025 Order Modifying Sealing Procedures for the June 20, 2025 Class Certification Motion (ECF No. 488), for an administrative order to conditionally file under seal:

- IRPs' Motion for Class Certification, dated June 20, 2025; and

- Exhibits 1-96 to the Declaration of Elana Katcher in Support of Motion for Class Certification, dated June 20, 2025 ("Katcher Class Certification Declaration").

### Material to Be Filed Under Seal

Paragraph 58 of the Stipulated Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of pleadings that contain, summarize, or reflect the Protected Material. See ECF No. 269, ¶¶ 14, 25, 58. In addition, much of the material produced in this action was provided in a reproduction by defendants of material designated by defendants and non-parties under a protective order issued in *In re Altria Group, Inc. and Juul Labs, Inc.*, F.T.C. Dkt. No. 9393 ("the FTC Action").

Such Protected Material are contained, quoted and referred to extensively in Indirect Reseller Plaintiffs' Motion for Class Certification, dated on June 20, 2025, and the exhibits attached to its accompanying Declaration of Elana Katcher ("Katcher Class Certification Declaration").

Pursuant to the Court's June 18, 2025 Order (ECF No. 488): "Plaintiffs need not file redacted versions of their motions for class certification and supporting papers on June 20, 2025, and may file all briefs and supporting papers conditionally under seal. On July 18, 2025, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration."

Pursuant to Local Rules 79-5, the designating parties bear responsibility to establish that all of the designated material is sealable. Plaintiffs specifically reserve the right to challenge any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" designation under the Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

As required by Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. The Declaration of Elana Katcher in Support of IRPs' Administrative Motion to Seal;

2. Unredacted version of IRPs' Motion for Class Certification;

3. The Katcher Class Certification Declaration; and

4. Unredacted Exhibits 1-96 to the Katcher Class Certification Declaration.

Dated: June 20, 2025

Respectfully submitted,

*/s/ Elana Katcher*
Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
        ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs and Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., and Napht, Inc.*

*/s/ C. Andrew Dirksen*
C. Andrew Dirksen (SBN 197378)
**CERA LLP**
529 Main Street, Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
**CERA LLP**
50 California St. Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*Proposed Steering Committee Counsel for*

*Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*