1  Robin F. Zwerling (*pro hac vice*)
2  Justin M. Tarshis (*pro hac vice*)
   **ZWERLING, SCHACHTER &**
3  **ZWERLING, LLP**
   41 Madison Avenue
4  New York, NY 10010
   Telephone: (212) 223-3900
5  rzwerling@zsz.com
   jtarshis@zsz.com
6
   *Interim Lead Counsel and Proposed Class Counsel*
7  *for the Indirect Purchaser Plaintiffs*

8  Betsy C. Manifold (182450)
   **WOLF HALDENSTEIN ADLER**
9   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
10 San Diego, CA  92101
   Telephone: 619/239-4599
11 Facsimile: 619/234-4599
   manifold@whafh.com
12
   *Counsel for Indirect Purchaser Plaintiffs*
13

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

19 | IN RE JUUL LABS, INC. ANTITRUST | No. 3:20-cv-02345-WHO
20 | LITIGATION |
   | | **INDIRECT PURCHASER**
21 | This Document Relates To: | **PLAINTIFFS' ADMINISTRATIVE**
   | | **MOTION TO FILE UNDER SEAL**
22 | **All Indirect Purchaser Actions** |

23

24

25

26

27

28

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Indirect Purchaser Plaintiffs file this motion pursuant to Civil Local Rule 79-5 and the Court's June 18, 2025, Order (ECF 488):  In accordance with the Court's June 18, 2025 Order (ECF 488), the Indirect Purchaser Plaintiffs will not file the redacted versions of their motion for class certification and supporting papers on June 20, 2025.  Instead, as permitted by the Court, the Indirect Purchaser Plaintiffs will file all briefs and supporting papers conditionally under seal. On July 18, 2025, the parties will provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration.

### Material to Be Filed Under Seal

Pursuant to the Court's June 18, 2025, Order (ECF 488), Plaintiffs may file all briefs and supporting papers conditionally under seal.  Plaintiffs accordingly file all the following attachments that accompany this motion under seal:

1. Unredacted Indirect Purchaser Plaintiffs' Motion for Class Certification;

2. The Declaration of Robin F. Zwerling in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification;

3. Unredacted Exhibits 1 -75 to the Declaration of Robin F. Zwerling in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification; and

4. Unredacted [Proposed] Order Granting Indirect Purchaser Plaintiffs' Motion for Class Certification.

Respectfully submitted,

DATED: June 20, 2025                By:   */s/ Betsy C. Manifold*
                                          Betsy C. Manifold
                                          **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**
                                          750 B Street, Suite 1820
                                          San Diego, CA  92101
                                          Telephone: 619/239-4599
                                          Facsimile: 619/234-4599
                                          manifold@whafh.com

                                          Kate M. McGuire (*pro hac vice*)
                                          **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**

270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/686-0114
burt@whafh.com

Fred T. Isquith, Sr. (*pro hac vice*)
**ISQUITH LAW PLLC**
103 East 84th Street
New York, NY 10028
Telephone: (718) 775-6478
isquithlaw@gmail.com

Merle C. Meyers (SBN 66849)
Michele Thompson (SBN 241676)
**MEYERS LAW GROUP, P.C.**
44 Montgomery St. Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
mmeyers@meyerslawgroup.com
mthompson@meyerslawgroup.co

*Counsel for Indirect Purchaser Plaintiffs*

Robin F. Zwerling (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
rzwerling@zsz.com
jtarshis@zsz.com

*Interim Lead Counsel and Proposed Class Counsel for the Indirect Purchaser Plaintiffs*