1  Joseph R. Saveri (State Bar No. 130064)
   Ronnie Spiegel (*pro hac vice*)*
2  David H. Seidel (State Bar No. 307135)
   Itak Moradi (State Bar No. 310537)
3  Christopher Hydal (*pro hac vice*)**
4  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California St. Suite 1505
5  San Francisco, CA 94108
   Telephone:      (415) 500-6800
6  Facsimile:      (415) 395-9940
   Email:          jsaveri@saverilawfirm.com
7                  rspiegel@saverilawfirm.com
                   dseidel@saverilawfirm.com
8                  imoradi@saverilawfirm.com
                   chydal@saverilawfirm.com
9
10 *Interim Lead Counsel for Direct Purchaser*
   *Plaintiffs and the Proposed Class*
11
12 * *Located in Washington State*
   ** *Located in New York State*
13
   *Additional Counsel listed on signature page*
14

15              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
16               SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-cv-02345-WHO |
| 19 This Document Relates To: | **ADMINISTRATIVE MOTION TO FILE DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PROVISIONALLY UNDER SEAL** |
| 20 ALL DIRECT PURCHASER ACTIONS | |
| 21 | Judge: Hon. William H. Orrick |
| 22 | DEMAND FOR JURY TRIAL |

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order

2    entered by the Court on August 6, 2021 ("Protective Order") (ECF No. 269), the Court's June 18,

3    2025 Order at ECF No. 488, and the Court's Standing Order on Administrative Motions to File

4    Under Seal, Direct Purchaser Plaintiffs ("Plaintiffs") respectfully request the Court to enter this

5    Administrative Motion to File Plaintiffs' Motion for Class Certification and the Supporting

6    Declaration of Joseph Saveri and Exhibits Provisionally Under Seal (the "Motion").

7    The Protective Order in this case prohibits a party from filing in the public record any

8    disclosure or discovery material that is designated as confidential or highly confidential without

9    written permission from the designating party or an order from the Court secured after appropriate

10   notice to all interested persons. *See* ECF No. 269, ¶¶ 14, 25, 58. Protected materials may include

11   items that are produced or generated in disclosures or discovery, testimony given in deposition, and

12   transcripts of depositions. *Id*., ¶¶ 14, 25. Defendants have designated materials contained and referred

13   to in Plaintiffs' Motion for Class Certification as Confidential and Highly Confidential under the

14   Protective Order.

15   Pursuant to the Court's June 18, 2025 Order, Plaintiffs' Motion for Class Certification and

16   related material may be provisionally filed under seal. ECF No. 488. On July 18, 2025, the parties are

17   to provide the Court with a consolidated chart identifying what information should remain under seal

18   for the Court's consideration. *Id.*

19   Pursuant to Local Rules 79-5(e)(1) and (2), Defendants, as the Designating Parties, bear

20   responsibility to establish that all designated material is sealable. None of the information at issue in the

21   motion was designated as confidential by Plaintiffs, other than Plaintiffs' expert reports, which were

22   designated Highly Confidential due to the volume of designated documents cited, referenced, and

23   attached therein. Plaintiffs take no position at this time on whether the designated portions satisfy the

24   requirements for sealing and specifically reserve the right to challenge any Confidential or Highly

25   Confidential designation under the Protective Order, as well as the sealability of these documents under

26   Civil Local Rule 79-5.

27

28

1    Plaintiffs have reviewed and complied with Judge Orrick's Standing Order on Administrative

2  Motions to File Under Seal and Civil Local Rule 79-5. As required by Civil Local Rule 79-5(d)(1), the

3  following attachments accompany this motion:

4      1.  The Declaration of Joseph Saveri in Support of Plaintiffs' Administrative Motion to File Class

5          Certification Provisionally Under Seal;

6      2.  Unredacted version of Plaintiffs' Motion for Class Certification; and

7      3.  Unredacted version of Declaration of Joseph Saveri in support of Plaintiffs' Motion for Class

8          Certification, and exhibits attached thereto.

9

10  Dated: June 20, 2025                    By:      */s/ Joseph R. Saveri*
                                                            Joseph R. Saveri

11

12                                    Joseph R. Saveri (State Bar No. 130064)
                                    **JOSEPH SAVERI LAW FIRM, LLP**

13                                    601 California Street, Suite 1505
                                    San Francisco, California 94108

14                                    Telephone:  (415) 500-6800
                                    Facsimile:   (415) 395-9940

15                                    Email:   jsaveri@saverilawfirm.com

16                                    *Interim Lead Counsel for Direct Purchaser Plaintiffs*
                                    *and the Proposed Class*

17

18  John D. Radice (admitted *pro hac vice*)        Michael M. Buchman (admitted *pro hac vice*)
     **RADICE LAW FIRM, P.C.**                **MOTLEY RICE LLC**

19  475 Wall Street                              800 Third Avenue, Ste 2401
     Princeton, NJ 08540                    New York, NY 10022

20  Telephone: (646) 245-8502              Telephone: (212) 577-0040
     Facsimile: (609) 385-0745             Facsimile: (212) 577-0054

21  Email: jradice@radicelawfirm.com       Email: mbuchman@motleyrice.com

22                                    *Counsel for Plaintiffs*

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION PROVISIONALLY UNDER SEAL