# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-CV-02345-WHO |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OVERCHARGE MODELS AND DAMAGES OPINIONS OF INDIRECT RESELLER PLAINTIFFS' EXPERT, DR. KEITH LEFFLER, AND INDIRECT PURCHASER PLAINTIFFS' EXPERT, DR. GARETH MACARTNEY** |
| This Document Relates to: | |
| **ALL INDIRECT PURCHASER ACTIONS** | Judge: Hon. William H. Orrick |

[Proposed] Order Granting Defendants' Motion To Exclude Overcharge Models And Damages Opinions Of Indirect Plaintiffs' Experts Drs. Leffler and Macartney

Case No. 3:20-CV-02345-WHO

**[PROPOSED] ORDER**

On July 28, 2025, Defendants Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. ("Defendants") filed a motion for an Order under Federal Rule of Evidence 702 excluding the overcharge models and damages opinions of Indirect Reseller Plaintiffs' expert, Dr. Keith Leffler, and Indirect Purchaser Plaintiffs' expert, Dr. Gareth Macartney.

Having considered the motion and supporting papers, the Court hereby orders under Federal Rule of Evidence 702 that Defendants' motion is **GRANTED**.

The overcharge models and damages opinions of Dr. Leffler and Dr. Macartney are hereby excluded, and the Indirect Reseller Plaintiffs and Indirect Purchaser Plaintiffs, respectively, are precluded from relying on them.

**IT IS SO ORDERED.**

Dated: _____          _____
                                            HONORABLE WILLIAM H. ORRICK
                                            United States District Judge

[Proposed] Order Granting Defendants' Motion To
Exclude Overcharge Models And Damages Opinions Of
Indirect Plaintiffs' Experts Drs. Leffler and Macartney          Case No. 3:20-CV-02345-WHO