David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com
cjrobertson@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

*Attorneys for Defendant Juul Labs, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY PROVISIONALLY UNDER SEAL**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order entered by the Court on August 6, 2021 ("Protective Order") (ECF No. 269), the Court's July 25, 2025 Order (ECF No. 517), and the Court's Standing Order on Administrative Motions to File Under Seal, Defendants JUUL Labs, Inc. ("JLI"), Altria Group, Inc. and Altria Enterprises LLC ("Altria"), and Individual Defendants Nicholas Pritzker and Riaz Valani ("Individual Defendants") (together, "Defendants") respectfully request the Court to enter this Administrative Motion to File Defendants' Notice of Motion and Motion to Exclude the Overcharge Model and Damages Opinions of Direct Purchaser Plaintiffs' Expert Dr. Pierre Thomas Léger, Defendants' Notice of Motion and Motion to Exclude the Precedent Market Transactions Analysis of Direct Purchaser Plaintiffs' Expert Ms. Tara K. Singh, Defendants' Notice of Motion and Motion to Exclude the Overcharge Regressions of Direct Purchaser Plaintiffs' Expert Dr. Matthew Hoelle, Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification, Defendants' Notice of Motion and Motion to Exclude the Overcharge Models and Damages Opinions of Indirect Reseller Plaintiffs' Expert Dr. Keith Leffler and Indirect Purchaser Plaintiffs' Expert Dr. Gareth Macartney, Defendants' Opposition to Indirect Reseller Plaintiffs' and Indirect Purchaser Plaintiffs' Motions for Class Certification, the Declaration of Gregg Augustine in support of Defendant's Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification and Exhibits 1 through 158 attached thereto, and the Supporting Declaration of Nowell D. Bamberger and Exhibits Provisionally Under Seal (the "Motion").

On August 6, 2021, this Court entered the Stipulated Amended Protective Order, ECF No. 269 (the "Protective Order"), which prohibits any party from filing material designated "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" absent "written permission from the Designating Party" or a "Court order secured after appropriate notice to all interested persons."  Protective Order ¶¶ 25, 58.  Such material may include information generated in disclosures or through discovery, along with transcripts of depositions and hearings. *Id.* ¶¶ 14, 25.  Further, pursuant to the Court's July 25, 2025 Order, Defendants' Motion and related material may be provisionally filed under seal.  ECF No. 517.  On August 27, 2025 the parties are

to provide the Court with a consolidated chart identifying what information should remain under seal for the court's consideration. *Id.*

Pursuant to Local Rules 79-5(e)(1) and (2), the parties, as the Designating Parties, bear responsibility to establish that all designated material is sealable. Other than the materials Defendants may separately seek to seal, Defendants take no position at this time on whether the designated portions satisfy the requirements for sealing and therefore reserve the right to challenge any "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

Defendants have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Specifically, as mandated by Civil Local Rule 79-5 and this Court's Standing Order, the following attachments accompany this Motion:

- The Declaration of Nowell D. Bamberger ("Bamberger Declaration") in support of this Motion;

- An unredacted copy of Defendants' Notice of Motion and Motion to Exclude the Overcharge Model and Damages Opinions of Direct Purchaser Plaintiffs' Expert Dr. Pierre Thomas Léger;

- An unredacted copy of Defendants' Notice of Motion and Motion to Exclude the Precedent Market Transactions Analysis of Direct Purchaser Plaintiffs' Expert Ms. Tara K. Singh;

- An unredacted copy of Defendants' Notice of Motion and Motion to Exclude the Overcharge Regressions of Direct Purchaser Plaintiffs' Expert Dr. Matthew Hoelle;

- An unredacted copy of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification;

- An unredacted copy of Defendants' Notice of Motion and Motion to Exclude the Overcharge Models and Damages Opinions of Indirect Reseller Plaintiffs' Expert Dr.

Administrative Motion to File Defendants' Oppositions to Plaintiffs' Class Certification Motions and Defendants' Motions to Exclude Expert Testimony Provisionally Under Seal
Case No. 3:20-cv-02345-WHO

Keith Leffler and Indirect Purchaser Plaintiffs' Expert Dr. Gareth Macartney;

- An unredacted copy of Defendants' Opposition to Indirect Reseller Plaintiffs' and Indirect Purchaser Plaintiffs' Motions for Class Certification;

- Unredacted copies of the Omnibus Declaration of Jeremy Barber in support of Defendants' Motions to Exclude Expert Opinions and Oppositions to Plaintiffs' Motions for Class Certification and Exhibits 1 through 58 attached thereto;

- Unredacted copies of the Omnibus Declaration of Nowell D. Bamberger in support of Defendants' Motions to Exclude Expert Opinions and Oppositions to Plaintiffs' Class Motions for Certification and Exhibits 1 through 35 attached thereto; and

- Unredacted copies of the Declaration of Gregg Augustine in support of Defendant's Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification and Exhibits 1 through 158 attached thereto.

Dated:  July 28, 2025

Respectfully Submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

 */s/ Nowell D. Bamberger*
Nowell D. Bamberger (*pro hac vice*)

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1752 (Bamberger)
Fax: (202) 974-1599
Email: dgelfand@cgsh.com
Email: jcalsyn@cgsh.com
Email: nbamberger@cgsh.com
Email: cjrobertson@cgsh.com

*Attorneys for Defendant JUUL Labs, Inc.*

Administrative Motion to File Defendants' Oppositions to Plaintiffs' Class Certification Motions and Defendants' Motions to Exclude Expert Testimony Provisionally Under Seal
Case No. 3:20-cv-02345-WHO

WILKINSON STEKLOFF LLP

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com
*Attorneys for Defendants Altria Group, Inc., and Altria Enterprises, LLC*

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

*/s/ Mark C. Hansen*
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
1615 M Street, NW Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Counsel for Individual Defendants Nicholas Pritzker and Riaz Valani*

Administrative Motion to File Defendants' Oppositions to Plaintiffs' Class Certification Motions and Defendants' Motions to Exclude Expert Testimony Provisionally Under Seal
Case No. 3:20-cv-02345-WHO