*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: JUUL LABS, INC. ANTITRUST LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 3:20-cv-02345-WHO

**JOINT CASE MANAGEMENT STATEMENT**

Judge: Hon. William H. Orrick
Date: August 19, 2025
Time: 2:00 PM
Location: Zoom

Pursuant to the February 11, 2025 Minute Entry Setting Further Case Management Conference via videoconference (ECF No. 462), the Direct Purchaser, Indirect Purchaser, and Indirect Reseller Plaintiffs ("Plaintiffs"); Defendants Altria Group, Inc. and Altria Enterprises LLC ("Altria"); and Juul Labs, Inc., Nicholas Pritzker, and Riaz Valani ("JLI") ("Defendants") (collectively, "Parties"), jointly submit this Statement for the August 19, 2025 Case Management Conference.

## I.  CMC PARTICIPANT INFORMATION

The August 19, 2025 conference will proceed by Zoom. Anyone attending may virtually log in using the information at https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

## II.  REMAINDER OF SET SCHEDULE (ECF Nos. 401, 455)

| Event | Date |
|---|---|
| *Daubert* oppositions and class certification replies | September 8, 2025 |
| *Daubert* replies | September 22, 2025 |
| Hearing on class certification and *Daubert* motions | October 8, 2025, at 2:00 p.m. |
| Last day to hear MSJ | January 28, 2026, at 2:00 p.m. |
| Trial | May 4, 2026, at 8:30 a.m. |

## III.  OCTOBER 8, 2025 CLASS CERTIFICATION AND *DAUBERT* HEARING

**Plaintiffs' Position**

Docketing Error: Although the date for the hearing was reset from October 9 to October 8, 2025, it no longer appears on the docket. It seems it was inadvertently removed instead of the then-concurrently set hearing on DPPs' motion to strike (ECF No. 485), which remains on calendar even though the Court denied the motion at ECF No. 504.

Scope of Hearing: Plaintiffs ask the Court for guidance regarding the scope of the hearing, *e.g.*, time allotted per side, the order of arguments, and whether the Court would find it useful to receive testimony or evidence in addition to oral argument.

Request to Reschedule: DPPs also would like to raise a scheduling conflict as to October 8. If possible, DPPs request a hearing on October 7, 2025, or on another date convenient for the Court.

**Defendants' Position**

Defendants have no objection to moving the hearing to October 7, 2025, or another date convenient for the Court, and similarly welcome guidance regarding the scope of the hearing.

## IV. MOTION FOR SUMMARY JUDGMENT

Per the Court's current scheduling order (ECF No. 401), the operative summary judgment deadlines are below. The parties jointly propose a modified schedule that will allow adequate time for the parties' briefing and that therefore moves up the schedule in order to accommodate the Court's set hearing date:

| **Date** | **Event** | ***Proposed Date*** |
|---|---|---|
| | Deadline to file MSJ | 11/12/2025 |
| | MSJ Oppositions due | 12/19/2025 |
| | MSJ Replies due | 1/14/2026 |
| 1/28/2026 | Last day to hear MSJ | *Same date* |

**Plaintiffs' Position**

The argument that Defendants provide below regarding the one-way intervention rule is not ripe. Nor do Plaintiffs believe the rule warrants any modification to the case schedule, including the May 4, 2026 trial date. To the extent the issue needs to be addressed or the Court so wishes, Plaintiffs request an opportunity to submit further briefing.

**Defendants' Position**

Defendants agree to this schedule so long as it does not constitute a waiver of the one-way intervention rule in the event a class is certified. If a class is certified, Defendants request that no ruling on summary judgment issue until after class notice and the end of the opt-out period. *See Schwarzschild v. Tse*, 69 F.3d 293, 295 (9th Cir. 1995) ("[D]istrict courts generally do not grant summary judgment on the merits of a class action until the class has been properly certified and notified").

DATED: August 12, 2025

**JOSEPH SAVERI LAW FIRM, LLP**

By: /s/ Joseph R. Saveri
Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Ronnie S. Spiegel (*pro hac vice*)*
David H. Seidel (SBN 307135)
Itak K. Moradi (SBN 310537)
Christopher J. Hydal (*pro hac vice*)**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Email: jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com
imoradi@saverilawfirm.com
chydal@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

**Located in Washington State*
***Located in New York State*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By: /s/ Robin F. Zwerling
Robin F. Zwerling

Robin F. Zwerling (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
jtarshis@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ Elana Katcher
Elana Katcher

Robert N. Kaplan (*pro hac vice*)

Elana Katcher (*pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
      ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**CERA LLP**

By:     */s/ C. Andrew Dirksen*
           C. Andrew Dirksen

C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
Pamela A. Markert (SBN 203780)
**CERA LLP**
201 California Street, Suite 1240
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com
      pmarkert@cerallp.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:     */s/ Beth A. Wilkinson*
           Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Email: bwilkinson@wilkinsonstekloff.com
      jrosenthal@wilkinsonstekoff.com
      mskanchy@wilkinsonstekloff.com
      abohanon@wilkinsonstekloff.com

jpavelec@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Email: mpenza@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Email: Lauren.Wulfe@arnoldporter.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: */s/ Nowell D. Bamberger*
Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
2112 Pennsylvania Avenue
NW Washington, DC 20037
Telephone: (202) 974-1500
Email: dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com

*Counsel for Defendant Juul Labs, Inc.*

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

By: */s/ Michael J. Guzman*
Michael J. Guzman

Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
Andrew Skaras (*pro hac vice*)

1615 M Street, NW Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com
askaras@kellogghansen.com

*Counsel for Individual Defendants Nicholas Pritzker and Riaz Valani*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 12, 2025

By: *_/s/ Joseph R. Saveri_*
Joseph R. Saveri