Robin F. Zwerling (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
**ZWERLING, SCHACHTER
 & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Email: rzwerling@zsz.com
      jtarshis@zsz.com

*Interim Lead Counsel and Proposed Class Counsel
for the Indirect Purchaser Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**All Indirect Purchaser Actions** | Master File No. 3:20-cv-02345-WHO<br><br>**ADMINISTRATIVE MOTION TO FILE INDIRECT PURCHASER PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF AND OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY PROVISIONALLY UNDER SEAL**<br><br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order entered by the Court on August 6, 2021, the Court's July 25, 2025 Order (ECF No. 517), and the Court's Standing Order on Administrative Motions to File Under Seal, Indirect Purchaser Plaintiffs ("IPPs") respectfully request that the Court grant this Administrative Motion to file IPPs' Reply Memorandum of Law in Support of Motion for Class Certification ("Class Cert. Reply"), IPPs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Overcharge Models and Damages Opinions of Dr. Gareth Macartney ("*Daubert* Opp."), and the supporting Reply Declaration of Robin F. Zwerling and accompanying exhibits ("Zwerling Reply Decl.") provisionally under seal.

On August 6, 2021, this Court entered the Stipulated Amended Protective Order, ECF No. 269 (the "Protective Order"), which prohibits any party from filing material designated "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" absent "written permission from the Designating Party" or a "Court order secured after appropriate notice to all interested persons." Protective Order ¶¶ 25, 58. Pursuant to the Court's July 25, 2025 Order, IPPs' Class Cert. Reply and *Daubert* Opp. may be provisionally filed under seal in their entirety without the need to file publicly redacted versions. ECF No. 517. On September 26, 2025 the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the court's consideration. *Id.*

IPPs take no position at this time on whether any portion of the aforementioned materials satisfy the requirements for sealing and reserve the right to challenge any confidentiality designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

IPPs have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Specifically, as mandated by Civil Local Rule 79-5 and this Court's Standing Order, the following attachments accompany this Motion:

1. Declaration of Robin F. Zwerling in Support of Administrative Motion to File Under Seal;

2. Unredacted copy of Indirect Purchaser Plaintiffs' Reply Memorandum of Law in Support of Motion for Class Certification;

3. Unredacted copy of Indirect Purchaser Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Overcharge Models and Damages Opinions of Dr. Gareth Macartney;

4. Unredacted copy of the Reply Declaration of Robin F. Zwerling in Further Support of Indirect Purchaser Plaintiffs' Motion for Class Certification and in Opposition to Defendants' Motion to Exclude Expert Testimony, and accompanying exhibits.

DATED: September 8, 2025

*/s/ Robin F. Zwerling*
Robin F. Zwerling (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
          jtarshis@zsz.com

*Interim Lead Counsel and Proposed Class Counsel for the Indirect Purchaser Plaintiffs*

Betsy C. Manifold (SBA 182450)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Email: manifold@whafh.com

Thomas H. Burt (*pro hac vice*)
Kate M. McGuire (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: burt@whafh.com

- 2 -                    Case No. 3:20-cv-02345-WHO

Fred T. Isquith, Sr. (*pro hac vice*)
**ISQUITH LAW PLLC**
103 East 84th Street
New York, NY 10028
Telephone: (718) 775-6478
Email: isquithlaw@gmail.com

Merle C. Meyers (SBN 66849)
Michele Thompson (SBN 241676)
**MEYERS LAW GROUP, P.C.**
44 Montgomery St. Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Email: mmeyers@meyerslawgroup.com
            mthompson@meyerslawgroup.com

*Counsel for Indirect Purchaser Plaintiffs*

ADMINISTRATIVE MOT. TO FILE IPPs' CLASS CERTIFICATION REPLY BRIEF AND OPP'N TO DEFS.'
MOT. TO EXCLUDE EXPERT TESTIMONY PROVISIONALLY UNDER SEAL

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also caused a copy of the under-seal documents to be served via email on all counsel of record.


*/s/ Robin F. Zwerling*

Case No. 3:20-cv-02345-WHO

ADMINISTRATIVE MOT. TO FILE IPPs' CLASS CERTIFICATION REPLY BRIEF AND OPP'N TO DEFS.'
MOT. TO EXCLUDE EXPERT TESTIMONY PROVISIONALLY UNDER SEAL