**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
Elana Katcher (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
ekatcher@kaplanfox.com

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs and Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., and Napht, Inc.*

**CERA LLP**
Solomon B. Cera (SBN 099467)
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
scera@cerallp.com

C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
cdirksen@cerallp.com

*Counsel for the Indirect Reseller Plaintiffs and Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE JUUL LABS, INC. ANTITRUST LITIGATION

This Document Relates To:

**All Indirect Reseller Plaintiff Actions**

Master File No. 3:20-cv-02345-WHO

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF INDIRECT RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Indirect Reseller Plaintiffs ("IRPs") will and hereby do move the Court, pursuant to Civil Local Rules 7-11 and 79-5, and the Court's July 25, 2025 Order Modifying Sealing Procedures for Daubert Briefing and the Remainder of Class Certification Motion (ECF No. 517), for an administrative order to conditionally file under seal:

- 1 -

- • IRPs' Reply in Support of Motion for Class Certification, dated September 8, 2025 and supporting papers; and

- • Exhibits 97-110 to the Reply Declaration of Elana Katcher in Further Support of IRPs' Motion for Class Certification, dated June 20, 2025 ("Katcher Reply Declaration").

**Material to Be Filed Under Seal**

Paragraph 58 of the Stipulated Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of pleadings that contain, summarize, or reflect the Protected Material. See ECF No. 269, ¶¶ 14, 25, 58. In addition, much of the material produced in this action was provided in a reproduction by defendants of material designated by defendants and non-parties under a protective order issued in *In re Altria Group, Inc. and Juul Labs, Inc.*, F.T.C. Dkt. No. 9393 ("the FTC Action").

Such Protected Material are contained, quoted and referred to extensively in IRPs' Reply in Support of Motion for Class Certification, and the exhibits attached to its accompanying Katcher Reply Declaration.

In its July 25, 2025 Order (ECF No. 517), the Court ordered that the parties need not file redacted versions of their motions for replies in support of class certification and supporting papers on September 8, 2025, or for their oppositions to Daubert motions, and may file all briefs and supporting papers provisionally under seal. On September 26, 2025, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration.

As required by Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. The Declaration of Elana Katcher in Support of IRPs' Administrative Motion to Seal;

- 2 -

2.     Unredacted version of IRPs' Reply in Support of Motion for Class Certification;

3.     The Katcher Reply Declaration; and

4.     Unredacted Exhibits 97-110 to the Katcher Reply Declaration.

Dated: September 8, 2025           Respectfully submitted,

*/s/ Elana Katcher*
Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
      ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and the Indirect Reseller Plaintiffs and Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., and Napht, Inc.*

*/s/ C. Andrew Dirksen*
C. Andrew Dirksen (SBN 197378)
**CERA LLP**
529 Main Street, Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
**CERA LLP**
50 California St. Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*