Joseph R. Saveri (State Bar No. 130064)
Ronnie Spiegel (*pro hac vice*)*
David H. Seidel (State Bar No. 307135)
Itak Moradi (State Bar No. 310537)
Christopher J. Hydal (*pro hac vice*)**
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St. Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               rspiegel@saverilawfirm.com
               dseidel@saverilawfirm.com
               imoradi@saverilawfirm.com
               chydal@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and
the Proposed Class*

* *Located in Washington State*
** *Located in New York State*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-cv-02345-WHO |
| This Document Relates To: | **ADMINISTRATIVE MOTION TO FILE DIRECT PURCHASER PLAINTIFFS' REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE CERTAIN OPINIONS OF M. DAVID DOBBINS, ESQ., DEBORAH A. GARZA, JACK E. HENNINGFIELD, PH.D. AND DR. KEVIN M. MURPHY PROVISIONALLY UNDER SEAL** |
| ALL DIRECT PURCHASER ACTIONS | |
| | PROVISIONALLY FILED UNDER SEAL |

Case No. 3:20-cv-02345-WHO

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order entered by the Court on August 6, 2021 ("Protective Order") (ECF No. 269), the Court's July 25, 2025 Order (ECF No. 517), and the Court's Standing Order on Administrative Motions to File Under Seal, Direct Purchaser Plaintiffs ("Plaintiffs") respectfully request the Court to enter this Administrative Motion to File Direct Purchaser Plaintiffs' replies in support of to exclude certain opinions of M. David Dobbins, Esq., Deborah A. Garza, Jack E. Henningfield, Ph.D., and Dr. Kevin M. Murphy (the "Replies") provisionally under seal.

The Protective Order in this case prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential without written permission from the designating party or an order from the Court secured after appropriate notice to all interested persons. *See* ECF No. 269, ¶¶ 14, 25, 58. Protected materials may include items that are produced or generated in disclosures or discovery, testimony given in deposition, and transcripts of depositions. *Id*., ¶¶ 14, 25. Defendants have designated materials contained and referred to in Direct Purchaser Plaintiffs' Replies as Confidential and Highly Confidential under the Protective Order.

Pursuant to the Court's July 25, 2025 Order, Plaintiffs' Replies and related material may be provisionally filed under seal. ECF No. 517. On October 3, 2025, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration. *Id.*

Pursuant to Local Rules 79-5(e)(1) and (2), Defendants, as the Designating Parties, bear responsibility to establish that all designated material is sealable. None of the information at issue in the motions was designated as confidential by Plaintiffs, other than Plaintiffs' expert reports, which were designated Highly Confidential due to the volume of designated documents cited, referenced, and attached therein. Plaintiffs take no position at this time on whether the designated portions satisfy the requirements for sealing and specifically reserve the right to challenge any Confidential or Highly Confidential designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

Direct Purchaser Plaintiffs have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. As required by Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. The Declaration of Joseph R. Saveri in Support of Direct Purchaser Plaintiffs' Administrative Motion to File Direct Purchaser Plaintiffs' Replies in Support of Motions to Exclude Certain Opinions of M. David Dobbins, Esq., Deborah A. Garza, Jack E. Henningfield, Ph.D. and Dr. Kevin M. Murphy Provisionally Under Seal;

2. Unredacted versions of Direct Purchaser Plaintiffs' Replies in Support of Motions to Exclude; and

3. Unredacted version of Declaration of Joseph R. Saveri in Support of Direct Purchaser Plaintiffs' Daubert Replies, and exhibits attached thereto.

Dated: September 22, 2025

By:    _/s/ Joseph R. Saveri_
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com

_Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class_

John D. Radice (admitted _pro hac vice_)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com

Michael M. Buchman (admitted _pro hac vice_)
**MOTLEY RICE LLC**
800 Third Avenue, Ste 2401
New York, NY 10022
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com

_Counsel for Plaintiffs_