David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com
cjrobertson@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

*Attorneys for Defendant Juul Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**DEFENDANTS' JOINT MOTION IN RESPONSE TO THE COURT'S ORDER MODIFYING SEALING PROCEDURES FOR NOVEMBER 12, 2025 SUMMARY JUDGMENT BRIEFING (ECF NO. 586)**<br><br>Judge: Hon. William H. Orrick |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendants JUUL Labs, Inc. ("JLI"), Altria Group, Inc. and Altria Enterprises LLC ("Altria"), and Individual Defendants Nicholas Pritzker and Riaz Valani ("Individual Defendants") (together, the "Defendants") respectfully submit this notice in response to the Court's November 7, 2025 Order (ECF No. 586) requiring the parties to submit "a consolidated chart identifying what information should remain under seal for the Court's consideration" from the Parties' Motions for Summary Judgment and supporting materials (ECF Nos. 587–592, and 595), similar to previous charts filed in conjunction with Plaintiffs' Motions for Class Certification (ECF Nos. 510–513), Defendants' Oppositions to Plaintiffs' Class Certification Motions and Parties' *Daubert* Motions (ECF No. 563), the Parties' *Daubert* oppositions and Plaintiffs' Replies in Support of Their Class Certification Motions (ECF No. 573), and the Parties' Replies in Support of Their *Daubert* Motions (ECF No. 575).

1. Defendants seek to maintain under seal a limited subset of material from the Parties' Motions for Summary Judgment and supporting materials, as reflected in the chart below. For the convenience of the Court and the parties, Defendants attach as exhibits redacted versions of those documents for which it requests the Court keep only portions under seal. Unredacted versions of the exhibits below were submitted with the Parties' Motions for Summary Judgment and supporting materials. *See* ECF Nos. 587–592, 595.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP MSJ Saveri Decl. Ex. 3 | Portions of:<br>• Page 18, Footnote 45<br>• Page 19, Figure 1<br>• Page 20, Figure 2 & Notes | JLI | A | DPP Class Cert Ex. 9 (Filed redacted version at |

