Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*

Moira K. Penza (*pro hac vice*)
Jeremy S. Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

*Attorneys for Defendant Altria Group, Inc.,
and Altria Enterprises, LLC*

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (SBN 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1752
Facsimile: (202) 974-1999
*dgelfand@cgsh.com*
*jcalsyn@cgsh.com*
*nbamberger@cgsh.com*
*cjrobertson@cgsh.com*

*Attorneys for Defendant JUUL Labs, Inc.*

[Additional Counsel Identified on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-cv-02345-WHO |
| This Document Relates To: **ALL DIRECT PURCHASER ACTIONS** | **ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT PROVISIONALLY UNDER SEAL** <br><br> Judge: Hon. William H. Orrick |

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order entered by the Court on August 6, 2021 ("Protective Order"), ECF No. 269, the Court's November 7, 2025 Order, ECF No. 586, and the Court's Standing Order on Administrative Motions to File Under Seal, Defendants Altria Group, Inc. and Altria Enterprises LLC ("Altria"), JUUL Labs, Inc., and Individual Defendants Nicholas Pritzker and Riaz Valani ("Individual Defendants") (together, "Defendants") respectfully request the Court enter this Administrative Motion to File Defendants' Opposition to the Direct Purchaser Plaintiffs' (the "DPPs") Motion For Partial Summary Judgment, the Declaration of Jeremy Barber in Support of Defendants' Opposition to DPPs' Motion For Partial Summary Judgment, and Exhibits 68 through 77 Provisionally Under Seal (the "Motion").

On August 6, 2021, this Court entered the Protective Order in this case, ECF No. 269, which prohibits any party from publicly filing material designated "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" absent "written permission from the Designating Party" or a "Court order secured after appropriate notice to all interested persons." Protective Order ¶¶ 25, 58. Such material may include information generated in disclosures or through discovery, along with transcripts of depositions and hearings. *Id.* ¶¶ 14, 25. Further, pursuant to the Court's November 7, 2025 Order, Defendants' Opposition to the DPPs' Motion For Partial Summary Judgment and related material may be provisionally filed under seal. *See* ECF No. 586. On January 21, 2026, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration. *Id.* Additionally, in accordance with the Court's November 7, 2025 Order, the DPPs filed their Motion for Partial Summary Judgment provisionally under seal on November 12, 2025. ECF No. 588.

Pursuant to Local Rule 79-5(c), the parties, as the Designating Parties, bear responsibility to establish that all designated material is sealable. Other than the materials Defendants may separately seek to seal, Defendants take no position at this time on whether the designated portions satisfy the requirements for sealing and therefore reserve the right to challenge any "Confidential,"

-2-

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

"Highly Confidential," or "Highly Confidential – Outside Counsel Only" designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

Defendants have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5.  Specifically, as mandated by Civil Local Rule 79-5 and this Court's Standing Order, the following attachments accompany this Motion:

- The Declaration of Jeremy Barber in support of this Motion;
- An unredacted copy of Defendants' Opposition to DPPs' Motion For Partial Summary Judgment; and
- Unredacted copies of the Declaration of Jeremy Barber in Support of Defendants' Opposition to DPPs' Motion For Partial Summary Judgment and Exhibits 68 through 77 attached thereto.

Dated: December 19, 2025                        Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*

-3-

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

Moira K. Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8914
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

Lauren Sachi Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLC**
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4211
Facsimile: (213) 243-4199
*lauren.wulfe@arnoldporter.com*

*Attorneys for Defendants Altria Group, Inc.,
and Altria Enterprises, LLC*

/s/ Nowell D. Bamberger
Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (SBN 205062)
Nowell D. Bamberger (*pro hac vice*)
Caleb J. Robertson (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1752 (Bamberger)
Facsimile: (202) 974-1999
*dgelfand@cgsh.com*
*jcalsyn@cgsh.com*
*nbamberger@cgsh.com*
*cjrobertson@cgsh.com*

*Attorneys for Defendant Juul Labs, Inc.*

/s/ Michael J. Guzman
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (SBN 206257)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW Suite 400

-4-

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
*mhansen@kellogghansen.com*
*mguzman@kellogghansen.com*
*dschwarz@kellogghansen.com*

*Attorneys for Individual Defendants Nicholas Pritzker and Riaz Valani*

-5-

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

**FILER'S ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I, Beth A. Wilkinson, hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*

-6-

ADMINISTRATIVE MOTION TO FILE
DEFENDANTS' OPPOSITION TO DPPS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO