Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*

Moira K. Penza (*pro hac vice*)
Jeremy S. Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
*Lauren.Wulfe@arnoldporter.com*

*Attorneys for Defendant Altria Group, Inc. and Altria Enterprises, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-cv-02345-WHO |
| This Document Relates To:<br><br>**ALL ACTIONS** | **ADMINISTRATIVE MOTION TO FILE ALTRIA DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PROVISIONALLY UNDER SEAL**<br><br>Judge: Hon. William H. Orrick |

ADMINISTRATIVE MOTION TO FILE
ALTRIA'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT PROVISIONALLY
UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

Pursuant to Civil Local Rule 7-11, Civil Local Rule 79-5, the Amended Protective Order entered by the Court on August 6, 2021 ("Protective Order"), ECF No. 269, the Court's November 7, 2025 Order, ECF No. 586, and the Court's Standing Order on Administrative Motions to File Under Seal, Defendants Altria Group, Inc. and Altria Enterprises LLC ("Altria Defendants") respectfully request the Court to enter this Administrative Motion to File Altria Defendants' Reply Brief in Support of Their Motion For Summary Judgment, the Declaration of Jeremy Barber in Support of Altria Defendants' Reply Brief in Support of Their Motion For Summary Judgment, and Exhibits 78 through 84 Provisionally Under Seal (the "Motion").

On August 6, 2021, this Court entered the Protective Order in this case, ECF No. 269, which prohibits any party from publicly filing material designated "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" absent "written permission from the Designating Party" or a "Court order secured after appropriate notice to all interested persons." Protective Order ¶¶ 25, 58.  Such material may include information generated in disclosures or through discovery, along with transcripts of depositions and hearings.  *Id.* ¶¶ 14, 25.  Further, pursuant to the Court's November 7, 2025 Order, Altria Defendants' Reply Brief in Support of Their Motion For Summary Judgment and related material may be provisionally filed under seal. ECF No. 586.  On January 29, 2026, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration.  *Id.*

In accordance with the Court's November 7, 2025 Order, Altria filed its Motion for Summary Judgment provisionally under seal on November 12, 2025.  ECF No. 587.  The Indirect Reseller Plaintiffs, the Indirect Purchaser Plaintiffs, and the Direct Purchaser Plaintiffs filed their oppositions to Defendants' motions for summary judgment provisionally under seal on December 19, 2025.  ECF Nos. 601, 605.

Pursuant to Local Rule 79-5(c), the parties, as the Designating Parties, bear responsibility to establish that all designated material is sealable.  Other than the materials Altria may separately seek to seal, Altria takes no position at this time on whether the designated portions satisfy the

-2-

ADMINISTRATIVE MOTION TO FILE
ALTRIA'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT
PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

requirements for sealing and therefore reserves the right to challenge any "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

Altria has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5.  Specifically, as mandated by Civil Local Rule 79-5 and this Court's Standing Order, the following attachments accompany this Brief:

- The Declaration of Jeremy Barber in support of this Motion;
- An unredacted copy of Altria Defendants' Reply Brief in Support of Their Motion For Summary Judgment; and
- Unredacted copies of the Declaration of Jeremy Barber in Support of Altria Defendants' Reply Brief in Support of Their Motion For Summary Judgment and Exhibits 78 through 84 attached thereto.

Dated: January 14, 2026

Respectfully submitted,

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*

Moira K. Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036

-3-

ADMINISTRATIVE MOTION TO FILE
ALTRIA'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT
PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO

Telephone: (212) 294-8914
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

Lauren Sachi Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLC**
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4211
Facsimile: (213) 243-4199
*lauren.wulfe@arnoldporter.com*

*Attorneys for Defendants Altria Group, Inc., and Altria Enterprises, LLC*

-4-

ADMINISTRATIVE MOTION TO FILE
ALTRIA'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT
PROVISIONALLY UNDER SEAL

CASE NO. 3:20-CV-02345-WHO