Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
Andrew Skaras (admitted *pro hac vice*)
Stephanie E. Levin (admitted *pro hac vice*)
KELLOGG HANSEN TODD FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL:  (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com
askaras@kellogghansen.com
slevin@kellogghansen.com

*Attorneys for Individual Defendants Pritzker & Valani*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | Case No. 3:20-cv-02345-WHO <br><br> **ADMINISTRATIVE MOTION TO FILE THE REPLY BRIEF IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PROVISIONALLY UNDER SEAL** <br><br> Judge: Hon. William H. Orrick |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Nicholas Pritzker and Riaz Valani (together, the "Individual Defendants") will and hereby do move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file provisionally under seal the Reply Brief in Support of the Individual Defendants' Motion for Summary Judgment (the "Reply"); the Declaration of Michael J. Guzman in Support of the Reply Brief in Support of the Individual Defendants' Motion for Summary Judgment; and Exhibits 56 through 59 attached thereto.

Individual Defendants file this motion pursuant to the Joint Stipulation and Order Entering Amended Protective Order, ECF No. 269; Joint Stipulation and Order to Modify Sealing Procedures for Parties' Summary Judgment Briefing, ECF No. 586; and Civil Local Rule 79-5. Pursuant to Civil Local Rule 7-11(c), no hearing date has been set.

On August 6, 2021, this Court entered the Amended Protective Order, which prohibits any party from filing material designated "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" absent "written permission from the Designating Party" or a "Court order secured after appropriate notice to all interested persons." ECF No. 269 at ¶¶ 25, 58. Such material may include information generated in disclosures or through discovery, along with transcripts of depositions and hearings. *Id.* ¶¶ 14, 25. Further, pursuant to the Court's November 7, 2025, Order, Individual Defendants' Motion and related material may be provisionally filed under seal. ECF No. 586. On January 29, 2026, the parties are to provide the Court with a consolidated chart identifying what information should remain under seal for the Court's consideration. *Id.* at 2.

Pursuant to Local Rules 79-5(c)(1) and (2), the parties, as the Designating Parties, bear responsibility to establish that all designated material is sealable. Other than the materials Defendants may separately seek to seal, Defendants take no position at this time on whether the designated portions satisfy the requirements for sealing and therefore reserve the right to challenge any "Confidential," "Highly Confidential," or "Highly Confidential – Outside Counsel Only" designation under the Protective Order, as well as the sealability of these documents under Civil Local Rule 79-5.

As required by Civil Local Rule 79-5, the following attachments accompany this motion:

1.  The Declaration of Michael J. Guzman in Support of the Administrative Motion to File the Reply Brief in Support of the Individual Defendants' Motion for Summary Judgment Provisionally Under Seal;

2.  An unredacted version of the Reply Brief in Support of the Individual Defendants' Motion for Summary Judgment;

3.  An unredacted version of the Declaration of Michael J. Guzman in Support of the Reply Brief in Support of the Individual Defendants' Motion for Summary Judgment;

4.  Unredacted versions of Exhibits 56 through 59; and

5.  A Proposed Order Granting the Individual Defendants' Administrative Motion to File the Reply Brief in Support of Individual Defendants' Motion for Summary Judgment Provisionally Under Seal.

DATED:  January 14, 2026                    Respectfully submitted,


                                            /s/ Michael J. Guzman
                                            Mark C. Hansen (admitted *pro hac vice*)
                                            Michael J. Guzman (admitted *pro hac vice*)
                                            David L. Schwarz (CA Bar No. 206257)
                                            Andrew Skaras (admitted *pro hac vice*)
                                            Stephanie E. Levin (admitted *pro hac vice*)
                                            KELLOGG HANSEN TODD FIGEL &
                                                FREDERICK, P.L.L.C.
                                            1615 M Street, N.W. Suite 400
                                            Washington, D.C. 20036
                                            TEL: (202) 326-7900
                                            mhansen@kellogghansen.com
                                            mguzman@kellogghansen.com
                                            dschwarz@kellogghansen.com
                                            askaras@kellogghansen.com
                                            slevin@kellogghansen.com

                                            *Attorneys for Individual Defendants Pritzker & Valani*

Administrative Motion to File Provisionally Under Seal – Case No. 3:20-cv-02345-WHO