1  David I. Gelfand (*pro hac vice*)
   Jeremy J. Calsyn (SBN 205062)
2  Nowell D. Bamberger (*pro hac vice*)
   Caleb J. Robertson (*pro hac vice*)
3  dgelfand@cgsh.com
   jcalsyn@cgsh.com
4  nbamberger@cgsh.com
   cjrobertson@cgsh.com
5  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2112 Pennsylvania Avenue, NW
6  Washington, DC 20037
   Telephone: 202-974-1500
7  Facsimile: 202-974-1599

8  *Attorneys for Defendant Juul Labs, Inc.*

9

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13                                          Case No. 3:20-cv-02345-WHO
14  IN RE JUUL LABS, INC.
    ANTITRUST LITIGATION
15                                          **DEFENDANTS' JOINT MOTION IN**
    This document relates to:             **RESPONSE TO THE COURT'S**
16                                          **ORDER MODIFYING SEALING**
                                            **PROCEDURES FOR DECEMBER**
17  ALL ACTIONS                            **19, 2025 OPPOSITIONS TO**
                                            **PARTIES' SUMMARY JUDGMENT**
18                                          **BRIEFING (ECF NO. 586)**

19

20                                          Judge: Hon. William H. Orrick

21

22

23

24

25

26

27

28

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendants JUUL Labs, Inc. ("JLI"), Altria Group, Inc. and Altria Enterprises LLC ("Altria"), and Individual Defendants Nicholas Pritzker and Riaz Valani ("Individual Defendants") (together, the "Defendants") respectfully submit this notice in response to the Court's November 7, 2025 Order (ECF No. 586) requiring the parties to submit "a consolidated chart identifying what information should remain under seal for the Court's consideration" from the Parties' Oppositions to the Motions for Summary Judgment and supporting materials (ECF Nos. 601–605, and 607), similar to previous charts filed in conjunction with Plaintiffs' Motions for Class Certification (ECF Nos. 510–513), Defendants' Oppositions to Plaintiffs' Class Certification Motions and Parties' *Daubert* Motions (ECF No. 563), the Parties' *Daubert* oppositions and Plaintiffs' Replies in Support of Their Class Certification Motions (ECF No. 573), the Parties' Replies in Support of Their *Daubert* Motions (ECF No. 575), and the Parties' Motions for Summary Judgment (ECF No. 600).

1.    Defendants seek to maintain under seal a limited subset of material from the Parties' Oppositions to the Parties' Motions for Summary Judgment and supporting materials, as reflected in the chart below.  For the convenience of the Court and the parties, Defendants attach as exhibits redacted versions of those documents for which it requests the Court keep only portions under seal. Unredacted versions of the exhibits below were submitted with the Parties' Oppositions to the Parties' Motions for Summary Judgment and supporting materials.  *See* ECF Nos. 601–605, and 607.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Corrected Motion for Summary | Portions of:<br>• Page 11 | JLI | A | None |

---

[1]    To the extent Defendants request sealing over exhibits that are duplicative of the exhibits attached to the parties' class certification and *Daubert* briefing, Defendants refer the Court to the redacted versions of those exhibits and the declarations in support of those sealing requests.  *See* ECF Nos. 510–513, 563, 573, 575, and 600.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Judgment (ECF No. 595)[2] | | | | |
| DPP Omnibus Opposition Brief to Defendants' Motions for Summary Judgment (ECF No. 605-2) | Portions of:<br>• Page 14, Line 4<br>• Page 14, Line 13<br>• Page 14, Footnote 96<br>• Page 39, Line 14 | JLI | B | None |
| | Portions of:<br>• Page 15<br>• Page 16<br>• Page 17 | Pritzker/Valani | | |
| DPP Opp to MSJ Saveri Ex. 3 | Portions of:<br>• Page 18, Footnote 45<br>• Page 19, Figure 1<br>• Page 20, Figure 2 & Notes<br>• Page 21, Figure 3 & Notes<br>• Page 22, Figure 4 & Notes<br>• Exhibit 1 | JLI | ECF No. 511, Ex. D<br><br>ECF No. 600 Ex. A | DPP Class Cert Saveri Decl. Ex. 9 (Filed redacted version at ECF No. 511, Ex. D)<br><br>DPP MSJ Ex. 3 (Filed redacted version at ECF No. 600 Ex. A) |
| | Portions of:<br>• Page 6, Footnote 9 | Pritzker/Valani | | |
| DPP Opp to MSJ Saveri Ex. 14 | Portions of:<br>• JLIFTC_RV_000342 | Pritzker/Valani | ECF No. 600, Ex. B | DPP MSJ Saveri Decl. Ex. 14 (Filed redacted version at ECF No. 600, Ex. B) |

