Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
KELLOGG HANSEN TODD FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL:  (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Individual Defendants Pritzker & Valani*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>**INDIVIDUAL DEFENDANTS' MOTION IN RESPONSE TO THE COURT'S ORDER MODIFYING SEALING PROCEDURES FOR JANUARY 14, 2026, REPLIES IN SUPPORT OF THE PARTIES' SUMMARY JUDGMENT BRIEFING**<br><br>Judge: Hon. William H. Orrick |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendants Nicholas Pritzker and Riaz Valani (together, the "Individual Defendants") respectfully submit this notice in response to the Court's November 7, 2025 Order, ECF No. 586, requiring the parties to submit "a consolidated chart identifying what information should remain under seal for the Court's consideration" from the parties' replies in support of their motions for summary judgment and supporting materials, ECF Nos. 610–613, similar to previous charts filed in conjunction with plaintiffs' motions for class certification, ECF Nos. 510–513, defendants' oppositions to plaintiffs' class certification motions and parties' *Daubert* motions, ECF No. 563, the parties' *Daubert* oppositions and plaintiffs' replies in support of their class certification motions, ECF No. 573, the parties' replies in support of their *Daubert* motions, ECF No. 575, the parties' motions for summary judgment, ECF No. 600, and the parties' oppositions to the parties' motions for summary judgment, ECF No. 615.

Individual Defendants seek to maintain under seal a limited subset of material from the parties' replies in support of the parties' motions for summary judgment and supporting materials, as reflected in the chart below.  For the convenience of the Court and the parties, Individual Defendants attach as an exhibit a redacted version of the document for which they request the Court keep only portions under seal.  An unredacted version of the exhibit below was submitted with the Individual Defendants' Reply Brief in Support of Their Motion for Summary Judgment and supporting materials.  See ECF No. 611-6.  Individual Defendants append the Declaration of Michael J. Guzman in support of their requests to keep the information described in the chart under seal.

Plaintiffs are in the process of reviewing Individual Defendants' materials in support of the requests for the materials listed to remain under seal and take no position at this time on these requests.  Plaintiffs reserve their rights to object to the sealing of materials subject to Individual Defendants' requests for sealing.

| Document | Description | Designating Party | Exhibit Reflecting Requested Redactions | Prior Exhibit Number |
|---|---|---|---|---|
| Individual Defs.' MSJ Reply Guzman Decl. Ex. 58 | Portions of: <br> • Errata sheet | Pritzker/ Valani | A | None |

DATED:  January 29, 2026          Respectfully submitted,


/s/ Michael J. Guzman
Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
KELLOGG HANSEN TODD FIGEL &
      FREDERICK, P.L.L.C.
1615 M Street, N.W. Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Individual Defendants Pritzker & Valani*