1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA
10     SAN FRANCISCO DIVISION
11
12   IN RE: JUUL LABS, INC. ANTITRUST       Case No. 3:20-cv-02345-WHO
13   LITIGATION
                                            [PROPOSED] ORDER RE JOINT
14   This Document Relates To:              SUBMISSION ON DISPUTED ISSUES AS TO
                                            DIRECT PURCHASER PLAINTIFFS'
15   ALL DIRECT PURCHASER ACTIONS           NOTICE PLAN

                                            Hon. William H. Orrick

# [~~PROPOSED~~] ORDER

Having considered the Direct Purchaser Plaintiffs' and Defendants' joint submission regarding the Class Notice Plan for the Direct Purchaser Class, the Court **ORDERS AS FOLLOWS:**

1. Regarding the statement of defenses in the long form notice, the Court **ORDERS** to include:

   \_\_\_\_ Plaintiffs' proposal

   \_\_X\_\_ Defendants' proposal <u>as modified.</u>

   Defendants' proposed language "and that the transaction at issue" is appropriate. The third sentence of Paragraph 3 ("What is this lawsuit about?") is modified to read: "Defendants deny these allegations, <u>deny that the agreement the Direct Purchaser Plaintiffs allege between Altria Group, Inc. and Juul Labs, Inc. existed</u>, assert defenses to the Direct Purchaser Plaintiffs' legal claims, and deny that they violated any laws."

2. Regarding identification of indirect purchaser classes, the Court **ORDERS** to include:

   \_\_\_\_ Plaintiffs' proposal

   \_X\_\_ Defendants' proposal

   \_\_\_\_ Other: _____

   _____

3. Regarding the identification of potential for arbitration or transfer of claims, the Court **ORDERS** to include:

   \_\_\_\_ Plaintiffs' proposal

   \_\_\_\_ Defendants' proposal

   \_\_X\_\_ Other: At the end of "The Class includes" the following sentence shall be inserted: "<u>Your claims may be excluded from this case, in full or in part, if the Court determines that some or all of your purchases are covered by an enforceable agreement to arbitrate or forum-selection clause</u>."

1  **IT IS SO ORDERED.**

3  Dated: March 10, 2026          By: _____
                                      HONORABLE WILLIAM H. ORRICK
                                      UNITED STATES DISTRICT JUDGE