Robin F. Zwerling (*pro hac vice*)
**ZWERLING, SCHACHTER &**
**ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com

*Interim Lead Counsel for Indirect*
*Purchaser Plaintiffs*

Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
    ekatcher@kaplanfox.com

C. Andrew Dirksen (SBN 197378)
**CERA LLP**
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

*Steering Committee Counsel for Indirect*
*Purchaser Plaintiffs and Indirect Reseller*
*Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**All Indirect Purchaser Actions**<br>**All Indirect Reseller Actions** | Master File No. 3:20-cv-02345-WHO<br><br>**INDIRECT PURCHASER PLAINTIFFS' AND INDIRECT RESELLER PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR STAY PENDING APPEAL FROM THE COURT'S CLASS CERTIFICATION ORDER**<br><br>Judge: Hon. William H. Orrick<br>Date:  June 10, 2026<br>Time:  2:00 P.M.<br>Ctrm:  2 |

Indirect Purchaser Plaintiffs ("IPPs") and Indirect Reseller Plaintiffs ("IRPs") (collectively, "Indirect Plaintiffs") submit this response to the Defendants' Motion for Stay Pending Appeal from the Court's Class Certification Order (ECF No. 676).

Defendants fail to acknowledge that, absent a settlement, this case will go to trial. The appeal will not result in a dismissal because the appeal concerns, as the Defendants point out, the contours of the classes – not the issues of liability.

Briefing on the appeal will be completed no later than September 10, 2026. Plaintiffs, therefore, request that the Court set a trial date far enough out after September 10 to sufficiently allow for continuation and completion of pretrial preparation, such as June 1, 2027, as Plaintiffs had proposed to Defendants. The then-pending appeal would not affect the pretrial preparation such as the exchange of trial exhibits, witness lists, testimony designations, jury instructions (except potentially those relating to damages).

An open-ended stay would not serve justice in this case which has been pending now for six years.

### CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court set a new trial date for trial to commence after September 10, 2026.

Dated: May 18, 2026              Respectfully submitted,

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By: /s/ *Robin F. Zwerling*

Robin F. Zwerling (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor

IPPS AND IRPS' RESP TO DEFS.' MTN FOR STAY PENDING APPEAL FROM THE COURT'S CLASS CERTIFICATION ORDER
CASE NO. 3:20-cv-02345-WHO

New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
        ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs and Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., and Napht, Inc.*

C. Andrew Dirksen (SBN 197378)
**CERA LLP**
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
**CERA LLP**
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 777-2230
Email: scera@cerallp.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

IPPS AND IRPS' RESP TO DEFS.' MTN FOR STAY PENDING APPEAL FROM THE COURT'S CLASS CERTIFICATION ORDER
CASE NO. 3:20-cv-02345-WHO

**CERTIFICATE OF SERVICE**

I, Robin F. Zwerling hereby certify that on May 18, 2026 I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notifications to all counsel of record.

By: /s/ *Robin F. Zwerling*
Robin F. Zwerling

* * *

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: March 18, 2026                     By: /s/ *Robin F. Zwerling*
Robin F. Zwerling

IPPS AND IRPS' RESP TO DEFS.' MTN FOR STAY PENDING APPEAL FROM THE COURT'S CLASS CERTIFICATION ORDER
CASE NO. 3:20-cv-02345-WHO