---

[1] To the extent Defendants request sealing over exhibits that are duplicative of the exhibits attached to the parties' class certification and *Daubert* briefing, Defendants refer the Court to the redacted versions of those exhibits and the declarations in support of those sealing requests. *See* ECF Nos. 510–513, 563, 573, and 575.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
|  | • Page 21, Figure 3 & Notes<br>• Page 22, Figure 4 & Notes<br>• Exhibit 1 |  |  | ECF No. 511, Ex. D) |
|  | Portions of:<br>• Page 6, Footnote 9 | Pritzker/Valani |  |  |
| DPP MSJ Saveri Decl. Ex. 14 | Portions of:<br>• Page PX2406-001 (PII) | Pritzker/Valani | B | None |
| DPP MSJ Saveri Decl. Ex. 15 | Portions of:<br>• 67:14–22<br>• 68:1–5<br><br>Entirety of:<br>• 68:8–25 | JLI | C | None |
| DPP MSJ Saveri Decl. Ex. 19 | Portions of:<br>• PX2330-001 (PII) | Pritzker/Valani | D | IPP Class Cert Exhibit 45 (Filed redacted version at ECF No. 512, Ex. Y) |
| DPP MSJ Saveri Decl. Ex. 21 | Portions of:<br>• JLI-AT-03202779<br>• JLI-AT-03202781<br>• JLI-AT-03202783<br>• JLI-AT-03202784<br>• JLI-AT-03202785<br>• JLI-AT-03202786<br>• JLI-AT-03202787<br>• JLI-AT-03202789<br>• JLI-AT-03202798<br>• JLI-AT-03202800<br>• JLI-AT-03202803<br>• JLI-AT-03202805<br>• JLI-AT-03202806<br>• JLI-AT-03202810<br>• JLI-AT-03202811<br>• JLI-AT-03202812<br>• JLI-AT-03202814<br>• JLI-AT-03202816 | JLI | E | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • JLI-AT-03202820<br>• JLI-AT-03202824<br>• JLI-AT-03202829<br>• JLI-AT-03202831<br>• JLI-AT-03202832<br>• JLI-AT-03202833<br>• JLI-AT-03202835<br><br><u>Entirety of:</u><br>• JLI-AT-03202802<br>• JLI-AT-03202807<br>• JLI-AT-03202822<br>• JLI-AT-03202825<br>• JLI-AT-03202826<br>• JLI-AT-03202827<br>• JLI-AT-03202828<br>• JLI-AT-03202830 | | | |
| DPP MSJ Saveri Decl. Ex. 27 | <u>Portions of:</u><br>• Page 2 (PII) | Altria | F | IRP Class Cert Katcher Decl. Ex. 45 (Filed redacted version at ECF No. 510, Ex. KK) |
| DPP MSJ Saveri Decl. Ex. 32 | <u>Portions of:</u><br>• Page 2 (PII) | Altria | G | None |
| DPP MSJ Saveri Decl. Ex. 33 | <u>Portions of:</u><br>• Page 1 (PII) | Altria | H | None |
| DPP MSJ Saveri Decl. Ex. 42 | <u>Portions of:</u><br>• Page 1 (PII) | Altria | I | None |
| DPP MSJ Saveri Decl. Ex. 52 | <u>Portions of:</u><br>• Page 1 (PII)<br>• Page 2 (PII) | Altria | J | None |
| DPP MSJ Saveri Decl. Ex. 60 | <u>Portions of:</u><br>• Page 19<br>• Page 70<br>• Exhibit 2<br>• Exhibit 3 | JLI | K | DPP Class Cert Saveri Decl. Ex. 7; Pls. Dauberts Saveri Decl. Ex. 15 |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Exhibit 9<br>• Exhibit 14<br>• Exhibit 15<br>• Exhibit 16 | | | (Filed redacted version at ECF No. 511, Ex. B) |
| DPP MSJ Saveri Decl. Ex. 64 | Portions of:<br>• Page PX2216-033 (PII)<br>• Page PX2216-035 (PII)<br>• Page PX2216-036 (PII) | Pritzker/Valani | L | None |
| DPP MSJ Saveri Decl. Ex. 67 | Portions of:<br>• Page PX2214-046 (PII)<br>• Page PX2214-049 (PII)<br>• Page PX2214-050 (PII) | Pritzker/Valani | M | None |
| DPP MSJ Saveri Decl. Ex. 68 | Portions of:<br>• Page PX2215-029 (PII)<br>• Page PX2215-032 (PII)<br>• Page PX2215-033 (PII) | Pritzker/Valani | N | None |
| DPP MSJ Saveri Decl. Ex. 74 | Portions of:<br>• Page PX2182-001 (PII) | Pritzker/Valani | O | None |
| DPP MSJ Saveri Decl. Ex. 76 | Portions of:<br>• 19:11<br>• 19:16<br>• 19:21–24<br>• 20:5<br>• 20:9<br>• 20:11<br>• 20:13<br>• 31:14<br><br>Entirety of:<br>• 19:13 | Pritzker/Valani | P | None |
| DPP MSJ Saveri Decl. Ex. 87 | Portions of:<br>• Page 2 (PII) | Altria | Q | None |
| DPP MSJ Saveri Decl. Ex. 88 | Portions of:<br>• Page 1 (PII) | Altria | R | None |
| DPP MSJ Saveri Decl. Ex. 96 | Portions of:<br>• Slide 20 (-770) | JLI | S | DPP Class Cert Ex. 23 (Filed redacted |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | | | | version at ECF No. 511, Ex. H) |