---

[2]    On November 11, 2025, DPPs served a partially corrected filing (ECF No. 595) of their initially filed motion for partial summary judgment (ECF Nos. 588–590). DPPs served Defendants with corrected versions of their motion for partial summary judgment, index of exhibits, declaration in support of their motion for partial summary judgment, and Exhibits 109 and 110. *See* ECF No. 595. JLI proposes sealing designations on the corrected motion for partial summary judgment, and those designations apply equally to the initially served motion for partial summary judgment. Further, this motion was previously attached to the DPPs' Motion for Partial Summary Judgment (ECF Nos. 588–590), but was not designated for sealing. *See* ECF No. 600. JLI respectfully requests these sealing designations over DPPs motion for partial summary judgment now.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 15 | Portions of:<br>• 67:14–17; 19–22<br>• 68:1–5<br><br>Entirety of:<br>• 68:8–25 | JLI | ECF No. 600 Ex. C | DPP MSJ Saveri Decl. Ex. 15 (Filed redacted version at ECF No. 600, Ex. C) |
| DPP Opp to MSJ Saveri Ex. 17[3] | Entirety of:<br>• 237:2–238:4<br>• 238:7–8 | JLI | C | DPP MSJ Saveri Decl. Ex. 17 |
| DPP Opp to MSJ Saveri Ex. 18 | Entirety of:<br>• 75:17–25 | JLI | D | None |
| | Portions of:<br>• 30:11–12<br>• 31:2<br>• 31:4<br>• 34:24<br>• 35:5<br>• 35:10<br>• 35:16<br>• 35:22–23<br>• 39:1<br>• 39:4<br>• 39:10<br><br>Entirety of:<br>• 18:11–15<br>• 18:17–25<br>• 30:16<br>• 30:23–24 | Pritzker/Valani | | |
| DPP Opp to MSJ Saveri Ex. 19 | Portions of:<br>• PX2330-001 | Pritzker/Valani | ECF No. 511, Ex. M<br><br>ECF No. 512, Ex. Y<br><br>ECF No. 600, Ex. D | DPP Class Cert Ex. 60 (Filed redacted version at ECF No. 511, Ex. M)<br><br>IPP Class Cert Zwerling Decl. |

[3] DPP Opp to MSJ Saveri Exhibit 17 was previously attached to the DPPs' Motion for Partial Summary Judgment (ECF Nos. 588–590), but was not designated for sealing. *See* ECF No. 600. JLI respectfully requests that the sealing designations identified for DPP Opp to MSJ Saveri Exhibit 17 apply to this previous filing as well.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | | | | 45 (ECF No. 512, Ex. Y)<br><br>DPP MSJ Ex. 19 (ECF No. 600, Ex. D) |
| DPP Opp to MSJ Saveri Ex. 21 | Portions of:<br>• JLI-AT-03202779<br>• JLI-AT-03202781<br>• JLI-AT-03202783<br>• JLI-AT-03202784<br>• JLI-AT-03202785<br>• JLI-AT-03202786<br>• JLI-AT-03202787<br>• JLI-AT-03202789<br>• JLI-AT-03202798<br>• JLI-AT-03202800<br>• JLI-AT-03202803<br>• JLI-AT-03202805<br>• JLI-AT-03202806<br>• JLI-AT-03202810<br>• JLI-AT-03202811<br>• JLI-AT-03202812<br>• JLI-AT-03202814<br>• JLI-AT-03202816<br>• JLI-AT-03202820<br>• JLI-AT-03202824<br>• JLI-AT-03202829<br>• JLI-AT-03202831<br>• JLI-AT-03202832<br>• JLI-AT-03202833<br>• JLI-AT-03202835<br><br>Entirety of:<br>• JLI-AT-03202802<br>• JLI-AT-03202807<br>• JLI-AT-03202822<br>• JLI-AT-03202825<br>• JLI-AT-03202826<br>• JLI-AT-03202827<br>• JLI-AT-03202828<br>• JLI-AT-03202830 | JLI | ECF No. 600, Ex. E | DPP MSJ Saveri Decl. Ex. 21, (Filed redacted version at ECF No. 600, Ex. E) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 27 | Portions of:<br>• PX1304-002 | Altria | ECF No. 511, Ex. N<br><br>ECF No. 513, Ex. KK<br><br>ECF No. 600, Ex. F | DPP Class Cert Saveri Decl. Ex. 63 (Filed redacted version at ECF No. 511, Ex. N)<br><br>IRP Class Cert Ex. 45 (Filed redacted version at ECF No. 513, Ex. KK)<br><br>DPP MSJ Saveri Ex. 27 (Filed redacted version at ECF No. 600, Ex. F) |
| DPP Opp to MSJ Saveri Ex. 32 | Portions of:<br>• Page 2 | Altria | ECF No. 600, Ex. G | DPP MSJ Saveri Ex. 32 (Filed redacted version at ECF No. 600, Ex. G) |
| DPP Opp to MSJ Saveri Ex. 33 | Portions of:<br>• Page 1 | Altria | ECF No. 600, Ex. H | DPP MSJ Saveri Ex. 33 (Filed redacted version at ECF No. 600, Ex. H) |
| DPP Opp to MSJ Saveri Ex. 37[4] | Portions of:<br>• Page 1 | Altria | E | DPP MSJ Saveri Ex. 37 |
| DPP Opp to MSJ Saveri Ex. 42 | Portions of:<br>• Page 1 | Altria | ECF No. 600, Ex. I | DPP MSJ Saveri Ex. 42 (Filed redacted version at ECF No. 600, Ex. I) |
| DPP Opp to MSJ Saveri Ex. 52 | Portions of:<br>• Page 1<br>• Page 2 | Altria | ECF No. 600, Ex. J | DPP MSJ Saveri Ex. 52 (Filed redacted |