| DPP MSJ Saveri Decl. Ex. 98 | Portions of:<br>• Page PX2005-003<br>• Page PX2005-004<br>• Page PX2005-005<br>• Page PX2005-006<br>• Page PX2005-007<br>• Page PX2005-008<br>• Page PX2005-009<br>• Page PX2005-010<br>• Page PX2005-012<br>• Page PX2005-013<br>• Page PX2005-014<br>• Page PX2005-016<br>• Page PX2005-017<br>• Page PX2005-018<br>• Page PX2005-019 | JLI | T | DPP Class Cert Ex. 24 (Filed redacted version at ECF No. 511, Ex. I) |
| DPP MSJ Saveri Decl. Ex. 116 | Portions of:<br>• Page 1 (PII) | Altria | U | None |
| DPP MSJ Saveri Decl. Ex. 117 | Portions of:<br>• Slide 14<br>• Slide 28<br>• Slide 72<br><br>Entirety of:<br>• Slide 10<br>• Slide 11<br>• Slide 51<br>• Slide 52<br>• Slide 55<br>• Slide 60<br>• Slide 61<br>• Slide 64 | Altria | V | None |
| DPP MSJ Saveri Decl. Ex. 121 | Portions of:<br>• Page 1 (PII) | Altria | W | None |
| DPP MSJ Saveri Decl. Ex. 123 | Portions of:<br>• Page 1 (PII) | Altria | X | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Ind. Defs. MSJ Guzman Decl. Ex. 29 | Entirety of:<br>• 251:22–25<br>• 252:2–4<br>• 252:7–14 | JLI | Y | None |
| | Portions of:<br>• 21:13<br>• 22:4<br>• 29:4<br>• 29:8–9<br>• 29:15<br>• 29:18–19<br>• 29:21<br>• 30:11–12<br>• 31:2<br>• 31:4<br>• Errata sheet<br><br>Entirety of:<br>• 18:11–15<br>• 18:17–19:9<br>• 20:6–10<br>• 20:13–16<br>• 20:18–25<br>• 21:14–21<br>• 21:23–24<br>• 22:1–2<br>• 22:5–8<br>• 22:10–23:1<br>• 23:21–25<br>• 30:16<br>• 30:23–24 | Pritzker/Valani | | |
| Ind. Defs. MSJ Guzman Decl. Ex. 30 | Portions of:<br>• 26:17<br>• 27:23<br>• 31:14 | Pritzker/Valani | Z | None |
| Ind. Defs. MSJ Guzman Decl. Ex. 33 | Portions of:<br>• ALGAT0004200407-006<br>• ALGAT0004200407-011<br>• ALGAT0004200407-013<br>• ALGAT0004200407-014<br>• ALGAT0004200407-017<br>• ALGAT0004200407-021 | Altria | AA | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • ALGAT0004200407-022<br>• ALGAT0004200407-023<br>• ALGAT0004200407-027<br><br>Entirety of:<br>• ALGAT0004200407-015<br>• ALGAT0004200407-016<br>• ALGAT0004200407-018<br>• ALGAT0004200407-028<br>• ALGAT0004200407-029 | | | |
| Ind. Defs. MSJ Guzman Decl. Ex. 34 | Portions of:<br>• Page 2 (PII) | Altria | BB | None |
| Ind. Defs. MSJ Guzman Decl. Ex. 35 | Portions of:<br>• Page 1 (PII)<br>• Page 2 (PII) | Altria | CC | None |
| Ind. Defs. MSJ Guzman Decl. Ex. 36 | Portions of:<br>• ALGAT0006491955 (PII)<br>• ALGAT0006491956 (PII)<br>• ALGAT0006491957 (PII)<br>• ALGAT0006491958 (PII)<br>• ALGAT0006491959 (PII)<br>• ALGAT0006491960 (PII)<br>• ALGAT0006491961 (PII)<br>• ALGAT0006491962 (PII)<br>• ALGAT0006491963 (PII)<br>• ALGAT0006491964 (PII)<br>• ALGAT0006491965 (PII)<br>• ALGAT0006491966 (PII) | Altria | DD | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • ALGAT0006491967 (PII)<br>• ALGAT0006491968 (PII)<br>• ALGAT0006491969 (PII)<br>• ALGAT0006491970 (PII)<br>• ALGAT0006491971 (PII)<br>• ALGAT0006491990 (PII) | | | |
| Ind. Defs. MSJ Guzman Decl. Ex. 39 | Portions of:<br>• JLI-AT-00436822 (PII) | Pritzker/Valani | EE | None |
| Ind. Defs. MSJ Guzman Decl. Ex. 48 | Portions of:<br>• JLI-AT-03402806<br>• JLI-AT-03402807<br>• JLI-AT-03402808 | JLI | FF | None |
| Ind Defs. MSJ Guzman Decl. Ex. 49 | Portions of:<br>• JLI-AT-03402820<br>• JLI-AT-03402824<br>• JLI-AT-03402825<br>• JLI-AT-03402826<br>• JLI-AT-03402827<br>• JLI-AT-03402828<br>• JLI-AT-03402829<br><br>Entirety of:<br>• JLI-AT-03402818<br>• JLI-AT-03402821<br>• JLI-AT-03402822<br>• JLI-AT-03402823 | JLI | GG | None |
| JLI MSJ Bamberger Decl. Ex. 27 | Portions of:<br>• JLI-AT-03387014<br>• JLI-AT-03387015 | Altria | HH | None |
| JLI MSJ Bamberger Decl. Ex. 31 | Portions of:<br>• ALGAT0005632583<br>• ALGAT0005632584 | Altria | II | None |