---

[4]     DPP Opp to MSJ Saveri Exhibit 37 was previously attached to the DPPs' Motion for Partial Summary Judgment (ECF Nos. 588–590), but was not designated for sealing. *See* ECF No. 600. Altria respectfully requests that the sealing designations identified for DPP Opp to MSJ Saveri Exhibit 37 apply to this previous filing as well.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | | | | version at ECF No. 600, Ex. J) |
| DPP Opp to MSJ Saveri Ex. 60 | Portions of:<br>• Page 19<br>• Page 70<br>• Exhibit 2<br>• Exhibit 3<br>• Exhibit 9<br>• Exhibit 14<br>• Exhibit 15<br>• Exhibit 16 | JLI | ECF No. 511, Ex. B<br><br>ECF No. 600, Ex. K | DPP Class Cert Saveri Decl. Ex. 7; Pls. Dauberts Saveri Decl. Ex. 15 (Filed redacted version at ECF No. 511, Ex. B)<br><br>DPP MSJ Ex. 60 (Filed Redacted Version at ECF No. 600, Ex. K) |
| DPP Opp to MSJ Saveri Ex. 64 | Portions of:<br>• PX2216-033<br>• PX2216-035<br>• PX2216-036 | Pritzker/Valani | ECF No. 600, Ex. L | DPP MSJ Ex. 64 (Filed redacted version at ECF No. 600, Ex. L) |
| DPP Opp to MSJ Saveri Ex. 67 | Portions of:<br>• PX2214-046<br>• PX2214-049<br>• PX2214-050 | Pritzker/Valani | ECF No. 600, Ex. M | DPP MSJ Ex. 67 (Filed Redacted Version at ECF No. 600, Ex. M) |
| DPP Opp to MSJ Saveri Ex. 68 | Portions of:<br>• PX2215-029<br>• PX2215-032<br>• PX2215-033 | Pritzker/Valani | ECF No. 600, Ex. N | DPP MSJ Ex. 68 (Filed Redacted Version at ECF No. 600, Ex. N) |
| DPP Opp to MSJ Saveri Ex. 74 | Portions of:<br>• PX2182-001 | Pritzker/Valani | ECF No. 600, Ex. O | DPP MSJ Ex. 74 (Filed redacted version at ECF No. 600, Ex. O) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 76 | Portions of:<br>• 19:11<br>• 19:16<br>• 19:21–24<br>• 20:5<br>• 20:9<br>• 20:11<br>• 20:13<br>• 21:4<br>• 21:15<br>• 31:14<br><br>Entirety of:<br>• 19:13 | Pritzker/Valani | F | None |
| DPP Opp to MSJ Saveri Ex. 78[5] | Portions of:<br>• PWP_00006269<br><br>Entirety of:<br>• PWP_00006273–79 | JLI | G | DPP MSJ Saveri Ex. 78 |
| DPP Opp to MSJ Saveri Ex. 87 | Portions of:<br>• Page 2 | Altria | ECF No. 600, Ex. Q | DPP MSJ Saveri Ex. 87 (Filed redacted version at ECF No. 600, Ex. Q) |