| JLI MSJ Bamberger Decl. Ex. 32 | Portions of:<br>• JLI-AT-03202207 | Altria | JJ | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| JLI MSJ Bamberger Decl. Ex. 33 | Portions of:<br>• JLI-AT-02777685<br>• JLI-AT-02777686<br>• JLI-AT-02777687<br>• JLI-AT-02777688<br>• JLI-AT-02777689 | Altria | KK | None |
| JLI MSJ Bamberger Decl. Ex. 34 | Portions of:<br>• JLI-AT-02630247 | Altria | LL | None |
| JLI MSJ Bamberger Decl. Ex. 35 | Portions of:<br>• ALGAT0005633416<br>• ALGAT0005633417 | Altria | MM | None |
| JLI MSJ Bamberger Decl. Ex. 36 | Portions of:<br>• ALGAT0005633422<br>• ALGAT0005633423 | Altria | NN | None |
| JLI MSJ Bamberger Decl. Ex. 37 | Portions of:<br>• JLI-NDCA-00000744<br>• JLI-NDCA-00000745 | Altria | OO | None |
| JLI MSJ Bamberger Decl. Ex. 38 | Portions of:<br>• JLI-NDCA-00000749<br>• JLI-NDCA-00000750 | Altria | PP | None |
| JLI MSJ Bamberger Decl. Ex. 39 | Portions of:<br>• ALGAT0006535308<br>• ALGAT0006535309 | Altria | QQ | None |
| JLI MSJ Bamberger Decl. Ex. 40 | Portions of:<br>• JLI-NDCA-00000806<br>• JLI-NDCA-00000807<br>• JLI-NDCA-00000808<br>• JLI-NDCA-00000809 | Altria | RR | None |
| JLI MSJ Bamberger Decl. Ex. 41 | Portions of:<br>• JLI-NDCA-00000757<br>• JLI-NDCA-00000758<br><br>Entirety of:<br>• JLI-NDCA-00000759 | Altria | SS | None |
| JLI MSJ Bamberger Decl. Ex. 42 | Portions of:<br>• JLI-NDCA-00000813<br>• JLI-NDCA-00000814 | Altria | TT | None |
| JLI MSJ Bamberger Decl. Ex. 43 | Portions of:<br>• ALGAT0007353281<br>• ALGAT0007353282 | Altria | UU | None |
| JLI MSJ Bamberger | Portions of:<br>• ALGAT0007445879 | Altria | VV | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Decl. Ex. 44 | • ALGAT0007445880 | | | |
| JLI MSJ Bamberger Decl. Ex. 45 | Portions of:<br>• JLI-NDCA-00000753<br>• JLI-NDCA-00000754 | Altria | WW | None |
| JLI MSJ Bamberger Decl. Ex. 46 | Portions of:<br>• JLI-NDCA-00000817<br>• JLI-NDCA-00000818<br>• JLI-NDCA-00000819 | Altria | XX | None |
| JLI MSJ Bamberger Decl. Ex. 47 | Portions of:<br>• JLI-NDCA-00000801<br>• JLI-NDCA-00000802<br>• JLI-NDCA-00000803 | Altria | YY | None |
| JLI MSJ Bamberger Decl. Ex. 48 | Portions of:<br>• JLI-NDCA-00000822<br>• JLI-NDCA-00000823 | Altria | ZZ | None |
| JLI MSJ Bamberger Decl. Ex. 49 | Portions of:<br>• JLI-NDCA-00000826<br>• JLI-NDCA-00000827 | Altria | AAA | None |
| JLI MSJ Bamberger Decl. Ex. 64 | Portions of:<br>• Page 7, Footnote 26<br>• Page 9, Chart 2<br>• Page 13, Paragraph 24<br>• Page 14, Chart 7<br>• Page 31, Footnote 129<br>• Page 32, Chart 10a<br>• Page 33, Chart 10b<br>• Page 35, Paragraph 60<br>• Page 35, Paragraph 61<br>• Page 35, Footnote 143<br>• Page 45, Table 4<br>• Page 46, Table 5<br><br>Entirety of:<br>• Page 33, Footnote 132 | JLI | BBB | IRP Class Cert Katcher Decl. Ex. 1 (Filed redacted version at ECF No. 513, Ex. GG) |
| | Portions of:<br>• Page 17, Paragraph 30<br>• Page 18, Paragraph 32 | Non-Party 7-Eleven | | |
| JLI MSJ Bamberger Decl. Ex. 65 | Portions of:<br>• Page 19<br>• Page 70<br>• Exhibit 2<br>• Exhibit 3<br>• Exhibit 9<br>• Exhibit 14 | JLI | CCC | DPP Class Cert Saveri Decl. Ex. 7; Pls. Dauberts Saveri Decl. Ex. 15 (Filed redacted |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Exhibit 15<br>• Exhibit 16 | | | version at ECF No. 511, Ex. B) |
| JLI MSJ Bamberger Decl. Ex. 66 | Portions of:<br>• Page 68, Paragraph 111<br>• Page 70, Paragraph 115<br>• Page 70, Figure 17<br>• Page 70, Footnote 358<br>• Page 71, Figure 18<br>• Page 71, Figure 19<br>• Page 72, Figure 20<br>• Page 72, Figure 21<br>• Page 73, Figure 22<br>• Page 73, Figure 23<br>• Page 74, Figure 24<br>• Page 74, Figure 25<br>• Page 75, Figure 26<br>• Page 75, Figure 27<br>• Page 81, Figure 29<br>• Page 87, Paragraph 136<br>• Page 87, Table 35 | JLI | DDD | IPP Class Cert Zwerling Decl. Ex. 9; Pls. Dauberts Saveri Decl. Ex. 13 (Filed redacted version at ECF No. 512, Ex. P) |