[5] DPP Opp to MSJ Saveri Exhibit 78 was previously attached to the DPPs' Motion for Partial Summary Judgment (ECF Nos. 588–590), but was not designated for sealing. *See* ECF No. 600. JLI respectfully requests that the sealing designations identified for DPP Opp to MSJ Saveri Exhibit 78 apply to this previous filing as well.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 88 | Portions of:<br>• Page 1 | Altria | ECF No. 600, Ex. R | DPP MSJ Saveri Ex. 88 (Filed redacted version at ECF No. 600, Ex. R) |
| DPP Opp to MSJ Saveri Ex. 96 | Portions of:<br>• Slide 20 (-770) | JLI | ECF No. 511, Ex. H<br><br>ECF No. 600, Ex. S | DPP Class Cert Ex. 23 (Filed redacted version at ECF No. 511, Ex. H)<br><br>DPP MSJ Ex. 96 (Filed redacted version at ECF No. 600, Ex. S) |
| DPP Opp to MSJ Saveri Ex. 98 | Portions of:<br>• Page PX2005-003<br>• Page PX2005-004<br>• Page PX2005-005<br>• Page PX2005-006<br>• Page PX2005-007<br>• Page PX2005-008<br>• Page PX2005-009<br>• Page PX2005-010<br>• Page PX2005-012<br>• Page PX2005-013<br>• Page PX2005-014<br>• Page PX2005-016<br>• Page PX2005-017<br>• Page PX2005-018<br>• Page PX2005-019 | JLI | ECF No. 511, Ex. I<br><br>ECF No. 600, Ex. T | DPP Class Cert Ex. 24 (Filed redacted version at ECF No. 511, Ex. I)<br><br>DPP MSJ Ex. 98 (Filed redacted version at ECF No. 600, Ex. T) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 116 | Portions of: <br> • PX1129-001 | Altria | ECF No. 600, Ex. U | DPP MSJ Ex. 116 (Filed redacted version at ECF No. 600, Ex. U) |
| DPP Opp to MSJ Saveri Ex. 117 | Portions of: <br> • Slide 14 <br> • Slide 28 <br> • Slide 72 <br><br> Entirety of: <br> • Slide 10 <br> • Slide 11 <br> • Slide 51 <br> • Slide 52 <br> • Slide 55 <br> • Slide 60 <br> • Slide 61 <br> • Slide 64 | Altria | ECF No. 600, Ex. V | DPP MSJ Ex. 117 (Filed redacted version at ECF No. 600, Ex. V) |
| DPP Opp to MSJ Saveri Ex. 121 | Portions of: <br> • Page 1 | Altria | ECF No. 600, Ex. W | DPP MSJ Ex. 121 (Filed redacted version at ECF No. 600, Ex. W) |
| DPP Opp to MSJ Saveri Ex. 123 | Portions of: <br> • Page 1 | Altria | ECF No. 512, Ex. U <br><br> ECF No. 600, Ex. X | IPP Class Cert Ex. 26 (Filed redacted version at ECF No. 512, Ex. U) <br><br> DPP MSJ Ex. 123 (ECF No. 600, Ex. X) |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 127 | Portions of: <br> • Paragraph 1892 <br> • Paragraph 1893 <br> • Paragraph 1894 <br> • Paragraph 1895 <br> • Paragraph 1896 <br> • Paragraph 1901 <br> • Paragraph 1916 <br> • Paragraph 2018 | JLI | H | None |
| DPP Opp to MSJ Saveri Ex. 131 | Portions of: <br> • ALGAT0005599519 | Altria | I | DPP Class Cert Saveri Ex. 37 (Filed redacted version at ECF No. 511, Ex. K) |
| DPP Opp to MSJ Saveri Ex. 134 | Portions of: <br> • PX4273-001 | Altria | J | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 141 | Portions of:<br>• JLI-NDCA-00004089<br>• JLI-NDCA-00004090<br>• JLI-NDCA-00004092<br>• JLI-NDCA-00004094<br>• JLI-NDCA-00004097<br>• JLI-NDCA-00004098<br><br>Entirety of:<br>• JLI-NDCA-00004093<br>• JLI-NDCA-00004100<br>• JLI-NDCA-00004101<br>• JLI-NDCA-00004102<br>• JLI-NDCA-00004103<br>• JLI-NDCA-00004104<br>• JLI-NDCA-00004105<br>• JLI-NDCA-00004106<br>• JLI-NDCA-00004107<br>• JLI-NDCA-00004108 | JLI | K | None |
| DPP Opp to MSJ Saveri Ex. 142 | Portions of:<br>• JLI-NDCA-00004197 | JLI | L | None |
| DPP Opp to MSJ Saveri Ex. 143 | Portions of:<br>• JLI-NDCA-00003805<br>• JLI-NDCA-00003806<br>• JLI-NDCA-00003807<br>• JLI-NDCA-00003808<br>• JLI-NDCA-00003809<br>• JLI-NDCA-00003810<br><br>Entirety of:<br>• JLI-NDCA-00003811<br>• JLI-NDCA-00003812<br>• JLI-NDCA-00003813 | JLI | M | None |
| DPP Opp to MSJ Saveri Ex. 146 | Portions of:<br>• Page 23 (PX2016-026)<br>• Page 25 (PX2016-028), Figure 24<br>• Page 25 (PX2016-028), Figure 25 | JLI | N | DPP Class Cert Saveri Decl Ex. 15 (Filed Redacted version at ECF No. 511, Ex. E) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number [1] |
|---|---|---|---|---|
| | • Page 26 (PX2016-029), Figure 26<br>• Page 26 (PX2016-029), Figure 27<br>• Page 26 (PX2016-029), Figure 28<br>• Page 27 (PX2016-030), Table 2<br>• Page 28 (PX2016-031), including Figure 29<br>• Page 30 (PX2016-033)<br>• Page 31 (PX2016-034)<br>• Page 33 (PX2016-036)<br>• Page 34 (PX2016-037), including Table 5<br>• Page 35 (PX2016-038), including Figure 32 | | | |
| DPP Opp to MSJ Saveri Ex. 148 | Portions of:<br>• ALGAT0006776946 | Pritzker/Valani | O | None |
| DPP Opp to MSJ Saveri Ex. 150 | Portions of:<br>• Page 32, Footnote 130<br>• Page 34<br>• Page 34, Footnote 142<br>• Page 34, Footnote 143<br>• Exhibit 26 | JLI | P | DPP Class Cert Saveri Ex. 8; DPP Daubert Ex. 18 (Filed redacted version at ECF No. 511, Ex. C) |
| DPP Opp to MSJ Saveri Ex. 155 | Portions of:<br>• PX1216-001<br><br>Entirety of:<br>• PX1216-004 | Altria | Q | None |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| DPP Opp to MSJ Saveri Ex. 173 | Portions of:<br>• ALGAT0002910370 | Altria | R | None |
| DPP Opp to MSJ Saveri Ex. 179 | Portions of:<br>• PX1264-002 | Altria | S | None |