| | Portions of:<br>• Page 86, Paragraph 135<br><br>Entirety of:<br>• Pages 85–86, Paragraph 134 (including Figure 33) | Non-Party Core-Mark Holdings Company, Inc. | | |
| | Entirety of:<br>• Page 84, Figure 31 | Non-Party McLane Company, Inc. | | |
| JLI MSJ Bamberger Decl. Ex. 68 | Portions of:<br>• Pages 20–21, Footnote 76<br>• Page 23, Paragraph 39<br>• Page 24, Paragraph 40<br>• Page 25, Paragraph 43 | JLI | EEE | Defs. Dauberts & Class Cert Opp Barber Decl. Ex. 42; Pls. Dauberts Saveri Decl. Ex. 19 (Filed redacted versions at ECF No. 563, Ex. JJ & ZZ) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Altria MSJ Barber Decl. Ex. 2 | Portions of:<br>• Page 1 (PII) | Altria | FFF | None |
| Altria MSJ Barber Decl. Ex. 8 | Portions of:<br>• Page 1 (PII) | Altria | GGG | None |
| Altria MSJ Barber Decl. Ex. 14 | Entirety of:<br>• Slide 23<br>• Slide 24<br>• Slide 25 | Altria | HHH | None |
| Altria MSJ Barber Decl. Ex. 15 | Portions of:<br>• Page 2 (PII) | Altria | III | None |
| Altria MSJ Barber Decl. Ex. 16 | Portions of:<br>• ALGAT0005549638 (PII) | Pritzker/Valani | JJJ | None |
| Altria MSJ Barber Decl. Ex. 17 | Portions of:<br>• Page 2 (PII) | Altria | KKK | None |
| Altria MSJ Barber Decl. Ex. 22 | Portions of:<br>• Page 1 (PII) | Altria | LLL | None |
| Altria MSJ Barber Decl. Ex. 25 | Portions of:<br>• Page 1 (PII) | Altria | MMM | None |
| Altria MSJ Barber Decl. Ex. 26 | Portions of:<br>• Page 1<br>• Slide 13<br>• Slide 14<br><br>Entirety of:<br>• Slide 15 | Altria | NNN | None |
| Altria MSJ Barber Decl. Ex. 28 | Portions of:<br>• Page 1 (PII) | Altria | OOO | None |
| Altria MSJ Barber Decl. Ex. 29 | Portions of:<br>• Page 1 (PII)<br>• Page 2 (PII) | Altria | PPP | None |
| Altria MSJ Barber Decl. Ex. 31 | Portions of:<br>• Page 1 (PII) | Altria | QQQ | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Altria MSJ Barber Decl. Ex. 32 | Portions of:<br>• ALGAT0005456891<br>• ALGAT0005456902<br>• ALGAT0005456903<br>• ALGAT0005456905<br>• ALGAT0005456908<br>• ALGAT0005456913<br>• ALGAT0005456914<br>• ALGAT0005456918<br><br>Entirety of:<br>• ALGAT0005456888<br>• ALGAT0005456889<br>• ALGAT0005456890<br>• ALGAT0005456893<br>• ALGAT0005456894<br>• ALGAT0005456895<br>• ALGAT0005456904<br>• ALGAT0005456915<br>• ALGAT0005456916<br>• ALGAT0005456919 | Altria | RRR | None |
| Altria MSJ Barber Decl. Ex. 33 | Portions of:<br>• Page 2 (PII) | Altria | SSS | None |
| Altria MSJ Barber Decl. Ex. 47 | Portions of:<br>• Page 18, Footnote 45<br>• Page 19, Figure 1<br>• Page 20, Figure 2 & Notes<br>• Page 21, Figure 3 & Notes<br>• Page 22, Figure 4 & Notes<br>• Exhibit 1 | JLI | TTT | DPP Class Cert Ex. 9 (Filed redacted version at ECF No. 511, Ex. D) |
| | Portions of:<br>• Page 6, Footnote 9 | Pritzker/Valani | | |
| Altria MSJ Barber Decl. Ex. 51 | Portions of:<br>• Page 44, Footnote 160<br>• Page 44, Footnote 161<br>• Page 62, Footnote 214<br>• Page 65, Footnote 221<br>• Page 71, Footnote 232<br>• Page 77, Footnote 243<br>• Page 79, Footnote 248 | JLI | UUU | Defs' Dauberts and CC Opps Barber Decl. Ex. 39 (Filed redacted version at |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Page 90, Footnote 263<br>• Page 91, Footnote 267 | | | ECF No. 563, Ex. II) |
| Altria MSJ Barber Decl. Ex. 64 | Portions of:<br>• JLI-AT-00479717 | JLI | VVV | None |
| Altria MSJ Barber Decl. Ex. 67 | Portions of:<br>• JLI -AT-03402798<br>• JLI -AT-03402799<br>• JLI -AT-03402818<br>• JLI -AT-03402820<br>• JLI -AT-03402825<br>• JLI -AT-03402827<br>• JLI -AT-03402828<br>• JLI -AT-03402829<br><br>Entirety of:<br>• JLI -AT-03402821<br>• JLI -AT-03402822<br>• JLI -AT-03402823<br>• JLI -AT-03402824<br>• JLI -AT-03402826 | JLI | WWW | None |