| DPP Opp to MSJ Saveri Ex. 185 | Portions of:<br>• Pages 21, Paragraph 39<br>• Page 39, Paragraph 72<br>• Page 46, Paragraph 93<br>• Page 46, Footnote 157<br>• Page 53, Paragraph 114<br>• Page 57, Paragraph 124<br>• Pages 59, Table 3<br>• Page 60, Footnotes 201–02<br>• Page 67, Figure 5<br>• Page 67, Paragraph 151<br>• Page 71, Figure 6<br>• Pages 72, Paragraph 158<br>• Page 79, Figure 7<br>• Pages 81, Table 5<br>• Page 82, Figure 8<br>• Page 94, Figure 9<br>• Page 128, Table 3<br>• Page 129, Table 4<br>• Page 130, Table 5<br>• Page 134, Figure 2<br>• Page 137, Figure 5<br>• Page 138, Figure 6<br>• Page 139, Figure 7<br>• Page 140, Figure 8<br>• Page 141, Figure 9<br>• Page 143, Table 8<br>• Page 144, Table 9<br>• Page 145, Table 10<br>• Page 146, Table 11<br>• Page 150, Figure 10 | JLI | T | Defs' Dauberts and Class Cert Opp, Barber Decl. Ex. 56 (Filed Redacted version at ECF No. 563, Ex. QQ) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Page 151, Figure 11<br>• Page 152, Figure 12<br>• Page 153, Figure 13<br>• Page 154, Figure 14<br><br>Entirety of:<br>• Page 22, Figure 2<br>• Page 48, Footnote 164<br>• Page 69, Table 4 | | | |
| | Entirety of:<br>• Page 155, Figure 15 | Altria/NJOY | | |
| DPP Opp to MSJ Saveri Ex. 193 | Portions of:<br>• PX1484-001 | Altria | U | None |
| DPP Opp to MSJ Saveri Ex. 204 | Portions of:<br>• PX1181-048<br>• PX1181-059<br>• PX1181-060<br>• PX1181-062<br>• PX1181-065<br>• PX1181-070<br>• PX1181-071<br>• PX1181-075<br><br>Entirety of:<br>• PX1181-045<br>• PX1181-046<br>• PX1181-047<br>• PX1181-050<br>• PX1181-051<br>• PX1181-052<br>• PX1181-061<br>• PX1181-072<br>• PX1181-073<br>• PX1181-076 | Altria | V | None |
| DPP Opp to MSJ Saveri Ex. 206 | Portions of:<br>• PX4076-001 | Altria | W | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Indirects' Omnibus Opposition Brief to Defendants' Motions for Summary Judgment (ECF No. 601) | Portions of:<br>• Page 9<br>• Page 24 | JLI | X | None |
| Indirects' Opp to MSJ Katcher Ex. 1 | Portions of:<br>• Page 68, Paragraph 111<br>• Page 70, Paragraph 115<br>• Page 70, Figure 17<br>• Page 70, Footnote 358<br>• Page 71, Figure 18<br>• Page 71, Figure 19<br>• Page 72, Figure 20<br>• Page 72, Figure 21<br>• Page 73, Figure 22<br>• Page 73, Figure 23<br>• Page 74, Figure 24<br>• Page 74, Figure 25<br>• Page 75, Figure 26<br>• Page 75, Figure 27<br>• Page 81, Figure 29<br>• Page 87, Paragraph 136<br>• Page 87, Table 35 | JLI | ECF No. 512, Ex. P<br><br>ECF No. 600, Ex. DDD | IPP Class Cert Zwerling Decl. Ex. 9 (Filed Redacted version at ECF No. 512, Ex. P)<br><br>JLI MSJ Bamberger Ex. 66 (Filed redacted version at ECF No. 600, Ex. DDD) |
|  | Portions of:<br>• Page 86, Paragraph 135<br><br>Entirety of:<br>• Pages 85–86, Paragraph 134 (including Figure 33) | Non-Party Core-Mark Holdings Company, Inc. |  |  |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | Portions of:<br>• Page 84, Figure 31 | Non-Party McLane Company, Inc. | | |
| Indirects' Opp to MSJ Katcher Ex. 5 | Portions of:<br>• Page 7, Footnote 26<br>• Page 9, Chart 2<br>• Page 13, Paragraph 24<br>• Page 14, Chart 7<br>• Page 31, Footnote 129<br>• Page 32, Chart 10a<br>• Page 33, Chart 10b<br>• Page 35, Paragraph 60<br>• Page 35, Paragraph 61<br>• Page 35, Footnote 143<br>• Page 45, Table 4<br>• Page 46, Table 5<br><br>Entirety of:<br>• Page 33, Footnote 132 | JLI | ECF No. 513, Ex. GG<br><br>ECF No. 600, Ex. BBB | IRP Class Cert Ex. 1 (Filed Redacted version at ECF No. 513, Ex. GG)<br><br>JLI MSJ Bamberger Decl. Ex. 64 (Filed redacted version at ECF No. 600, Ex. BBB) |
| | Portions of:<br>• Page 17, Paragraph 30<br>• Page 18, Paragraph 32 | Non-Party 7-Eleven | | |
| Indirects' Opp to MSJ Katcher Ex. 11 | Portions of:<br>• JLI-AT-03203506<br>• JLI-AT-03203508 | JLI | Y | None |
| Indirects' Opp to MSJ Katcher Ex. 23 | Portions of:<br>• PX1098-001 | Altria | Z | IPP Class Cert Zwerling Decl. Ex. 19 (Filed redacted version at ECF No. 512, Ex. S) |
| Indirect Opp. to MSJ Katcher Ex. 31 | Portions of:<br>• PX4314-001 | Altria | ECF No. 512, Ex. T<br><br>ECF No. 600, Ex. W | IPP Class Cert Zwerling Decl. Ex. 25 (Filed redacted version at ECF No. 512, Ex. T) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | | | | DPP MSJ Ex. 121 (Filed redacted version at ECF No. 600, Ex. W) |
| Indirect Opp. to MSJ Katcher Ex. 32 | Portions of: <br> • PX1264-002 | Altria | AA | None |
| Indirect Opp. to MSJ Katcher Ex. 34 | Portions of: <br> • PX1149-001 | Altria | ECF No. 512, Ex. U <br><br> ECF No. 600, Ex. X | IPP Class Cert Zwerling Decl. Ex. 26 (Filed redacted version at ECF No. 512, Ex. U) <br><br> DPP MSJ Ex. 123 (Filed redacted version at ECF No. 600, Ex. X) |
| Indirect Opp. to MSJ Katcher Ex. 37 | Portions of: <br> • PX1822-001 | Altria | BB | None |
| Indirect Opp. to MSJ Katcher Ex. 40 | Portions of: <br> • PX1970-005 | Altria | CC | None |
| Indirect Opp. to MSJ Katcher Ex. 48 | Portions of: <br> • PX4512-001 <br> • PX4512-040 | Altria | DD | IPP Class Cert Zwerling Decl. Ex. 35 (Filed redacted version at ECF No. 512, Ex. V) |
| Indirect Opp. to MSJ Katcher Ex. 53 | SEAL IN ENTIRETY | Non-Party Imperial Tobacco Group | N/A | Pls' Daubert Saveri Decl. Ex. 29 (REQUESTED SEALING IN ENTIRETY) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Indirect Opp. to MSJ Katcher Ex. 57 | Portions of:<br>• PX1280-001 | Altria | ECF No. 512, Ex. W<br><br>ECF No. 600, Ex. R | IPP Class Cert Zwerling Decl. 38 (Filed redacted version at ECF No. 512, Ex. W)<br><br>DPP MSJ Ex. 88 (Filed redacted version at ECF No. 600, Ex. R) |
| Indirects' Opp to MSJ Katcher Ex. 58 | Portions of:<br>• RX1565-006 | JLI | EE | None |