2. The Defendants append the Declarations of Nowell D. Bamberger, Jeremy Barber, and Michael J. Guzman in support of their requests to keep the information described in the chart under seal.

3. Defendants do not object to non-parties 7-Eleven, Core-Mark Holdings Company, Inc., and McLane Company, Inc.'s requests for sealing described above.

4. Plaintiffs are in the process of reviewing Defendants' materials in support of the requests for the materials listed to remain under seal and take no position at this time on these requests. Plaintiffs reserve their rights to object to the sealing of materials subject to Defendants' requests for sealing.

Dated: December 12, 2025

Respectfully Submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

 /s/ *Nowell D. Bamberger*
Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1752 (Bamberger)
Fax: (202) 974-1999
Email: dgelfand@cgsh.com
Email: jcalsyn@cgsh.com
Email: nbamberger@cgsh.com
Email: cjrobertson@cgsh.com

*Attorneys for Defendant Juul Labs, Inc.*

**WILKINSON STEKLOFF LLP**

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*
Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
WILKINSON STEKLOFF LLP
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

Lauren Sachi Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLC
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4211
Facsimile: (213) 243-4199
*lauren.wulfe@arnoldporter.com*

*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises LLC*

1
2         **KELLOGG, HANSEN, TODD,**
          **FIGEL & FREDERICK, P.L.L.C.**

3          /s/ *Michael J. Guzman*
          Michael J. Guzman
4
          Mark C. Hansen (*pro hac vice*)
5         Michael J. Guzman (*pro hac vice*)
          David L. Schwarz (CA Bar No. 206257)
6         1615 M Street, N.W., Suite 400
          Washington, DC 20036
7         Telephone: (202) 326-7900
          mhansen@kellogghansen.com
8         mguzman@kellogghansen.com
          dschwarz@kellogghansen.com
9
          *Attorneys for Defendants Nicholas*
10        *Pritzker and Riaz Valani*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-18-
Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for November 12, 2025
Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

**FILER'S ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I, Nowell D. Bamberger, hereby attest that each of the signatories identified above has concurred in this filing.

        */s/ Nowell D. Bamberger*
Nowell D. Bamberger (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1752
Fax: (202) 974-1599
Email: nbamberger@cgsh.com