| Indirects' Opp to MSJ Katcher Ex. 61 | Portions of:<br>• PX1229-001 | Altria | FF | IPP Class Cert Motion Zwerling Decl. Ex. 39 (Filed Redacted version at ECF No. 512, Ex. X) |
| Indirects' Opp to MSJ Katcher Ex. 67 | Portions of:<br>• Slide 20 (-770) | JLI | ECF No. 511, Ex. H<br><br>ECF No. 600, Ex. S | DPP Class Cert Saveri Ex. 23 (Filed redacted version ECF No. 511, Ex. H)<br><br>DPP MSJ Ex. 23 (Filed redacted version at ECF No. 600, Ex. S) |
| Indirects' Opp to MSJ Katcher Ex. 70 | Portions of:<br>• Page PX2005-003<br>• Page PX2005-004<br>• Page PX2005-005<br>• Page PX2005-006<br>• Page PX2005-007<br>• Page PX2005-008<br>• Page PX2005-009 | JLI | ECF No. 511, Ex. I<br><br>ECF No. 600, Ex. T | DPP Class Cert Ex. 24 (Filed redacted version at ECF No. 511, Ex. I)<br><br>DPP MSJ Ex. 98 (Filed Redacted version at ECF |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Page PX2005-010<br>• Page PX2005-012<br>• Page PX2005-013<br>• Page PX2005-014<br>• Page PX2005-016<br>• Page PX2005-017<br>• Page PX2005-018<br>• Page PX2005-019 | | | No. 600, Ex. T) |
| Indirect Opp. to MSJ Katcher Ex. 75 | Portions of:<br>• ALGAT0006945117<br>• ALGAT0006945118<br>• ALGAT0006945119<br>• ALGAT0006945120 | Altria | GG | None |
| Indirects' Opp to MSJ Katcher Ex. 79 | Portions of:<br>• ALGAT0006776946 | Pritzker/Valani | HH | None |
| Indirect Opp. to MSJ Katcher Ex. 80 | Portions of:<br>• ALGAT0006958044 | Altria | II | None |
| Indirect Opp. to MSJ Katcher Ex. 91 | Portions of:<br>• PX1309-001<br>• PX1309-002 | Altria | JJ | None |
| Indirects' Opp to MSJ Katcher Ex. 93 | Portions of:<br>• PX2121-003<br>• PX2121-007<br>• PX2121-008<br>• PX2121-010<br>• PX2121-011<br><br>Entirety of:<br>• PX2121-009 | JLI | KK | None |
| Indirect Opp. to MSJ Katcher Ex. 95 | Portions of:<br>• ALGAT0004052662 | Altria | LL | None |
| Indirects' Opp to MSJ Katcher Ex. 96 | Portions of:<br>• PX2330-001 | Pritzker/Valani | ECF No. 511, Ex. M | DPP Class Cert Motion Saveri Decl. 60 (Filed |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | | | ECF No. 600, Ex. D | Redacted version at ECF No. 511, Ex. M)<br><br>DPP MSJ ex. 19 (Filed redacted version at ECF No. 600, Ex. D) |
| Indirect Opp. to MSJ Katcher Ex. 98 | Portions of:<br>• PX1390-002 | Altria | MM | IRP Class Cert Motion Katcher Decl. Ex. 44 (Filed redacted version at ECF No. 513, Ex. JJ) |
| Indirect Opp. to MSJ Katcher Ex. 99 | Portions of:<br>• PX1304-002 | Altria | ECF No. 513, Ex. KK<br><br>ECF No. 600, Ex. F | IRP Class Cert Motion Katcher Decl. Ex. 45 (Filed redacted version at ECF No. 513, Ex. KK)<br><br>DPP MSJ Ex. 27 (Filed redacted version at ECF No. 600, Ex. F) |
| Indirect Opp. to MSJ Katcher Ex. 101 | Portions of:<br>• PX4167-001–017 | Altria | NN | IRP Class Cert Motion Katcher Decl. 54 (Filed redacted version at ECF No. 513, Ex. LL) |
| Indirect Opp. to MSJ Katcher Ex. 111 | Portions of:<br>• PX4076-001 | Altria | OO | None |
| Indirects' Opp to MSJ Katcher Ex. 115 | Portions of:<br>• ALGFTC0006933642 | Pritzker/Valani | PP | None |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Indirects' Opp to MSJ Katcher Ex. 116 | Portions of:<br>• JLI-AT-03222069 | Pritzker/Valani | QQ | None |
| Indirects' Opp to MSJ Katcher Ex. 118 | Portions of:<br>• JLI-AT-03229112–115 | Pritzker/Valani | RR | None |
| Indirects' Opp to MSJ Katcher Ex. 122 | Portions of:<br>• PX1314-001 | Altria | SS | None |
| Indirects' Opp to MSJ Katcher Ex. 125 | Portions of:<br>• PX4374-002–010 | Pritzker/Valani | TT | None |
| Indirects' Opp to MSJ Katcher Ex. 132 | Portions of:<br>• Page 1 | Altria | ECF No. 600, Ex. I | DPP MSJ Saveri Decl. Ex. 42 (Filed redacted version at ECF No. 600, Ex. I) |
| Indirects' Opp to MSJ Katcher Ex. 136 | Portions of:<br>• ALGAT0005450531<br>• ALGAT0005450538<br>• ALGAT0005450540<br>• ALGAT0005450575<br><br>Entirety of:<br>• ALGAT0005450512<br>• ALGAT0005450513<br>• ALGAT0005450554<br>• ALGAT0005450555<br>• ALGAT0005450558<br>• ALGAT0005450563<br>• ALGAT0005450564<br>• ALGAT0005450567 | Altria | UU | None |
| Indirects' Opp to MSJ Katcher Ex. 141 | Portions of:<br>• PX1662-001 | Altria | VV | None |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| Indirects' Opp to MSJ Katcher Ex. 144 | Portions of:<br>• JLI-AT-03223726–728 | Pritzker/Valani | WW | None |
| | Portions of:<br>• JLI-AT-03223726–727 | JLI | | |
| Indirects' Opp to MSJ Katcher Ex. 146 | Portions of:<br>• PX4277-001 | Altria | XX | None |
| Indirects' Opp to MSJ Katcher Ex. 147 | Portions of:<br>• PX4376-002–005 | Pritzker/Valani | YY | IRP Class Cert Katcher Decl. Ex. 59 (Filed redacted version at ECF No. 513, Ex. MM) |
| Indirects' Opp to MSJ Katcher Ex. 160 | Portions of:<br>• Slide 4 (-953)<br>• Slide 5 (-954)<br>• Slide 6 (-955)<br>• Slide 7 (-956)<br>• Slide 8 (-957)<br>• Slide 10 (-959)<br>• Slide 11 (-960)<br>• Slide 14 (-963)<br>• Slide 16 (-965)<br>• Slide 17 (-966)<br>• Slide 18 (-967)<br>• Slide 19 (-968)<br>• Slide 21 (-970)<br>• Slide 22 (-971)<br>• Slide 25 (-974)<br>• Slide 26 (-975)<br>• Slide 30 (-979)<br>• Slide 31 (-980)<br>• Slide 32 (-981)<br>• Slide 33 (-982)<br>• Slide 36 (-985)<br>• Slide 37 (-986)<br>• Slide 38 (-987)<br>• Slide 39 (-988)<br>• Slide 40 (-989) | JLI | ZZ | IRP Class Cert Katcher Decl. Ex. 62 (Filed Redacted version at ECF No. 513, Ex. NN) |

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Slide 44 (-993)<br>• Slide 45 (-994)<br>• Slide 46 (-995)<br>• Slide 47 (-996)<br>• Slide 48 (-997)<br>• Slide 49 (-998)<br><br>Entirety of:<br>• Slide 12 (-961)<br>• Slide 15 (-964)<br>• Slide 23 (-972)<br>• Slide 24 (-973)<br>• Slide 28 (-977)<br>• Slide 29 (-978)<br>• Slide 34 (-983)<br>• Slide 41 (-990)<br>• Slide 42 (-991)<br>• Slide 43 (-992)<br>• Slide 50 (-999) | | | |
| Indirects' Opp to MSJ Katcher Ex. 161 | Portions of:<br>• Page 1 | JLI | AAA | IRP Class Cert Katcher Decl. Ex. 63 (Filed Redacted version at ECF No. 513, Ex. OO) |
| Indirects' Opp to MSJ Katcher Ex. 162 | Portions of:<br>• Page 3<br>• Page 4<br>• Page 5<br>• Page 9, Footnote 6<br>• Page 13 | JLI | BBB | IRP Class Cert Katcher Decl. Ex. 64 (Filed Redacted version at ECF No. 513, Ex. PP) |
| Indirects' Opp to MSJ Katcher Ex. 163 | Portions of:<br>• Slide 2 (-850)<br>• Slide 8 (-856)<br>• Slide 10 (-858)<br>• Slide 11 (-859)<br>• Slide 12 (-860)<br>• Slide 14 (-862)<br>• Slide 21 (-869)<br>• Slide 25 (-873)<br>• Slide 44 (-892) | JLI | CCC | IRP Class Cert Katcher Decl. Ex. 65 (Filed Redacted version at ECF No. 513, Ex. QQ) |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Slide 45 (-893)<br>• Slide 48 (-896)<br>• Slide 54 (-902)<br>• Slide 55 (-903)<br>• Slide 56 (-904)<br>• Slide 66 (-914)<br>• Slide 70 (-918)<br>• Slide 71 (-919)<br><br>Entirety of:<br>• Slide 15 (-863)<br>• Slide 16 (-864)<br>• Slide 17 (-865)<br>• Slide 18 (-866)<br>• Slide 19 (-867)<br>• Slide 20 (-868)<br>• Slide 22 (-870)<br>• Slide 23 (-871)<br>• Slide 24 (-872)<br>• Slide 26 (-874)<br>• Slide 27 (-875)<br>• Slide 28 (-876)<br>• Slide 29 (-877)<br>• Slide 30 (-878)<br>• Slide 31 (-879)<br>• Slide 33 (-881)<br>• Slide 34 (-882)<br>• Slide 35 (-883)<br>• Slide 36 (-884)<br>• Slide 37 (-885)<br>• Slide 38 (-886)<br>• Slide 39 (-887)<br>• Slide 40 (-888)<br>• Slide 41 (-889)<br>• Slide 42 (-890)<br>• Slide 43 (-891)<br>• Slide 46 (-894)<br>• Slide 47 (-895)<br>• Slide 50 (-898)<br>• Slide 51 (-899)<br>• Slide 52 (-900)<br>• Slide 53 (-901) | | | |

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number[1] |
|---|---|---|---|---|
| | • Slide 57 (-905)<br>• Slide 63 (-911)<br>• Slide 64 (-912)<br>• Slide 65 (-913)<br>• Slide 67 (-915)<br>• Slide 69 (-917)<br>• Slide 72 (-920)<br>• Slide 73 (-921)<br>• Slide 74 (-922)<br>• Slide 75 (-923)<br>• Slide 76 (-924)<br>• Slide 77 (-925) | | | |
| Indirects' Opp to MSJ Katcher Ex. 164 | Portions of:<br>• Slides 2–7 | JLI | DDD | IRP Class Cert Katcher Decl. Ex. 66 (Filed Redacted version at ECF No. 513, Ex. RR) |
| Indirects' Opp to MSJ Katcher Ex. 168 | Portions of:<br>• PX1184-001 | Altria | EEE | None |
| Defs. Opp. to MSJ Barber Ex. 69 | Portions of:<br>• Page 1 | Altria | FFF | None |

2.     Defendants append the Declarations of Nowell D. Bamberger, Jeremy Barber, and Michael J. Guzman in support of their requests to keep the information described in the chart under seal.

3.     Defendants do not object to non-parties 7-Eleven, Core-Mark Holdings Company, Inc., Imperial Tobacco Group, and McLane Company, Inc.'s requests for sealing described above.

4.     Plaintiffs are in the process of reviewing Defendants' materials in support of the requests for the materials listed to remain under seal and take no position at this time on these requests.  Plaintiffs reserve their rights to object to the sealing of materials subject to Defendants' requests for sealing.

1    Dated:  January 21, 2026

2                                              Respectfully Submitted,

3
                                               **CLEARY GOTTLIEB STEEN &**
4                                              **HAMILTON LLP**

5                                               */s/ Nowell D. Bamberger*
                                               Nowell D. Bamberger
6
                                               David I. Gelfand (*pro hac vice*)
7                                              Jeremy J. Calsyn (SBN 205062)
                                               Nowell D. Bamberger (*pro hac vice*)
8                                              Caleb J. Robertson (*pro hac vice*)
                                               2112 Pennsylvania Avenue, NW
9                                              Washington, D.C. 20037
                                               Telephone: (202) 974-1500
10                                             Fax: (202) 974-1999
                                               Email: dgelfand@cgsh.com
11                                             Email: jcalsyn@cgsh.com
                                               Email: nbamberger@cgsh.com
12                                             Email: cjrobertson@cgsh.com

13                                             *Attorneys for Defendant Juul Labs, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKINSON STEKLOFF LLP

/s/ Beth A. Wilkinson
Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*
*jrosenthal@wilkinsonstekloff.com*
*mskanchy@wilkinsonstekloff.com*
*abohanon@wilkinsonstekloff.com*
*jpswarbrick@wilkinsonstekloff.com*
Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
WILKINSON STEKLOFF LLP
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
*mpenza@wilkinsonstekloff.com*
*jbarber@wilkinsonstekloff.com*

Lauren Sachi Wulfe (SBN 287592)
ARNOLD & PORTER KAYE
SCHOLER LLC
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4211
Facsimile: (213) 243-4199
*lauren.wulfe@arnoldporter.com*

*Attorneys for Defendant Altria Group,
Inc. and Altria Enterprises LLC*

Defs' Joint Motion in Response to the Court's Order Modifying Sealing Procedures for December 19, 2025
Oppositions to Summary Judgment Briefing
Case No. 3:20-cv-02345-WHO

**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**

*/s/ Michael J. Guzman*
Michael J. Guzman

Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Nicholas
Pritzker and Riaz Valani*

1

**FILER'S ATTESTATION**

2        In compliance with Civil Local Rule 5-1(i)(3), I, Nowell D. Bamberger, hereby attest that

3  each of the signatories identified above has concurred in this filing.

4

5                              /s/ Nowell D. Bamberger
                               Nowell D. Bamberger (*pro hac vice*)
6                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                               2112 Pennsylvania Avenue, NW
7                              Washington, D.C. 20037
                               Telephone: (202) 974-1500
8                              Fax: (202) 974-1599
                               Email: nbamberger@cgsh.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28